**DEPARTMENT OF HOMELAND SECURITY**
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (Continuation Page)

| Field | Value |
|---|---|
| Alien Name | ABREGO-GARCIA, KILMER ARMADO |
| File Number | 201 577 119 |
| Date | October 22, 2019 |
| Alien's Signature | [signature] |
| Alien's Telephone Number (if applicable) | 4434846987 |
| Alien's Address | 4505 Birchtree LN Temple Hills MARYLAND, 20748 |

Picture / Right Index Print

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 10/23/2020 | JS | Next report date 10/25/2021 @ 0800 am |
| 10/25/21 | JS | NRD 10/26/2022 @ 0730 |
| 01/02/2024 | JS | |
| 10/26/2023 | JS | NRD 01/02/2024 @ 0730 |
| 1/2/24 | JS | NRD 01/08/2025 @ 0700 |
| | | NRD 1/8/2026 @ 07:00 |

Signature: RODRIGUEZ, L. 7923    Title: DO

Page 2 of 4

ICE Form I-220B (10/15)