

SECRETARÍA
DE PRENSA DE
LA PRESIDENCIA

GOBIERNO DE
EL SALVADOR



