🇺🇸 An official website of the United States government
Here's how you know ⌄

   

EOIR | Automated Case Information

**Court Closures Today**  March 24, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **ABREGO-GARCIA, KILMER ARMADO (201-577-119)**



# Automated Case Information

## Name: ABREGO-GARCIA, KILMER ARMADO | A-Number: 201-577-119

📅 **Next Hearing Information**



*There are no future hearings for this case.*

 **Court Decision and Motion Information**

The immigration judge **GRANTED** an application.

**DECISION DATE**

October 10, 2019

**COURT ADDRESS**

31 HOPKINS PLAZA, ROOM 440

BALTIMORE, MD 21201



## BIA Case Information

No appeal was received for this case.



## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

31 HOPKINS PLAZA, ROOM 440

BALTIMORE, MD 21201

**PHONE NUMBER**

(410) 962-3092

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

Department of Justice | Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041*

