UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

_____
                                                        )
Kilmar Armando Abrego Garcia, *et al.*,   )
                                                        )
    *Plaintiffs*,                                    )
                                                        )   Civil Action No. 8:25-cv-00951-AAQ
v.                                                      )
                                                        )
                                                        )
Kristi Noem, *et al.*,                             )
                                                        )
    *Defendants*.                                 )
_____)

**[Proposed] ORDER GRANTING
EMERGENCY *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

    Pursuant to Fed. R. Civ. P. 65(b)(2), this Court hereby enjoins Defendants from continuing to pay compensation to the Government of El Salvador for the detention of Plaintiff Kilmar Armando Abrego Garcia; and enjoins Defendants to formally request that the Government of El Salvador return Mr. Abrego Garcia to their custody. This Court finds as follows:

    1.    Plaintiff has established a likelihood of success on the merits, that Defendants were legally prohibited from removing him to El Salvador.

    2.    Plaintiff has established irreparable harm in that with each passing day, he is suffering extreme detention conditions in a prison in El Salvador.

    3.    Plaintiff has established that public policy supports the issuance of a Temporary Restraining Order in his favor.

    4.    Counsel for Plaintiffs gave adequate notice to counsel for Defendants, by e-mailing a copy of all filings to counsel for Defendants. This order is issued without further notice to Respondents, as all notice practicable has been provided to them.

    5.    Plaintiffs are unable to afford a security bond, and the government will not be

financially harmed by the relief provided herein.

WHEREFORE, for the foregoing reasons, this Court hereby ORDERS Defendants to immediately cease paying compensation to the Government of El Salvador for the detention of Plaintiff Kilmar Armando Abrego Garcia; and orders Defendants to formally request that the Government of El Salvador return Mr. Abrego Garcia to their custody

ENTERED this \_\_\_\_\_ day of March, 2025, at \_\_:\_\_ (am/pm)


_____, J.
United States District Judge