

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

March 25, 2025

Re:   25-cv-951, *Abrego Garcia et al. v. Noem et al.*

**<u>LETTER ORDER</u>**

Dear Parties:

Pending before the Court is Plaintiffs' Emergency Motion for Temporary Restraining Order. ECF No. 2. The Court may only issue a temporary restraining order without notice to the nonmoving party if the moving party provides the Court with an affidavit or verified complaint that "clearly show[s] that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard" *and* "the movant's attorney certifies in writing any efforts made to give notice [to the nonmoving party] and the reasons why it should not be required." Fed. R. Civ. P. 65(b). No such attorney certification is attached to the motion.

Plaintiffs have averred that counsel will email his filings to contacts at the United States Attorney's Office in Greenbelt, Maryland. ECF No. 2 at 2. Counsel, however, has not provided any confirmation of this. Nor has counsel explained why the Court should dispense with the notice requirement and take the unusual step of reaching the motion *ex parte*. Accordingly, because Plaintiffs failed to comply with Federal Rule of Civil Procedure 65, the motion at ECF No. 2 is denied without prejudice to refile.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

/s/
PAULA XINIS
United States District Judge