# Simon Sandoval-Moshenberg

| | |
|---|---|
| **From:** | Simon Sandoval-Moshenberg |
| **Sent:** | Monday, March 24, 2025 12:16 PM |
| **To:** | Bethune, Tianna (USAMD); Arnold, Ariana (USAMD); Nardone, Nicole (USAMD); Deshields, Tarra (USAMD); Goldmeier, Melissa (USAMD); Richardson, Cathy (USAMD) |
| **Subject:** | Filing of emergency TRO motion in Abrego Garcia v. Noem, 8:25-cv-951-AAQ |
| **Attachments:** | 0001. (03-24-2025) COMPLAINT against Nikita Baker Pamela Bondi Kenneth Genalo Todd Lyons Kristi Noem Marco Rubio.pdf; 0001-001. (03-24-2025) Exhibit A.pdf; 0001-002. (03-24-2025) Exhibit B.pdf; 0001-003. (03-24-2025) Exhibit C.pdf; 0001-004. (03-24-2025) Exhibit D.pdf; 0001-005. (03-24-2025) Exhibit E.pdf; 0001-006. (03-24-2025) Civil Cover Sheet.pdf; 0001-007. (03-24-2025) Summons.pdf; 0002. (03-24-2025) Emergency MOTION for Temporary Restraining Order by Kilmar Armando Abrego Garcia.pdf; 0002-001. (03-24-2025) Text of Proposed Order.pdf |
| **Importance:** | High |

Apologies for the mass e-mail, I'm not sure to whom this should be directed.  I'm emailing to advise your office of the filing of an emergency TRO motion in the matter of Abrego Garcia v. Noem, 8:25-cv-951-AAQ.

Attached please find the complaint, with all exhibits thereto; the TRO motion, and the proposed order thereto.

Kindly advise who will be handling this matter for your office.

Thank you.


Best,



**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**