# Simon Sandoval-Moshenberg

| | |
|---|---|
| **From:** | Simon Sandoval-Moshenberg |
| **Sent:** | Tuesday, March 25, 2025 10:49 AM |
| **To:** | Bethune, Tianna (USAMD); Arnold, Ariana (USAMD); Nardone, Nicole (USAMD); Deshields, Tarra (USAMD); Goldmeier, Melissa (USAMD); Richardson, Cathy (USAMD) |
| **Subject:** | RE: Filing of emergency TRO motion in Abrego Garcia v. Noem, 8:25-cv-951-PX |
| **Attachments:** | 0004. (03-24-2025) Request for Hearing re [2] Emergency MOTION for Temporary Restraining Order.pdf; 0005. (03-25-2025) LETTER ORDER denying without prejudice [2] Motion for Temporary Restraining Order. Signed by Judge P.pdf; Renewed M.TRO.pdf; Renewed M.TRO-- request for hearing.pdf; Renewed Prop.O.TRO.pdf |
| **Importance:** | High |

Tarra et al:

Good morning. Further to this matter, please find attached hereto Docket Nos. 4 and 5; as well as a Renewed Motion for TRO, Proposed Order, and Request for Hearing thereon.

Kindly advise as to the government's position on this matter, and please let me know which attorney from your office is handling this matter.

Thank you.

Best,



**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

---

**From:** Simon Sandoval-Moshenberg
**Sent:** Monday, March 24, 2025 12:16 PM
**To:** Bethune, Tianna (USAMD) <Tianna.Bethune@usdoj.gov>; Arnold, Ariana (USAMD) <Ariana.Arnold@usdoj.gov>; Nardone, Nicole (USAMD) <Nicole.Nardone@usdoj.gov>; Deshields, Tarra (USAMD) <Tarra.Deshields@usdoj.gov>; Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>; Richardson, Cathy (USAMD) <Cathy.Richardson@usdoj.gov>
**Subject:** Filing of emergency TRO motion in Abrego Garcia v. Noem, 8:25-cv-951-AAQ
**Importance:** High

Apologies for the mass e-mail, I'm not sure to whom this should be directed. I'm emailing to advise your office of the filing of an emergency TRO motion in the matter of Abrego Garcia v. Noem, 8:25-cv-951-AAQ.

Attached please find the complaint, with all exhibits thereto; the TRO motion, and the proposed order thereto.

Kindly advise who will be handling this matter for your office.

Thank you.

Best,



**Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**