UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. 8:25-cv-00951-PX |
| v. ) | |
| ) | |
| Kristi Noem, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

REQUEST FOR HEARING ON
RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Kilmar Armando Abrego Garcia, by counsel, pursuant to Local Rule 105.6, hereby requests a hearing on his emergency *ex parte* motion for temporary restraining order (Dkt. No. 2), at the earliest convenience of the Court and counsel for Defendants.[1]

Respectfully submitted,

*//s// Simon Sandoval-Moshenberg*          Date: March 24, 2025
Simon Y. Sandoval-Moshenberg, Esq.
D. Md. Bar no. 30965
*Counsel for Plaintiff*
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com

---

[1] Undersigned counsel is unavailable the morning of March 26, 2025; before 2pm on March 28, 2025; and before 1pm on Wednesday, April 2, 2025, due to previously scheduled hearings in other matters before other courts.

1