

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

March 25, 2025

Re:   25-cv-951-PX, *Abrego Garcia et al. v. Noem et al.*

### LETTER ORDER

Dear Parties:

As discussed during today's recorded status conference, the Court sets the briefing schedule and hearing on Plaintiffs' motion for injunctive relief as follows:

| | |
|---|---|
| **March 28, 2025** | Plaintiffs' Supplemental Memorandum in Support of Injunctive Relief due by 5:00 PM. |
| **March 31, 2025** | Defendants' Response due by 5:00 PM. |
| **April 2, 2025** | Plaintiffs' Reply due by 5:00 PM. |
| **April 4, 2025**<br>**1:00 PM**<br>**Courtroom 2C,**<br>**Greenbelt, MD** | Motions Hearing |

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

/s/
PAULA XINIS
United States District Judge