3/26/25, 7:49 PM

Nayib Bukele on X: "Today, the first 238 members of the Venezuelan criminal organization, Tren de Aragua, arrived in our country. T…

Case 8:25-cv-00951-PX     Document 10-1     Filed 03/28/25     Page 1 of 2



Settings

**Nayib Bukele** ✓
@nayibbukele

Today, the first 238 members of the Venezuelan criminal organization, Tren de Aragua, arrived in our country. They were immediately transferred to CECOT, the Terrorism Confinement Center, for a period of one year (renewable).

The United States will pay a very low fee for them, but a high one for us.

← Post

generated by more than 40,000 inmates engaged in various workshops and labor under the Zero Idleness program, will help make our prison system self-sustainable. As of today, it costs $200 million per year.

On this occasion, the U.S. has also sent us 23 MS-13 members wanted by Salvadoran justice, including two ringleaders. One of them is a member of the criminal organization's highest structure.

This will help us finalize intelligence gathering and go after the last remnants of MS-13, including its former and new members, money, weapons, drugs, hideouts, collaborators, and sponsors.

As always, we continue advancing in the fight against organized crime. But this time, we are also helping our allies, making our prison system self-sustainable, and obtaining vital intelligence to make our country an even safer place. All in a single action.

May God bless El Salvador, and may God bless the United States.

🇸🇻🤝🇺🇸



0:06 / 3:00

8:13 AM · Mar 16, 2025 · **23.4M** Views

17K     55K     238K     16K

**New to X?**

Sign up now to get your…

Sign u[p]

Sign u[p]

Creat[e]

By signing up, you agre[e]
Privacy Policy, includin[g]

Something we[nt]

Terms of Service   Priv[acy]
Accessibility   Ads inf[o]

Case 8:25-cv-00951-PX   Document 10-1   Filed 03/28/25   Page 2 of 2

X

Settings

Read 17.8K replies

New to X?

Sign up now to get you

 Sign

Create

By signing up, you agre
Privacy Policy, includi

Something we

Terms of Service   Pri
Accessibility   Ads inf