

Settings

← Post

**Secretary Marco Rubio** ✓
@SecRubio

Thank you for your assistance and friendship, President Bukele.

> **Nayib Bukele** ✓  @nayibbukele · Mar 16
>
> Today, the first 238 members of the Venezuelan criminal organization, Tren de Aragua, arrived in our country. They were immediately transferred to CECOT, the Terrorism Confinement Center, for a period of one year (renewable).
>
> The United States will pay a very low fee for them,
> Show more
>
> 
>
> 2:43

8:39 AM · Mar 16, 2025 · **3.8M** Views

💬 3.3K    🔁 16K    ♥ 103K    🔖 1.6K    ↥

Read 3.3K replies

**New to X?**
Sign up now to get your...

[G] Sign u...
[] Sign u...
Creat...

By signing up, you agre...
Privacy Policy, includin...

Something we...

Terms of Service   Priv...
Accessibility   Ads inf...

**Don't miss what's happening**
People on X are the first to know.

Log in