IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, et al., <br><br> *Defendants*. | Civil No.: 8:25-cv-00951-PX <br><br> **DEFENDANTS' NOTICE OF ERRATUM** |

Please take notice of the following erratum to Defendants' memorandum of law in opposition to Plaintiffs' emergency motion for a temporary restraining order (ECF No. 9). On page 11, after the clause—

> And, although authority exists permitting "substantive review of the underlying legal bases for" an execution of an order of removal,

please insert—

> that review is limited to whether a removal order exists at all. *Madu v. U.S. Att'y Gen.*, 470 F.3d 1362, 1368 (11th Cir. 2006); *see also Camarena*, 988 F.3d at 1273.

Defendants concurrently file a corrected memorandum that implements this erratum and adjusts the size of the font in footnote 2.

                                        Respectfully submitted,

                                        **Yaakov M. Roth**
                                        Acting Assistant Attorney General
                                        Civil Division

                                        <u>s/Erez Reuveni</u>
                                        **Erez Reuveni**
                                        Acting Deputy Director
                                        Office of Immigration Litigation
                                        Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 878, Ben Franklin Station
                                        Washington, DC 20044-0878
                                        (202) 307-4293
                                        Erez.R.Reuveni@usdoj.gov

                                        **Christopher Ian Pryby**
                                        Trial Attorney
                                        Office of Immigration Litigation

Dated: April 1, 2025                            *Counsel for Defendants*