## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Kilmar Armando Abrego Garcia, et al.

*

**Plaintiff,**

*

**v.**

*

Case No. 8:25-cv-951

## Kristi Noem, et al.

*

**Defendant.**

*

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiffs, Kilmar Armando Abrego Garcia, et al.

I certify that I am admitted to practice in this Court.

April 1, 2025

Date

Signature

Rina Mahesh Gandhi, 21794

Printed name and bar number

**Murray Osorio PLLC,**
**4103 Chain Bridge Road, Suite 300,**
**Fairfax, VA, 22030**

Address

rina@murrayosorio.com

Email address

703-352-2399

Telephone number

703-763-2304

Fax number

EntryofAppearanceCivil (08/2015)