UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL.,<br><br>  Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>  Defendants. | Case No.: 8:25-CV-00951-PX |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

   Please enter my appearance as counsel in this case for Plaintiffs Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.

   I certify that I am admitted to practice in this Court.

1

| | |
|---|---|
| Dated: April 4, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

                By: */s/ Jonathan G. Cooper*
                   Jonathan G. Cooper,
                   MD Bar No. 21345
                   1300 I Street NW, Suite 900
                   Washington, DC 20005
                   jonathancooper@quinnemanuel.com
                   Tel. No.: 202-538-8000
                   Fax No.: 202-538-8100

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*