IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, et al.,<br><br>*Defendants.* | Civil No.: 8:25-cv-00951-PX<br><br>**NOTICE OF APPEARANCE** |

Please take notice that undersigned counsel hereby enters his appearance on behalf of Defendants in this case.

2

Respectfully submitted,

s/*Erez Reuveni*
**Erez Reuveni**
Acting Deputy Director
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 307-4293
Erez.R.Reuveni@usdoj.gov

Dated: April 4, 2025

*Counsel for Defendants*