IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____                    *

                                          *

v.                                        *    Case No. _____

_____                    *

                                          *

## NOTICE OF APEAL

Notice is hereby given that _____,
(fill in names of **all** parties who are appealing)

_____ in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the _____
(indicate order or judgment)

entered in this case on _____.

_____                    _____
Date                                      Signature

                                          _____
                                          Printed Name and Bar Number

                                          _____
                                          Address

                                          _____
                                          Email Address

                                          _____
                                          Telephone Number

                                          _____
                                          Fax Number

NoticeofAppeal (06/2016)