IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, et al., <br><br> *Defendants*. | Civil No.: 8:25-cv-00951-PX <br><br> **DEFENDANTS' MOTION FOR A STAY OF PRELIMINARY INJUNCTION ORDER** |

### MOTION FOR A STAY OF PRELIMINARY INJUNCTION ORDER

Pursuant to Federal Rule of Civil Procedure 62, Defendants hereby request that the Court promptly issue a stay pending appeal of the Court's Order granting Plaintiffs' Motion for Injunctive Relief, ECF No. 21. For the reasons set forth in Defendants' stay motion filed with the Fourth Circuit this morning, Defendants submit that a stay of the Court's preliminary injunction order is warranted. *See Abrego Garcia v. Noem*, 25-1345 (filed Apr. 5, 2025), attached as Exhibit A. For the same reasons, it would be appropriate for the Court to reconsider its order. Given the urgency of harms to the government, Defendants request an immediate administrative stay of the Order and sought the same relief in the Court of Appeals tonight. Counsel has communicated the intended filing of this motion Plaintiffs' counsel, who do not consent to the motion.

**Respectfully Submitted,**

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation

<u>**/s/ August E. Flentje**</u>
**August E. Flentje**
Acting Director
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-3309
august.flentje@usdoj.gov

**Christopher Ian Pryby**
Trial Attorney
Office of Immigration Litigation

*Counsel for Defendants*