# Exhibit B

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

April 10, 2025

D. John Sauer
Solicitor General of the United States
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Re:     Noem et al. v. Abrego Garcia et al.

Dear Mr. Sauer:

    I write in connection with today's Order of the United States Supreme Court in the above-captioned matter, in which the Court concluded that the district court's order "properly requires the Government to 'facilitate' Abrego Garcia's release from custody in El Salvador and to ensure that his case is handled as it would have been had he not been improperly sent to El Salvador." Noem et al. v. Abrego Garcia et al., 604 U.S. ____ (2025), slip op. at 2. The Court further ordered the Government to "be prepared to share what it can concerning the steps it has taken and the prospect of further steps." *Id*.

    Consistent with the Court's Order, we expect that the United States will facilitate Mr. Abrego-Garcia's immediate release from CECOT — <u>tonight</u> — and make all  necessary arrangements for his return to this country, including by dispatching an aircraft to El Salvador to bring him home. We request that you promptly provide us with the details of Mr. Abrego-Garcia's travel, and when we may expect him. As you know, given the conditions of Mr. Abrego-Garcia's confinement, and the grave risk to his safety in El Salvador, time is of the essence. We request a response no later than 10 a.m. tomorrow morning.

Very truly yours,

*/s/ Andrew J. Rossman*

Andrew J. Rossman

CC:    Yaakov Roth                         Erez Reuveni
       August E. Flentje                   Drew C. Ensign
       John W. Blakeley                    Christopher Ian Pryby

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH