Ive UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

KILMAR ARMANDO ABREGO GARCIA, ET AL.,

    Plaintiffs,

v.

KRISTI NOEM, ET AL.,

    Defendants.

Case No.: 8:25-CV-00951-PX

**[PROPOSED] ORDER**

Upon the Plaintiffs' Motion for Additional Relief, and this Court's prior Orders [ECF Nos. 51, 61], it is

ORDERED THAT by the end of the day Monday, April 14, 2025, the Government shall take the following steps to comply with the preliminary injunction entered in this case, ECF No. 21, as modified by ECF No. 51.

1. Request that its agents and contractors release Abrego Garcia from custody in El Salvador pursuant to the contract or arrangement providing for his detention there at the Government's direction.

2. Dispatch personnel to accompany Abrego Garcia upon his release from CECOT to ensure his safe passage to the aircraft that will return him to the United States.

3. Provide air transportation for Abrego Garcia to return to Maryland, because he may not be in current possession of sufficient identification to board a commercial flight.

4. Issue Abrego Garcia parole pursuant to INA Section 212(d)(5), 8 USC § 1182(d)(5), and prepare all paperwork and forms required to allow him to reenter the United States.

ORDERED THAT the Government shall produce the following expedited discovery:

1. The Government should immediately produce contemporaneously prepared documents, in such form as they existed at the time of Abrego Garcia's removal, sufficient to reflect the terms of any agreement, arrangement or understanding regarding the Government's use of CECOT to house U.S. deportees. To the extent the Government contends that such documents do not exist, it should be ordered to produce a witness for Tuesday's hearing who can testify from personal knowledge about the terms of the arrangement.

2. The Government should produce witnesses for Tuesday's hearing from the Department of Homeland Security, Department of Justice, and Department of State who can testify from personal knowledge about (i) Abrego Garcia's current physical location and custodial status; (ii) what steps, if any, the Government has taken to facilitate Abrego Garcia's return to the United States; (iii) whether the Government has informed officials at CECOT that it wishes Abrego Garcia to be released into U.S. custody; and (iv) what, if any, additional steps the Government intends to take, and when, to facilitate Abrego Garcia's return.

ORDERED THAT by 10 a.m. on Monday, April 14, 2025, the Government shall show cause why it should not be held in contempt due its failure to comply with the Court's prior orders, including any failure to comply with the Court's order of April 11, 2025 [ECF No. 51].

IT IS SO ORDERED

Dated: April __, 2025

_____
The Honorable Paula Xinis