UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,<br><br>Respondents. | Civil Action No. 8:25-cv-00951-PX<br><br><u>Declaration Of Michael G. Kozak</u> |

## DECLARATION OF MICHAEL G. KOZAK

I, Michael G. Kozak, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Senior Bureau Official in the Bureau of Western Hemisphere Affairs, United States Department of State. As Senior Bureau Official, I am a member of the Senior Executive Service responsible for, among other things, coordination of the conduct of our diplomatic activities in the countries of the Western Hemisphere. Before that, I was Senior Coordinator for Afghan Refugees in the Bureau of Population, Refugees and Migration of the United States Department of State and have held various other roles in the Department of State since 1971.

2. I am aware that the instant lawsuit has been filed seeking the return of Kilmar Armando Abrego Garcia to the United States from El Salvador. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from other State Department employees.

3. It is my understanding based on official reporting from our Embassy in San Salvador that Abrego Garcia is currently being held in the Terrorism Confinement Center in El Salvador. He is alive and secure in that facility. He is detained pursuant to the sovereign, domestic authority of El Salvador.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April 2025.

_____
Michael G. Kozak
Senior Bureau Official