```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2                       GREENBELT DIVISION

 3  _____
                                          )
 4  KILMAR ARMANDO ABREGO GARCIA,         )
    et al.,                               )
 5                                        )
          Plaintiff,                      )
 6                                        )Docket Number
                 vs.                      )8:25-cv-00951-PX
 7                                        )
    KRISTI NOEM, et al,                   )
 8                                        )
          Defendant.                      )
 9  _____)

10                 TRANSCRIPT OF STATUS CONFERENCE
                  BEFORE THE HONORABLE PAULA XINIS
11                UNITED STATES DISTRICT COURT JUDGE
                  FRIDAY, APRIL 11, 2025, AT 1:00 P.M.
12  APPEARANCES:

13  On Behalf of the Plaintiff:
          BY:  SIMON SANDOVAL-MOSHENBERG, ESQUIRE
14        MURRAY OSORIO
          4103 Chain Bridge Road, Suite 300
15        Fairfax, VA  22030
          (703)352-2399
16
          BY:  JONATHAN COOPER, ESQUIRE
17             OLIVIA HORTON, ESQUIRE
          QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
18        1300 I Street NW
          Suite 900
19        Washington, DC  20005
          (202)538-8000
20
    (Appearances continued)
21

22        ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPED NOTES***

23

24

25
```

```
1   On Behalf of the Defendants:

2        BY:  DREW ENSIGN, ESQUIRE
         DEPUTY ASSISTANT ATTORNEY GENERAL
3        CIVIL DIVISION, DEPARTMENT OF JUSTICE
         950 Pennsylvania Avenue NW
4        Washington, DC 20530
         (202)514-2000
5
    ALSO PRESENT: Jennifer Vasquez Sura, Plaintiff
6                 Michelle Latour, Esquire, DOJ
                  Ernest Molina, Esquire, DOJ
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                   P R O C E E D I N G S

2        (Court called to order.)

3              DEPUTY CLERK:  All rise.  The United States District

4    Court for the District of Maryland is now in session.  The

5    Honorable Paula Xinis presiding.

6              THE COURT:  Good afternoon, everyone.

7              (ALL COUNSEL:  Good afternoon, Your Honor.)

8              THE COURT:  You all can have a seat.

9        Mr. Ulander?

10             DEPUTY CLERK:  Yes, Your Honor.  The matter now

11   pending before the Court is Civil Action Number 25-951, Kilmar

12   Armando Abrego Garcia, et al. v. Kristi Noem, et al.  The

13   matter comes before this Court for a status conference.

14       Counsel, please identify yourselves for the record.

15             MR. SANDOVAL-MOSHENBERG:  Good afternoon, Your Honor.

16   Simon Sandoval-Moshenberg of Murray Osorio, LLC, and with me is

17   Jonathan Cooper of Quinn, Emanuel, Urquhart & Sullivan.

18       Thank you, Your Honor.

19             THE COURT:  And who else is at counsel table?

20   Ms. Horton and Mrs. Vasquez Sura; is that right?

21             MS. HORTON:  That is correct.

22             THE COURT:  And we're all going to try our best to

23   slow down for the court reporter's sake.  Okay.

24       All right.  For the government?

25             MR. ENSIGN:  Good afternoon, Your Honor.  Drew Ensign
```

1    for defendants.  With me is Michelle Latour and Ernest Molina.

2              **THE COURT:**  I'm sorry, I didn't catch the last name,

3    Mr. Molina?

4              **MR. MOLINA:**  Yes, Your Honor.

5              **THE COURT:**  Okay.  Thank you all.

6         So we're here today, because as you all know, last night

7    the United States Supreme Court issued its decision.  It

8    vacated the administrative stay that has been in place since

9    Monday morning-ish until last night at 6:30.  The order from

10   the Court affirmed all aspects of my decision and prior orders,

11   save for requiring clarification on remand.

12        The Court noted that my prior order properly required the

13   government to facilitate Abrego Garcia's release from custody

14   in El Salvador, and I'm quoting directly from the Supreme

15   Court, and to ensure that his case is handled as it would have

16   been had, had he not been improperly sent to El Salvador.

17        The Court went on to say the intended scope of the term

18   "effectuate" in this District Court's order, however, is

19   unclear and may exceed the District Court's authority.

20        So last night, in short order, this Court amended its

21   prior order and made clear what the government must do

22   consistent with the Supreme Court's directive.  And that is

23   found at ECF 51, where I said "to this end," and that end was

24   to clarify the term, "the Court hereby amends the order to

25   direct the defendants take all available steps to facilitate

5

1  the return of Abrego Garcia to the United States as soon as

2  possible."

3      So contrary to what the government has put and the

4  defendants have put in their pleadings today asking for more

5  time, there is no need for further briefing on this.  My words

6  are clear.

7      The next question becomes, is the -- are the defendants

8  able to answer the three questions and willing to answer the

9  three questions that I've put to them for today.

10     And I'm going to take each one, Mr. Ensign, in order,

11  because your pleadings, since last night, seem to really only

12  focus on the third bucket of information that I've asked.  So I

13  want to go one by one and get your views on each of them, and

14  then I'll turn to the plaintiffs.

15     So the three areas are, first -- and I asked today for a

16  supplemental declaration.  I did not get it, I got two pages

17  that said you're not able yet to answer any of these questions

18  and you cannot comply with my order.

19     So the order was, one, the current physical location and

20  custodial status of Mr. Abrego Garcia; two, what steps, if any,

21  defendants have taken to facilitate Abrego Garcia's immediate

22  return to the United States; and three, what additional steps

23  defendants will take and when to facilitate his return.

24     So, let's start with number one.

25     Why did -- why did the defendants not comply with the

1  order and give me someone with personal knowledge to tell me

2  Mr. Abrego Garcia's current physical location and custodial

3  status?

4       **MR. ENSIGN:**  Your Honor, as we explained in the

5  filing about an hour ago, we are still internally reviewing the

6  Supreme Court's decision and vetting what we can say to this

7  Court that is being actively considered right now.

8       **THE COURT:**  What do you mean "what you can say"?

9  This is a very direct question.  Where is he?  And under whose

10  authority?

11      **MR. ENSIGN:**  Your Honor, plaintiffs have represented

12  that he is in El Salvador.

13      **THE COURT:**  No, I'm asking from the government's

14  perspective, what information do you have about where he is and

15  under whose authority?

16      **MR. ENSIGN:**  Your Honor, I do not have that

17  information.  I do not have any information that would

18  contradict plaintiffs' assertion that he is in El Salvador

19  under the -- in the custody of the El Salvadoran government.

20      **THE COURT:**  So the United States is going on record

21  as saying you have no evidence as to where he is today and

22  under whose authority?  I just want to understand it.

23      **MR. ENSIGN:**  That's not the position of the United

24  States specifically.  I do not have that knowledge, and,

25  therefore, I cannot relay that knowledge to the Court.

1          **THE COURT:**  Okay.  As an officer of the court, you're

2   saying your clients have not told you, as of today, the status

3   of Mr. Abrego Garcia, where he's located, and under whose

4   authority?

5          **MR. ENSIGN:**  They have not provided that confirmation

6   to me before this hearing today.

7          **THE COURT:**  Even though I directed that that

8   information be shared?  It's quite basic.  I'm not asking for

9   State secrets.  I'm asking where one man, who was wrongly and

10  illegally deported, removed from this country -- I don't want

11  to use that word, because, frankly, that implies compliance

12  with the INA, so I am not even sure what word to use.  But all

13  I know is, he's not here.  The government was prohibited from

14  sending him to El Salvador.

15      And now I'm asking just a very simple question:  Where is

16  he?

17          **MR. ENSIGN:**  Your Honor, I do not have the -- that

18  information provided to me that I can provide to you, for the

19  reasons explained in the filing about an hour ago.

