IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA                *

  **Plaintiff,**                              *

**v.**                                        *       Case No. 8:25-cv-00951

**KRISTI NOEM**                               *

  **Defendant.**                              *

### REQUEST FOR ENTRY OF APPEARANCE
### ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of **Defendants**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| District of Columbia | 09/10/2007 |
| California | 08/25/2006 |
| Arizona | 09/19/2008 |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

| | |
|---|---|
| April 14, 2025 | /s/ Drew Ensign |
| Date | Signature |
| | Drew C. Ensign |
| | Printed name and bar number |
| | 950 Pennsylvania Avenue NW, Washington, DC 20530 |
| | Address |
| | drew.c.ensign@usdoj.gov |
| | Email address |
| | (202) 514-2000 |
| | Telephone number |
| | |
| | Fax number |

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**