|  |  |
|---|---|
| Kilmar Armando Abrego Garcia and others, <br><br>   Plaintiffs, <br><br> v. <br><br> Kristi Noem and others, <br><br>   Defendants. | No. 8:25-cv-951 (PX) |

# [Proposed] Order

The motion of Joseph Dudek for leave to submit a self-represented amicus brief in support of Plaintiffs' motion for additional relief (ECF No. 76) is granted. The amicus brief (ECF No. 76-1) is deemed filed and docketed.

_____                    _____
Date                                                Hon. Paula Xinis, U.S.D.J.