20          **THE COURT:**  Okay.  And the filing about an hour ago

21  talks about prospective information.  You talk about how I

22  haven't given you enough time to facilitate or to think about

23  what you're doing next, and I'm invading the province of the

24  Executive Branch because I have asked for answers that have

25  been delayed for quite some time.

8

1      So this question is not about prospective.  It's not -- I

2  am not asking about who you're talking to when.  I'm asking a

3  very simple question:  Where is he?

4          **MR. ENSIGN:**  Your Honor, I don't have the information

5  to provide to you definitively as to where he is.  I do not

6  have any information that would contradict plaintiffs'

7  assertions that he is in El Salvador in the custody of

8  government of El Salvador.

9          **THE COURT:**  And you do not disagree that the last

10  hands on Mr. Abrego Garcia were not the plaintiffs' hands, they

11  were the government's hands?  That's clear.

12      So what I'm hearing from the government is there's no

13  evidence before me as to where Mr. Abrego Garcia is currently,

14  from the government's perspective?

15          **MR. ENSIGN:**  Not exactly, Your Honor.  The plaintiffs

16  have submitted evidence that that's where he is, and at

17  present, the government has not submitted any evidence that

18  would contradict that.

19          **THE COURT:**  I understand that.  But the plaintiffs

20  don't have any evidence for today, because unless they are

21  going to correct me that they have actually spoken to

22  Mr. Abrego Garcia or gotten some contemporary evidence as to

23  where he is, there's no evidence today as to where he is today.

24      Plaintiffs, will you have some evidence for me as to where

25  he is today?

1          **MR. SANDOVAL-MOSHENBERG:**  No, Your Honor.  We have

2   not been able to speak to Mr. Abrego Garcia, notwithstanding

3   the family hiring a lawyer in El Salvador to try to make

4   contact.

5          **THE COURT:**  Okay.  So then there is no evidence as to

6   where he is today, and that is extremely troubling.

7          But I'm going to move to the second question, because I

8   think if I keep, you know -- I don't want you to have to keep

9   saying the same thing over and over again to my question.

10         So the next one is:  What steps, if any, defendants have

11   taken to facilitate Abrego Garcia's immediate return to the

12   United States?

13         And the way I look at this, is -- to be sure, there was a

14   period of time where the Supreme Court stayed my order, but

15   there was also a period of time where that order was in full

16   force and effect.  And that was from Friday, April 4th, until

17   Monday, when the Supreme Court, April 7, sometime in the

18   morning, when they stayed it, and then it was lifted last

19   night.

20         So there are days in which if the defendants had done

21   anything, I want to know what they have done.

22         What have the defendants done to facilitate

23   Mr. Abrego Garcia's return?

24         **MR. ENSIGN:**  Your Honor, again, for the reasons

25   explained in our filing about an hour ago, the defendants are

1  not yet prepared to share that information.  They are actively

2  evaluating both the Supreme Court decision and what they can

3  share with this Court.

4      But at this particular moment, they are not prepared to

5  share that information, which is currently --

6          **THE COURT:**  Have they done anything?

7          **MR. ENSIGN:**  Your Honor, I don't have personal

8  knowledge of what steps were taken to comply.

9          **THE COURT:**  Okay.  So that means they have done

10 nothing.  I don't -- this is a yes-or-no question, and I don't

11 mean to -- to direct, you know, all of my frustration at you,

12 Mr. Ensign, because you're new, at least in this court, and so

13 take this for what it is.  It is a direct question that, in my

14 view, is a yes or no.  And that doesn't -- that doesn't invade

15 any province of the Executive Branch, because I'm not asking

16 what yet.  I'm just asking was there anything.

17     Was there anything done while this order was in full force

18 and effect to facilitate the return of Mr. Abrego Garcia?

19         **MR. ENSIGN:**  Your Honor, I do not have that

20 information.  I -- I'm unable to answer that question because I

21 don't have knowledge of that.

22         **THE COURT:**  Well, then, it is important, it behooves,

23 I believe, this case and how the system of justice works, that

24 the following be communicated to your clients:

25     You are the officer of the court, you are the instrument

1    to represent them.  If they do not give you the information and

2    there is no information before the Court, if there is no

3    information or evidence before the Court, then there is no

4    evidence.

5        So the record, as it stands, is despite this Court's clear

6    directive, your clients have done nothing to facilitate the

7    return of Mr. Abrego Garcia.  There's an easy way to combat

8    that, and that's just to tell me whether you've done anything,

9    and if so, what?

10        If you believe there's some reason why you can't, then you

11    have to put that in writing, but you haven't yet.

12        And to say to me that you don't have personal knowledge

13    means that you don't have, like, full and effective contact

14    with your clients.  I mean, that's just not adding up to me, so

15    maybe you can explain what you mean.

16        How do you not have personal knowledge of this very basic

17    question?

18            **MR. ENSIGN:**  Well, Your Honor, we are -- as the

19    government has explained, it is actively evaluating what it can

20    share with the Court and, you know, intends to comply with the

21    Supreme Court's order and this Court's order.  It is actively

22    evaluating what can be shared.

23            **THE COURT:**  Okay.

24            **MR. ENSIGN:**  It is not yet prepared to resolve that

25    question and has not, therefore, provided the answers that

1  could be shared with this Court.

2         **THE COURT:**  What further evaluation, in your view,

3  does the administration or your defendants, your clients, need

4  to do to answer whether anything was done?  That yes-or-no

5  question, what evaluation exactly needs to be done to answer

6  historically, what the Supreme Court said in its order, you

7  must be prepared to do?  I -- and I'm just -- again, real

8  basic, yes or no.

9      And you're saying you're not yet prepared to answer that

10  question despite the fact that this case has gone on for quite

11  so many days.

12      Am I getting that right?

13         **MR. ENSIGN:**  That is correct, Your Honor.  For the

14  reasons we explained in the filing previously, we are not yet

15  prepared to share that information.  We are actively

16  considering what could be done.

17      This is a case that involves three different cabinet

18  departments, and there is a lot of interagency process that

19  attends to these things.

20         **THE COURT:**  And while -- while you do that, given

21  that the Supreme Court has said that my decision and all

22  aspects of my order, save for a narrow clarification, is in

23  full force and effect, the irreparable harm continues.

24      Is anybody moving with any sort of speed on your end to

25  get to the bottom of this so that I can get an answer?  And I

1    don't mean to be flip about it, I'm just -- I'm not sure what

2    to take from the fact that the Supreme Court has spoken quite

3    clearly and yet I can't get an answer today about what you've

4    done, if anything, in the past, which means, again, the record,

5    as it stands, is that nothing has done -- been done in the

6    past.

7        When do you expect that, according to your clients, we

8    might get some answers to these questions?

9            MR. ENSIGN:  Your Honor, we did move for an extension

10   of the deadline and requested Tuesday at close of business; we

11   would certainly be prepared to address the Court's questions by

12   then.  We could potentially do so on a faster basis, but we

13   were not able to do so by 11:30 today, as the Court's order.

14   That was not practical under the circumstances.  We --

15           THE COURT:  No, you called it unreasonable.  Despite

16   the fact that this case has been going on for weeks, you called

17   it unreasonable.  And in light of the Supreme Court's

18   directive, I respectfully disagree.  I don't think it's

19   unreasonable at all to ask very basic, historical questions.

20       But be that as it may, you are going on record as saying

21   by Tuesday of next week, you will have answers, meaning

22   individuals with personal knowledge who can declare, under

23   penalties of perjury, that's usually what's expected of a

24   declaration, answers to these questions?

25           MR. ENSIGN:  Your Honor, we are prepared to provide

1   the government's responses that may include assertions of

2   privilege.  I don't know.  There are active discussions, you

3   know, ongoing.

4        I know, however, that because we moved to continue until

5   that time, we were certainly prepared to file something by that

6   time.  We were not proposing a deadline that we were unwilling

7   to -- to meet.

8            **THE COURT:**  Okay.  You have anything to add before I

9   turn to the plaintiffs?

10           **MR. ENSIGN:**  Yes, Your Honor.

11       I -- I think we disagree fundamentally with the current

12  status of the Court's order.  You know, as the Supreme Court

13  said, I guess, two important things.

14       One is that it said the -- that, quote, the deadline in

15  the challenged order is no longer effective.

16           **THE COURT:**  Do you know why, though?  I mean, that's

17  because the administrative stay stayed the case past the

18  effective deadline.  And that's just common sense, right?

19  The -- the deadline can't be in place if the stay blew past the

20  deadline.

21       So now you have a new amended order, incorporates

22  everything else that the Supreme Court permitted, and then made

23  clear that you are to take all available steps to facilitate

24  the return of Abrego Garcia to the United States as soon as

25  possible.  That's the new deadline.

1    You can't have a historic deadline.  It's over.  So what's

2  the point?

3         MR. ENSIGN:  Your Honor, as a second part of that,

4  the Supreme Court went on to explain the District Court should

5  clarify its directive with due regard to the deference owed to

6  the Executive Branch and the conduct of foreign affairs.

7         THE COURT:  And I did that in the order.  It's at

8  ECF 51.  I quoted that very directive, and then I said "to this

9  end," and the rest follows.

10    So you have the clarification, so I don't see what you're

11  fundamentally disagreeing with.

12         MR. ENSIGN:  Your Honor, respectfully, the -- it is

13  that due regard for the deference owed to the Executive Branch

14  and the conduct of foreign affairs.  At a bare minimum, we

15  believe that you were required to hear from the Executive

16  Branch what its position was as to clarification in a written

17  brief before any order could become effective again.

18         THE COURT:  No, I disagree.  You don't get that

19  unless I say I need it, and I didn't need it.  And now you

20  don't get to brief what is now in the past.

21    I have amended the order.  That's what the Supreme Court

22  told me to do.  I did it.  Everything else is in full force and

23  effect.  We do not get to relitigate the past in that respect.

24    Now, going forward, you make your arguments as to what you

25  think I'm entitled to and why, or not entitled to, and we go

1   from there.  But we're not going to slow walk this.

2       So you will have a full and fair opportunity to be heard.

3   It -- but we're not relitigating what the Supreme Court has

4   already put to bed.  And I don't believe I need help in

5   clarifying the order.  I clarified the order.

6       So now with the order as it is, if you believe there is

7   some reason why you can't comply, then that is what you will

8   put in writing to me.

9       Does that make sense?

10          **MR. ENSIGN:**  Your Honor, we understand the Court's

11  position on this.  We -- we object to it, and we read the

12  Supreme Court's order differently.  We do not -- we believe

13  that you were -- that the due regard for the deference owed to

14  the Executive Branch required the Court to hear from us before

15  any clarification it issued.

16          **THE COURT:**  It did not say that.  And it made clear

17  that when I said "facilitate," I was on all fours with the law.

18  So now, my order reads, "take all available steps to facilitate

19  the return as soon as possible."

20      It -- it's just -- it's as plain as that.

21      So -- so I hear you.  You've made your record.  I disagree

22  with you.

23      Next thing before I turn to the plaintiffs?  Anything

24  else?

25          **MR. ENSIGN:**  No, Your Honor.

1              **THE COURT:**  Okay.  All right.  Mr. Moshenberg or

2    Mr. Cooper?  Who is arguing?

3              **MR. SANDOVAL-MOSHENBERG:**  Your Honor, just with

4    regard to steps one and two.

5              **THE COURT:**  Yep.

6              **MR. SANDOVAL-MOSHENBERG:**  The Court's order was

7    sufficiently clear.  It asked for information that they should

8    have been doing already.  They clearly didn't comply.  What

9    remedy there is we leave to the sound discretion of the Court.

10             **THE COURT:**  Well, I need you to tell me what you

11   believe is legal, proper, warranted going forward.  You know,

12   leaving it to the discretion of the Court is not --

13             **MR. SANDOVAL-MOSHENBERG:**  Okay.

14             **THE COURT:**  I need your argument.

15             **MR. SANDOVAL-MOSHENBERG:**  Yes, Your Honor.

16        Your Honor, it's quite clear that the government, and I

17   hate to use these words, but is playing a game with their own

18   lawyers.

19        This is now a second time we are before this Court with

20   lawyers saying "I haven't been provided this information," "I

21   haven't been provided any documentation," "I don't know."

22        I think it's quite clear, at this point, that the Court

23   needs to order that individuals with personal knowledge be

24   brought before this Court.

25             **THE COURT:**  All right.  Well --

1          **MR. SANDOVAL-MOSHENBERG:**  That's our position, Your

2    Honor.

3          **THE COURT:**  Okay.  I think - I think we need some --

4    listen, I'm not interested in delaying this at all.  Right?

5    But at the same time, there has to be some considered judgment

6    of how and under what authority I do or do not do something.

7          **MR. SANDOVAL-MOSHENBERG:**  Yes, Your Honor.

8          **THE COURT:**  So I think we can accomplish both at the

9    same time.

10      I want to take a moment where you all will press pause,

11   unless there's something more that you want to say about,

12   practically, how you would like to see the next several steps

13   roll out.

14      Mr. Moshenberg, do you have any recommendations?

15         **MR. SANDOVAL-MOSHENBERG:**  Well, I mean Your Honor has

16   really hit the nail on the head with regards to the

17   enforceability of the order with regards to effectuating the

18   return of Mr. Abrego Garcia being full effect and with regards

19   to the irreparable harm.

20      We understand the order to provide a declaration as being

21   essentially with regards to compliance with the thrust of the

22   order, which is that they take all reasonably available steps

23   to effectuate his return -- to facilitate his return.

24         **THE COURT:**  Well, what do I do with the government

25   saying "we can't do this until Tuesday"?

1          **MR. SANDOVAL-MOSHENBERG:**  Your Honor, I don't think

2  the government laid an actual, factual foundation.  When a

3  party comes before a court saying that something is impossible,

4  they need to lay a factual foundation by means of declarations,

5  not just arguments of counsel, especially where those

6  counsel -- that counsel is being told, "Actually, I don't know

7  what's going on."

8       But even regardless of that, there's just simply no

9  declaration here.

10          **THE COURT:**  Okay.  And are you -- well, I'm not going

11  to -- I'm not going to ask you right now to address the relief

12  you seek for whatever violation you see.

13       What I am contemplating is a very quick briefing order, as

14  well as an order of compliance.

15       And what I mean by that is, government, just so we're

16  clear, there are no business hours in this court.  There's --

17  all hours are hours spent on all cases, including this one.  So

18  there's no nine to five.

19       And what that means, is from now until compliance of this

20  order, I'm going to require daily statuses, daily updates.  You

21  can tell me what you can, what you can't, why.  But we're going

22  to make a record of what, if anything, the government is doing

23  or not doing.

24       And, plaintiff, you are -- it's your case, so you have to

25  put before me the -- the harms you see, the violations you see,

1    and the remedy you think you're entitled to, give the

2    government an opportunity to respond, and then I'll rule as

3    quickly as I can.

4         Any -- any input or thoughts about that?  And I'll turn to

5    both of you.

6              **MR. SANDOVAL-MOSHENBERG:**  No, Your Honor, that's very

7    appropriate.  We think daily status updates is very

8    appropriate.  And we'll be able to respond to each of those

9    status updates very promptly after they come in, both on the

10   merits and also as an evidentiary matter we think that the

11   status update is too vague, generic or being provided by a

12   person without personal knowledge.

13             **THE COURT:**  Okay.

14             **MR. SANDOVAL-MOSHENBERG:**  Thank you, Your Honor.

15             **THE COURT:**  Government, anything to add to this?

16             **MR. ENSIGN:**  Your Honor, the United States intends to

17   comply with the Supreme Court's order.  We are actively taking

18   steps to do so.  We are not able meet the Court's deadlines

19   because they are impracticable, but we intend to comply with

20   the Supreme Court's order.

21             **THE COURT:**  Well, then every day you can say that to

22   the public and to me.  You can say that, every day, you can't

23   comply with one, two and three of this order, you're just

24   unable to.

25        And if you can comply, because, frankly, I see one and two

1  as relatively straightforward and basic, or if you comply

2  partially, if you can give a little bit of insight, if you can

3  provide some information, then do it.  If not, then the -- then

4  the defendants go on record as saying they are unable to

5  provide any information, and the record will stand as no

6  information and no steps and no evidence as to where Mr. Abrego

7  Garcia is.  That's just the way it works in a court.

8       So I -- I hope -- I hope so.  I hope you will.  I hope you

9  will, in good faith, comply.

10      And if it -- we'll just take it from there.  I mean, I

11 can't call it right now because I don't have briefing on it,

12 but I do know that I want daily updates until this matter is

13 resolved.

14      So we will -- we will get working on a written order that

15 memorializes all of this.

16      Do you have any alternative suggestions for me,

17 Mr. Ensign?

18           **MR. ENSIGN:**  Your Honor, this is actively being

19 discussed.  And, you know, as I said, we were prepared to

20 address this by Tuesday close of business.  You know, perhaps a

21 report or a declaration by Monday close of business is

22 something we could accomplish as an alternative to daily.  I

23 know that there are active, you know -- you know, active --

24           **THE COURT:**  Okay.  I understand where you think

25 you're going to land, and my order is daily updates.  If your

1    daily update is zero, then that's what it will be.  But -- but,

2    you know, there is -- there is -- it's fundamentally -- it's

3    important to go on record in a case of this nature where the

4    Supreme Court has affirmed all but a very narrow clarification,

5    which I've given you, as to why you are not -- what you're

6    doing or not doing.

7         So I -- I guess my message, for what it's worth, is if you

8    can do it tomorrow, do it tomorrow.  I don't understand why you

9    can't do it tomorrow.  I don't understand why one and two

10   cannot be answered today.  So maybe you can answer that for me

11   between now and 5:00 tomorrow.

12        Anyway, unless there are any other thoughts or comments,

13   what I will do is issue an order that compels a daily update

14   from a person with personal knowledge on one, two, and three.

15        I will -- I think what we will also do is we'll set in a

16   follow-up hearing for the day after, Mr. Ensign, when you say

17   you believe you can get me the declaration that we wish to have

18   today, that I ordered to have today.  We'll just set in another

19   hearing after that.

20        And, plaintiff, it will be up to you, if you wish to ask

21   for any further relief, to put it in writing.  And I'll set a

22   briefing schedule that's relatively expeditious for that.

23   Okay?

24             **MR. SANDOVAL-MOSHENBERG:**  We understand.  Thank you,

25   Your Honor.

1          THE COURT:  Okay.  Government, is there anything else

2    you wish for me to consider?

3          MR. ENSIGN:  Your Honor, again, we just object on the

4    basis that we think that the Supreme Court's order required the

5    Court to consider the government's view before entering a

6    clarification of the order, that that's what the due

7    requirement --

8          THE COURT:  Okay.  Your objection is noted.  If there

9    is anything else that you wish to be heard on as to the next

10   steps, I'm inviting that.  But your objection is noted.

11         MR. ENSIGN:  Thank you, Your Honor.

12     And, again, as we have expressed in our filing about an

13   hour ago, we simply believe that the Court's deadlines are

14   impracticable, but that is not to say that the government is

15   not intending to comply with the Supreme Court's order.

16         THE COURT:  Okay.  Very well.  I appreciate that.

17     Mr. Moshenberg?

18         MR. SANDOVAL-MOSHENBERG:  Your Honor, I don't know

19   if -- Your Honor, just now, the issue of who the government

20   will be required to bring to the following hearing, or if you

21   prefer to address that in briefing on the papers?

22         THE COURT:  Well, you -- right, you need to brief it.

23         MR. SANDOVAL-MOSHENBERG:  Thank you, Your Honor.

24         THE COURT:  Exactly.  What remedy -- what violations

25   you see, what remedy you're seeking.  And in the interim, I

1  will require daily updates from the government, again, with a

2  declaration from someone with personal knowledge.  And the

3  government will give me what they give me and we'll go from

4  there.

5          **MR. SANDOVAL-MOSHENBERG:**  Very good, Your Honor.

6  Thank you.

7          **THE COURT:**  All right.  Anything else?

8          **MR. SANDOVAL-MOSHENBERG:**  Nothing from plaintiffs.

9          **THE COURT:**  All right.  Thank you all.

10          **DEPUTY CLERK:**  All rise.  This Honorable Court now

11  stands adjourned.

12      (Proceedings were concluded at 1:26 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                CERTIFICATE OF OFFICIAL REPORTER

2

3

4      I, Paula J. Leeper, Federal Official Court Reporter, in

5   and for the United States District Court for the District of

6   Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that

7   the foregoing is a true and correct transcript of the

8   stenographically-reported proceedings held in the

9   above-entitled matter and the transcript page format is in

10   conformance with the regulations of the Judicial Conference of

11   the United States.

12                            Dated this 11th day of April 2025.

13

14

15                       */S/ Paula J. Leeper*
                         _____
16
                         Paula J. Leeper, RPR, CRR
17                       Federal Official Reporter

18

19

20

21

22

23

24

25

```
DEPUTY CLERK: [3]  3/3 3/10 24/10
MR. ENSIGN: [26]  3/5
MR. MOLINA: [1]  4/4
MR. SANDOVAL-MOSHENBERG: [17]  3/15 9/1 17/3 17/6
  17/13 17/15 18/1 18/7 18/15 19/1 20/6 20/14 22/24
  23/18 23/23 24/5 24/8
MS. HORTON: [1]  3/21
THE COURT: [47]
```

```
/
/S [1]  25/15
```

```
1
11 [1]  1/11
11:30 [1]  13/13
11th [1]  25/12
1300 [1]  1/18
1:00 [1]  1/11
1:26 [1]  24/12
```

```
2
2000 [1]  2/4
2000S [1]  1/19
202 [2]  1/19 2/4
2025 [2]  1/11 25/12
20530 [1]  2/4
22030 [1]  1/15
2399 [1]  1/15
25-951 [1]  3/11
28 [1]  25/6
```

```
3
300 [1]  1/14
352-2399 [1]  1/15
```

```
4
4103 [1]  1/14
4th [1]  9/16
```

```
5
51 [2]  4/23 15/8
514-2000 [1]  2/4
538-8000 [1]  1/19
5:00 tomorrow [1]  22/11
```

```
6
6:30 [1]  4/9
```

```
7
703 [1]  1/15
753 [1]  25/6
```

```
8
8000 [1]  1/19
8:25-cv-00951-PX [1]  1/6
```

```
9
900 [1]  1/18
950 [1]  2/3
951 [1]  3/11
```

```
A
able [6]  5/8 5/17 9/2 13/13 20/8 20/18
above [1]  25/9
above-entitled [1]  25/9
ABREGO [19]  1/4 3/12 4/13 5/1 5/20 5/21 6/2 7/3
  8/10 8/13 8/22 9/2 9/11 9/23 10/18 11/7 14/24
  18/18 21/6
accomplish [2]  18/8 21/22
according [1]  13/7
Action [1]  3/11
active [3]  14/2 21/23 21/23
actively [7]  6/7 10/1 11/19 11/21 12/15 20/17
  21/18
actual [1]  19/2
actually [2]  8/21 19/6
add [2]  14/8 20/15
adding [1]  11/14
additional [1]  5/22
address [4]  13/11 19/11 21/20 23/21
adjourned [1]  24/11
administration [1]  12/3
administrative [2]  4/8 14/17
affairs [2]  15/6 15/14
affirmed [2]  4/10 22/4
after [3]  20/9 22/16 22/19
afternoon [4]  3/6 3/7 3/15 3/25
again [8]  9/9 9/24 17/7 13/4 15/17 23/3 23/12 24/1
ago [5]  6/5 7/19 7/20 9/25 23/13
AIDED [1]  1/22
al [3]  1/4 1/7 3/12
al. [1]  3/12
al. v. Kristi [1]  3/12
all [29]
already [2]  16/4 17/8
also [4]  2/5 9/15 20/10 22/15
alternative [2]  21/16 21/22
am [4]  7/12 8/2 12/12 19/13
amended [3]  4/20 14/21 15/21
amends [1]  4/24
another [1]  22/18
answer [10]  5/8 5/8 5/17 10/20 12/4 12/5 12/9
  12/25 13/3 22/10
answered [1]  22/10
answers [5]  7/24 11/25 13/8 13/21 13/24
anybody [1]  12/24
anything [14]  9/21 10/6 10/16 10/17 11/8 12/24 13/4
```

```
14/8 16/23 19/22 20/15 23/1 23/9 24/7
Anyway [1]  22/12
APPEARANCES [1]  2/1
Appreciate [1]  20/7 20/8
appropriate [2]  20/7 20/8
APRIL [4]  1/11 9/16 9/17 25/12
April 4th [1]  9/16
April 7 [1]  9/17
area [1]  5/15
arguing [1]  17/2
argument [1]  17/14
arguments [2]  15/24 19/5
ARMANDO [2]  1/4 3/12
ask [3]  13/19 19/11 22/20
asked [4]  5/12 5/15 7/24 17/7
asking [9]  5/4 6/13 7/8 7/9 7/15 8/2 8/2 10/15
  10/16
aspects [2]  4/10 12/22
assertion [1]  6/18
assertions [2]  8/7 14/1
ASSISTANT [1]  2/2
attends [1]  12/19
ATTORNEY [1]  2/2
authority [6]  4/19 6/10 6/15 6/22 7/4 18/6
available [4]  4/25 14/23 16/18 18/22
Avenue [1]  2/3
```

```
B
bare [1]  15/14
basic [5]  7/8 11/16 12/8 13/19 21/1
basis [2]  13/12 23/4
because [14]  4/6 5/11 7/11 7/24 8/20 9/7 10/12
  10/15 10/20 14/4 14/17 20/19 20/25 21/11
become [1]  15/17
becomes [1]  5/7
bed [1]  16/4
before [16]  1/10 3/11 3/13 7/6 8/13 11/2 11/3 14/8
  15/17 16/14 16/23 17/19 17/24 19/3 19/25 23/5
Behalf [2]  1/13 2/1
behooves [1]  10/22
being [6]  6/7 18/18 18/21 19/6 20/11 21/18
believe [9]  10/23 11/10 15/15 16/4 16/6 16/12
  17/11 22/17 23/13
best [1]  3/22
between [1]  22/11
bit [1]  21/2
blew [1]  14/19
both [4]  10/2 18/8 20/5 20/9
bottom [1]  12/25
Branch [1]  7/24 10/15 15/6 15/13 15/16 16/14
Bridge [1]  1/14
brief [3]  15/17 15/20 23/22
briefing [5]  5/5 19/13 21/11 22/22 23/21
bring [1]  23/20
brought [1]  17/24
bucket [1]  5/12
business [4]  13/10 19/16 21/20 21/21
```

```
C
cabinet [1]  12/17
call [1]  21/11
called [3]  3/2 13/15 13/16
can't [10]  11/10 13/3 14/19 15/1 16/7 18/25 19/21
  20/22 21/11 22/23
case [8]  4/15 10/23 12/10 12/17 13/16 14/17 19/24
  22/3
cases [1]  19/17
catch [1]  4/2
certainly [2]  13/11 14/5
CERTIFICATE [1]  24/13
certify [1]  25/5
Chain [1]  1/14
challenged [1]  14/15
circumstances [1]  13/14
CIVIL [2]  2/3 3/11
clarification [7]  4/11 12/22 15/10 15/16 16/15
  22/4 23/6
clarified [1]  16/5
clarify [2]  4/24 15/5
clarifying [1]  16/5
clear [10]  4/21 5/6 8/11 11/5 14/23 16/16 17/7
  17/16 17/22 19/16
clearly [2]  13/3 17/8
clients [5]  7/2 10/24 11/6 11/14 12/3 13/7
close [3]  13/10 21/20 21/21
combat [1]  11/7
come [1]  20/9
comes [2]  3/13 19/3
comments [1]  22/13
common [1]  14/18
communicated [1]  10/24
compels [1]  22/13
compliance [4]  7/11 18/21 19/14 19/19
comply [13]  5/18 5/25 10/8 11/20 16/7 17/8 20/17
  20/23 20/25 20/25 21/1 21/9 23/15
COMPUTER [1]  1/22
COMPUTER-AIDED [1]  1/22
concluded [1]  24/12
conduct [2]  15/6 15/14
conference [3]  1/10 3/13 23/5
confirmation [1]  7/5
conformance [1]  25/10
consider [2]  23/2 23/5
considered [2]  6/7 18/5
considering [1]  12/16
consistent [1]  4/22
contact [2]  9/4 11/13
contemplating [1]  19/13
contemporary [1]  8/22
continue [1]  14/4
continued [1]  1/20
continues [1]  12/23
```

```
contradict [3]  6/18 8/6 8/18
contrary [1]  5/3
COOPERATIVE [1]  2/2
correct [6]  3/7 3/14 3/19 19/5 19/6
counsel [6]  3/7 3/14 3/19 19/5 19/6
country [1]  7/10
court [50]
Court's [20]  4/18 4/19 4/22 6/6 11/5 11/21 11/21
  13/11 13/13 13/17 14/12 16/10 16/12 17/6 20/17
  20/18 20/20 23/4 23/13 23/15
CRR [1]  25/16
current [3]  5/19 6/2 14/11
currently [2]  8/13 10/5
custodial [2]  5/20 6/2
custody [3]  4/13 6/19 8/7
cv [1]  1/6
```

```
D
daily [9]  19/20 19/20 20/7 21/12 21/22 21/25 22/1
  22/13 24/1
Dated [1]  25/12
day [4]  20/21 20/22 22/16 25/12
days [2]  9/20 12/11
DC [2]  1/19 2/4
deadline [8]  13/10 14/6 14/14 14/18 14/19 14/20
  14/25 15/1
deadlines [2]  20/18 23/13
decision [5]  4/7 4/10 6/6 10/2 12/21
declaration [7]  5/16 13/24 18/20 19/9 21/21 22/17
  24/2
declarations [1]  19/4
declare [1]  13/22
Defendant [1]  1/8
defendants [14]  2/1 4/1 4/25 5/4 5/7 5/21 5/23
  5/25 9/10 9/22 9/22 9/25 12/3 21/4
deference [3]  15/5 15/13 16/13
definitively [1]  8/5
delayed [1]  7/25
delaying [1]  18/4
DEPARTMENT [1]  2/3
departments [1]  12/18
deported [1]  7/10
DEPUTY [1]  2/2
despite [3]  11/5 12/10 13/15
different [1]  12/17
differently [1]  16/12
direct [4]  4/25 6/9 10/11 10/13
directed [1]  7/7
directive [5]  4/22 11/6 13/18 15/5 15/8
directly [1]  4/14
disagree [5]  8/9 13/18 14/11 15/18 16/21
disagreeing [1]  15/11
discretion [2]  17/9 17/12
discussed [1]  21/19
discussions [1]  14/2
DISTRICT [10]  1/1 1/1 1/11 3/3 3/4 4/18 4/19 15/4
  25/5 25/5
DIVISION [2]  1/2 2/3
do [39]
Docket [1]  1/6
documentation [1]  17/21
doing [6]  7/23 17/8 19/22 19/23 22/6 22/6
DOJ [2]  2/6 2/6
down [1]  3/23
DREW [2]  2/2 3/25
due [4]  15/5 15/13 16/13 23/6
```

```
E
each [3]  5/10 5/13 20/8
easy [1]  11/7
ECF [2]  4/23 15/8
ECF 51 [1]  15/8
effect [5]  9/16 10/18 12/23 15/23 18/18
effective [4]  11/13 14/15 14/18 15/17
effectuate [2]  4/18 18/23
effectuating [1]  14/14
El [9]  4/14 4/16 6/12 6/18 6/19 7/14 8/7 8/9 9/7
else [7]  3/19 14/22 15/22 16/24 23/1 23/9 24/7
EMANUEL [2]  1/17 3/17
end [4]  4/23 4/23 12/24 15/9
enforceability [1]  18/17
enough [1]  7/22
ENSIGN [6]  2/2 3/25 5/10 10/12 21/17 22/16
ensure [1]  4/15
entering [1]  23/5
entitled [4]  15/25 15/25 20/1 25/9
Ernest [2]  2/6 4/1
especially [1]  19/5
ESQUIRE [6]  1/13 1/16 1/17 2/2 2/6 2/6
essentially [1]  18/21
et [4]  1/4 1/7 3/12 3/12
evaluating [1]  10/2 11/19 11/22
evaluation [2]  12/2 12/5
even [3]  7/7 7/12 19/8
every [2]  20/21 20/22
everyone [1]  3/6
everything [2]  14/22 15/22
evidence [12]  6/21 8/13 8/16 8/17 8/20 8/22 8/23
  8/24 9/5 11/3 11/4 21/6
evidentiary [1]  20/10
exactly [3]  8/15 12/5 23/24
exceed [1]  4/19
Executive [6]  7/24 10/15 15/6 15/13 15/15 16/14
expect [1]  13/7
expected [1]  13/23
expeditious [1]  22/22
explain [2]  11/15 15/4
explained [5]  6/4 6/19 9/25 11/19 12/14
expressed [1]  23/12
extension [1]  13/9
extremely [1]  9/6
```

**F**
fact [3]  12/10 12/2 13/16
factual [2]  19/2 19/25
fair [1]  16/2
Fairfax [1]  1/15
faith [1]  21/9
family [1]  9/3
faster [1]  13/12
Federal [2]  25/4 25/17
file [1]  14/5
filing [6]  6/5 7/19 7/20 9/25 12/14 23/12
first [1]  5/15
five [1]  19/18
flip [1]  13/1
focus [1]  5/12
follow [1]  22/16
follow-up [1]  22/16
following [2]  10/24 23/20
follows [1]  5/19
force [4]  9/16 10/17 12/23 15/22
foregoing [1]  25/7
foreign [2]  15/6 15/14
format [1]  25/9
forward [2]  15/24 17/11
found [1]  4/23
foundation [2]  19/2 19/4
fours [1]  16/17
frankly [2]  7/11 20/25
FRIDAY [2]  1/11 9/16
frustration [1]  10/11
full [7]  9/15 10/17 11/13 12/23 15/22 16/2 18/18
fundamentally [3]  14/11 15/11 22/2
further [3]  5/5 12/2 22/21

**G**
game [1]  17/17
GARCIA [14]  1/4 3/12 5/1 5/20 7/3 8/10 8/13 8/22 9/2 10/18 11/7 14/24 18/18 21/7
Garcia's [5]  4/13 5/21 6/2 9/18 11/9 9/23
GENERAL [1]  2/2
generic [1]  20/11
getting [1]  12/12
give [6]  6/1 11/1 21/2 24/3 24/3
given [3]  7/22 12/20 22/5
go [5]  5/13 15/25 21/4 22/3 24/3
going [16]  3/22 5/10 6/20 8/21 9/7 13/16 13/20 15/24 16/1 17/11 19/7 19/10 19/11 19/20 19/21 21/25
gone [1]  12/10
good [6]  3/6 3/7 3/15 3/25 21/9 24/5
got [1]  5/16
gotten [1]  8/22
government [22]  3/24 4/13 4/21 5/3 6/19 7/13 8/8 8/12 8/17 11/19 17/16 18/24 19/2 19/15 19/22 20/2 20/15 23/1 23/14 23/19 24/1 24/3
government's [5]  6/13 8/11 8/14 14/1 23/5
GREENBELT [1]  1/2
guess [2]  14/13 22/7

**H**
handled [1]  4/15
hands [3]  8/10 8/10 8/11
harm [2]  12/23 18/19
harms [1]  19/25
hate [1]  17/17
head [1]  18/16
hear [3]  15/15 16/14 16/21
heard [2]  16/2 23/9
hearing [5]  7/6 8/12 22/16 22/19 23/20
held [1]  25/8
help [1]  16/4
hereby [2]  4/24 25/6
him [1]  7/14
hiring [1]  9/3
his [4]  4/15 5/23 18/23 18/23
historic [1]  15/1
historical [1]  13/19
historically [1]  12/6
hit [1]  18/16
Honor [43]
HONORABLE [3]  1/10 3/5 24/10
hope [4]  21/8 21/8 21/8 21/8
HORTON [2]  1/17 3/20
hour [5]  6/5 7/19 7/20 9/25 23/13
hours [3]  19/16 19/17 19/17
however [2]  4/18 14/4

**I**
I'll [4]  5/14 20/2 20/4 22/21
I'm [23]  4/2 4/14 5/10 6/13 7/8 7/9 7/15 7/23 8/2 8/12 9/7 10/15 10/16 10/20 12/7 13/1 13/1 15/25 18/4 19/10 19/11 22/16 23/17
I've [3]  5/9 5/12 22/5
identify [1]  3/14
illegally [1]  7/10
immediate [2]  5/21 9/11
implies [1]  7/11
important [3]  10/22 14/13 22/3
impossible [1]  19/3
impracticable [2]  20/19 23/14
improperly [1]  4/16
INA [1]  7/12
include [1]  14/1
including [1]  19/17
incorporates [1]  14/21
individuals [2]  14/21
information [21]  5/12 6/14 6/17 6/17 7/8 7/18 7/21 8/4 8/6 10/1 10/5 10/20 11/1 11/2 11/2 11/3 12/15 17/7 17/20 21/3 21/5 21/6
input [1]  20/4
insight [1]  21/2
instrument [1]  10/25

**Intend**
intend [1]  20/19
intended [1]  4/17
interagency [1]  12/18
interested [1]  18/4
interim [1]  23/25
internally [1]  6/5
invade [1]  10/14
invading [1]  7/23
inviting [1]  23/10
involves [1]  12/17
irreparable [2]  12/23 18/19
is [98]
ish [1]  4/9
issue [2]  13/23 23/19
issued [2]  4/7 16/15

**J**
Jenifer [1]  2/5
JONATHAN [2]  1/16 3/17
JUDGE [1]  1/11
judgment [1]  18/5
Judicial [1]  25/10
justice [2]  2/3 10/23

**K**
keep [2]  9/8 9/8
KILMAR [2]  1/4 3/11
knowledge [12]  6/1 6/24 6/25 10/8 10/21 11/12 11/16 13/22 17/23 20/12 22/14 24/2
KRISTI [2]  1/7 3/12

**L**
laid [1]  19/2
land [1]  21/25
last [7]  4/2 4/6 4/9 4/20 5/11 8/9 9/19
Latour [2]  2/6 4/1
law [1]  16/17
lawyer [1]  9/3
lawyers [2]  17/18 17/20
lay [1]  19/4
least [1]  10/12
leave [1]  7/9
leaving [1]  17/12
Leeper [3]  25/4 25/15 25/16
legal [1]  17/11
lifted [1]  9/18
light [1]  13/17
listen [1]  18/4
little [1]  21/2
LLC [1]  3/16
LLP [1]  1/17
located [1]  7/3
location [2]  5/19 6/2
longer [1]  14/15
look [1]  9/13
lot [1]  12/18

**M**
made [4]  4/21 14/22 16/16 16/21
make [4]  9/3 15/24 16/9 19/22
man [1]  7/9
many [1]  12/11
MARYLAND [3]  1/1 3/4 25/6
matter [3]  3/2 3/13 20/10 21/12 25/9
may [3]  4/19 13/22 14/1
maybe [2]  11/15 22/10
mean [9]  6/8 10/11 11/14 11/15 13/1 14/16 18/15 19/15 21/10
meaning [1]  13/21
means [5]  10/9 11/13 13/4 19/4 19/19
meet [2]  14/7 20/18
memorializes [1]  21/15
merits [1]  20/10
message [1]  22/7
Michelle [2]  2/6 4/1
might [1]  13/8
minimum [1]  5/3
Molina [3]  2/6 4/1 4/3
moment [2]  10/4 18/10
Monday [3]  4/9 9/17 21/21
more [2]  5/4 18/11
morning [2]  4/9 9/18
morning-ish [1]  4/9
MOSHENBERG [5]  1/13 3/16 17/1 18/14 23/17
move [2]  9/7 13/9
moved [1]  14/4
moving [1]  12/24
Mr. [22]  3/9 4/3 5/10 5/20 6/2 7/3 8/10 8/13 8/22 9/2 9/23 10/18 11/7 17/1 17/2 18/14 18/18 18/4 19/10 19/11 22/16 23/17
Mr. Abrego [11]  5/20 6/2 7/3 8/10 8/13 8/22 9/2 10/18 11/7 18/18 21/6
Mr. Abrego Garcia's [1]  9/23
Mr. Cooper [1]  17/3
Mr. Ensign [4]  5/10 10/12 21/17 22/16
Mr. Molina [1]  4/3
Mr. Moshenberg [3]  17/1 18/14 23/17
Mr. Ulander [1]  3/9
Mrs. [1]  3/20
Mrs. Vasquez [1]  3/20
Ms. Horton [1]  3/20
MURRAY [2]  1/14 3/16
must [2]  4/21 12/7

**N**
nail [1]  18/16
name [1]  4/2
narrow [2]  12/22 22/4

**Nature**
nature [1]  22/3
need [10]  5/5 12/3 15/19 15/19 16/4 17/10 17/14 18/3 19/24 24/1
needs [2]  12/22 14/4
never [1]  10/12 14/21 14/25
next [5]  5/7 7/23 9/10 13/21 16/23 18/12 23/9
night [5]  4/6 4/9 4/20 5/11 9/19
nine [1]  19/18
no [25]  5/5 6/13 6/21 8/12 8/23 9/1 9/5 10/10 10/14 11/2 11/12 11/3 12/4 12/8 13/15 14/15 15/18 16/25 19/8 19/16 19/18 20/6 21/5 21/6 21/6
NOEM [2]  1/7 3/12
not [57]
noted [3]  4/12 23/8 23/10
NOTES [1]  1/22
nothing [4]  10/10 11/6 13/5 24/8
notwithstanding [1]  9/2
number [3]  1/6 3/11 5/24
NW [2]  1/18 2/3

**O**
object [2]  16/11 23/3
objection [2]  23/8 23/10
officer [2]  7/1 10/25
OFFICIAL [3]  25/1 25/4 25/17
Okay [18]  3/23 4/5 7/1 7/20 9/5 10/9 11/23 14/8 17/1 17/13 18/3 19/10 20/13 21/24 22/23 23/1 23/8 23/16
OLIVIA [1]  1/17
one [14]  5/10 5/13 5/23 5/24 7/9 9/10 14/14 17/4 17/14 19/17 20/23 20/25 22/9 22/14
ongoing [1]  14/3
only [1]  5/11
opportunity [2]  16/2 20/2
order [47]
ordered [2]  22/18
orders [2]  4/10
OSORIO [2]  1/14 3/16
other [2]  22/12
out [1]  18/13
over [3]  9/9 9/9 15/1
owed [3]  15/5 15/13 16/13
own [1]  17/17

**P**
p.m [2]  1/11 24/12
page [2]  25/9
pages [1]  5/16
papers [1]  23/2
part [1]  15/3
partially [1]  21/2
particular [1]  10/4
party [1]  19/3
past [6]  13/4 13/6 14/17 14/19 15/20 15/23
PAULA [5]  1/10 3/5 25/4 25/15 25/16
pause [1]  18/10
penalties [1]  13/23
pending [1]  3/11
Pennsylvania [1]  2/3
perhaps [1]  21/20
period [2]  9/14 9/15
perjury [1]  13/23
permitted [1]  14/22
person [2]  20/12 22/14
personal [9]  6/1 10/7 11/12 11/16 13/22 17/23 20/12 22/14 24/2
perspective [2]  6/14 8/14
physical [2]  5/19 6/2
place [2]  4/8 14/19
plain [1]  16/20
plaintiff [5]  1/5 1/13 2/5 19/24 22/20
plaintiffs [8]  5/14 6/11 8/15 8/19 8/24 14/9 16/23 24/8
plaintiffs' [3]  6/18 8/6 8/10
playing [1]  17/17
pleadings [2]  5/4 5/11
please [1]  3/14
point [1]  15/2 17/22
position [4]  6/23 15/16 16/11 18/1
possible [3]  5/2 14/25 16/19
potentially [1]  13/12
practical [1]  13/14
practically [1]  18/12
prefer [1]  23/21
prepared [10]  10/1 10/4 11/24 12/7 12/9 12/15 13/11 13/25 14/5 21/19
present [2]  2/5 8/17
presiding [1]  3/5
press [1]  18/10
previously [1]  12/14
prior [3]  4/10 4/12 4/21
privilege [1]  14/2
proceedings [2]  24/12 25/8
process [1]  12/18
prohibited [1]  7/13
promptly [1]  20/9
proper [1]  17/11
properly [1]  4/12
proposing [1]  14/6
prospective [1]  7/21 8/1
provide [6]  7/18 8/5 13/25 18/20 21/3 21/5
provided [6]  7/5 7/18 11/25 17/20 17/21 20/11
province [1]  7/23 10/15
public [1]  20/22
pursuant [1]  25/6
put [8]  5/3 5/4 5/9 5/11 16/4 16/8 19/25 22/21
PX [1]  1/6

**Q**
question [14]  5/7 6/9 7/15 8/1 8/3 9/7 9/9 10/10 10/13 10/20 11/17 11/25 12/5 12/10
questions [7]  5/8 5/9 5/17 13/8 13/11 13/19 13/24

**Q**

quick [1]   19/13
quickly [1]   20/7
QUINN [1]   1/17 3/17
quite [6]   7/8 7/25 12/10 13/2 17/16 17/22
quote [1]   14/14
quoted [1]   15/8
quoting [1]   4/14

**R**

read [1]   16/11
reads [1]   16/18
real [1]   12/7
really [2]   5/11 18/16
reason [2]   11/10 16/7
reasonably [1]   18/22
reasons [3]   7/19 9/24 12/14
recommendations [1]   18/14
record [10]   3/14 6/20 11/5 13/4 13/20 16/21 19/22 21/4 21/5 22/3
regard [4]   5/5 15/5 13/16 13/17/4
regardless [1]   19/8
regards [4]   18/16 18/17 18/18 18/21
regulations [1]   25/10
relatively [2]   21/1 22/22
relay [1]   6/25
release [1]   4/13
relief [2]   19/11 22/21
relitigate [1]   15/23
relitigating [1]   16/3
remand [1]   4/11
remedy [4]   17/9 20/1 23/24 23/25
removed [1]   7/10
report [1]   21/21
reported [1]   25/8
REPORTER [3]   25/1 25/4 25/17
reporter's [1]   3/23
represent [1]   11/1
represented [1]   6/11
requested [1]   13/10
require [2]   19/20 24/1
required [5]   4/12 15/15 16/14 23/4 23/20
requirement [1]   23/7
requiring [1]   4/11
resolve [1]   11/24
resolved [1]   21/13
respect [1]   15/23
respectfully [2]   13/18 15/12
respond [2]   20/2 20/8
responses [1]   14/1
rest [1]   15/9
return [12]   5/1 5/22 5/23 9/11 9/23 10/18 11/7 14/24 16/19 18/18 18/23 18/23
reviewing [1]   6/5
right [13]   3/20 3/24 6/7 12/12 14/18 17/1 17/25 18/4 19/11 21/11 23/22 24/7 24/9
rise [2]   3/3 24/10
Road [1]   1/14
roll [1]   18/13
RPR [1]   25/16
rule [1]   20/2

**S**

sake [1]   3/23
Salvador [8]   4/14 4/16 6/12 6/18 7/14 8/7 8/8 9/3
Salvadoran [1]   6/19
same [3]   9/9 18/5 18/9
SANDOVAL [2]   1/13 3/16
SANDOVAL-MOSHENBERG [2]   1/13 3/16
save [2]   4/11 12/22
saying [6]   6/21 7/2 9/9 12/9 13/20 17/20 18/25 19/3 21/4
schedule [1]   22/22
scope [1]   4/17
seat [1]   3/8
second [3]   9/7 15/3 17/19
secrets [1]   7/9
see [7]   15/10 18/12 19/12 19/25 19/25 20/25 23/25
seek [1]   19/12
seeking [1]   23/25
seem [1]   5/11
sending [1]   7/14
sense [2]   14/18 16/9
sent [1]   4/16
session [1]   3/4
set [3]   22/15 22/18 22/21
several [1]   18/12
share [5]   10/1 10/3 10/5 11/20 12/15
shared [3]   7/8 11/22 12/1
short [1]   4/20
SIMON [2]   1/13 3/16
simple [2]   7/15 8/3
simply [2]   19/8 23/13
since [2]   4/8 5/11
slow [2]   3/23 16/1
so [42]
someone [2]   6/1 24/2
something [5]   14/5 18/6 18/11 19/3 21/22
sometime [1]   9/17
soon [3]   5/1 14/24 16/19
sorry [1]   4/2
sort [1]   12/24
sound [1]   17/9
speak [1]   9/2
specifically [1]   6/24
speed [1]   12/24
spent [1]   19/17
spoken [2]   8/21 13/2
stand [1]   21/5
stands [3]   11/5 13/5 24/11
start [1]   5/24
State [1]   7/9

**STATES [13]**   1/1 1/11 1/1 3/3 4/7 5/1 5/22 6/20 6/24 9/12 14/24 20/16 25/5 25/11
statuses [1]   20/11
statutory [1]   19/20
stay [3]   4/8 14/17 14/19
stayed [3]   9/14 9/18 14/17
stenographically [1]   25/8
stenographically-reported [1]   25/8
STENOTYPED [1]   1/22
steps [13]   4/25 5/20 5/22 9/7 10/10 10/8 14/23 16/18 17/4 18/12 18/22 20/18 21/6 23/10
still [1]   6/5
straightforward [1]   21/1
Street [1]   1/18
submitted [2]   8/16 8/17
sufficiently [1]   17/7
suggestions [1]   21/16
Suite [1]   1/14 1/18
SULLIVAN [2]   1/17 3/17
supplemental [1]   5/16
Supreme [23]   4/7 4/14 4/22 6/6 9/14 9/17 10/2 11/21 12/6 12/21 13/2 13/17 14/12 14/22 15/4 15/21 16/3 16/12 20/17 20/20 22/4 23/4 23/15
Sura [2]   2/5 3/20
system [1]   10/23

**T**

table [1]   3/19
taken [3]   5/21 9/11 10/8
taking [1]   20/17
talk [1]   7/21
talking [1]   8/2
talks [1]   7/21
tell [4]   6/1 11/8 17/10 19/21
term [2]   4/17 4/24
therefore [2]   6/25 11/25
thing [2]   9/9 16/23
things [2]   12/19 14/13
think [16]   7/22 9/8 13/18 14/11 15/25 17/22 18/3 18/3 18/8 19/1 20/7 20/10 21/24 22/15 23/4
third [1]   5/12
though [2]   7/7 14/16
thoughts [2]   20/4 22/12
three [7]   5/8 5/9 5/15 5/22 12/17 20/23 22/14
thrust [1]   18/21
time [10]   5/5 7/22 7/25 9/9 14/5 14/15 14/6 17/19 18/5 18/9
today [11]   4/6 5/4 5/9 5/15 6/21 7/2 7/6 8/20 8/23 8/23 8/25 9/6 13/3 13/13 22/10 22/18 22/18
told [3]   7/2 15/22 19/6
tomorrow [4]   22/8 22/8 22/9 22/11
transcript [3]   1/10 25/7 25/9
TRANSCRIPTION [1]   1/22
troubling [1]   9/6
true [1]   25/7
try [2]   3/22 9/3
Tuesday [4]   13/10 13/21 18/25 21/20
turn [4]   5/14 14/9 16/23 20/4
two [8]   5/16 5/20 14/13 17/4 20/23 20/25 22/9 22/14

**U**

U.S.C [1]   25/6
Ulander [1]   3/9
unable [3]   10/20 20/24 21/4
unclear [1]   4/19
under [8]   6/9 6/15 6/19 6/22 7/3 13/14 13/22 18/6
understand [8]   6/22 8/19 16/10 18/20 21/24 22/8 22/9 22/24
UNITED [3]   1/1 1/11 3/3 4/7 5/1 5/22 6/20 6/23 9/12 14/24 20/16 25/5 25/11
unless [4]   8/20 15/19 18/11 22/12
unreasonable [3]   13/15 13/17 13/19
until [6]   4/9 9/16 14/4 18/25 19/19 21/12
unwilling [1]   14/6
up [1]   11/14 22/16 22/20
update [3]   20/11 22/1 22/13
updates [6]   19/20 20/7 20/9 21/12 21/25 24/1
URQUHART [2]   1/17 3/17
use [3]   7/11 7/12 17/17
usually [1]   13/23

**V**

v. [1]   3/12
VA [1]   1/15
vacated [1]   4/8
vague [1]   20/11
Vasquez [2]   2/5 3/20
very [13]   6/9 7/15 8/3 11/16 13/19 15/8 19/13 20/6 20/7 20/9 22/4 23/16 24/5
vetting [1]   6/6
view [3]   10/14 12/2 23/5
views [1]   5/13
violation [1]   19/12
violations [2]   19/25 23/24
vs [1]   1/6

**W**

walk [1]   16/1
want [8]   5/13 6/22 7/10 9/8 9/21 18/10 18/11 21/12
warranted [1]   17/11
was [17]   4/23 5/19 7/9 7/13 9/13 9/15 9/15 9/16 9/18 10/16 10/17 10/17 12/4 13/14 15/16 16/17 17/6
Washington [2]   1/19 2/4
way [3]   9/13 11/7 21/7
we'll [5]   20/8 21/10 22/15 22/18 24/3
week [1]   13/21
weeks [1]   13/16
well [11]   10/22 11/17 17/25 18/15 18/24 19/10 19/14 20/21 23/16 23/22
went [2]   4/17 15/4

**whatever [1]**   19/12
whether [2]   11/8 12/4
while [1]   20/24
whose [1]   3/5
willing [1]   5/8
wish [4]   22/17 22/20 23/2 23/9
without [1]   20/12
word [2]   7/11 7/12
words [2]   5/5 17/17
working [1]   21/14
works [2]   10/23 21/7
worth [1]   22/7
writing [3]   11/11 16/8 22/21
written [2]   15/16 21/14
wrongly [1]   7/9

**X**

XINIS [2]   1/10 3/5

**Y**

Yep [1]   17/5
yes [9]   3/10 4/4 10/10 10/14 12/4 12/8 14/10 17/15 18/7
yet [8]   5/17 10/1 10/16 11/11 11/24 12/9 12/14 13/3
yourselves [1]   3/14

**Z**

zero [1]   22/1