

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770

## LETTER ORDER REGARDING THE FILING OF DISCOVERY MOTIONS

To promote the just, speedy, and inexpensive resolution of this case, *see* Fed. R. Civ. P. 1, the following procedure will be followed with respect to the filing of discovery motions (such as motions to compel, motions for a protective order, or motions seeking the imposition of sanctions).  Any party seeking to file a motion must first serve on all parties and file with the Court a letter (not to exceed three pages, single-spaced) that includes a brief description of the proposed motion and a concise summary of the relevant factual and legal grounds.  The letter should include the positions of all parties.  Parties shall attach to the letter the disputed interrogatories or requests for production and the answers or responses to the same.

Upon filing of the letter, the Court will schedule an expedited telephone conference to discuss the requested motion and to determine whether the issues may be resolved or otherwise addressed without the need for formal briefing.  The telephone conference does not take the place of the parties' obligation to meet and confer in good faith pursuant to the Federal Rules of Civil Procedure to attempt resolution of the issues without Court involvement.

If the issues are not resolved during the telephone call, the Court will set a briefing schedule in consultation with counsel.

Although informal, this is an Order of the Court and shall be docketed as such.

Date: April 15, 2025

/S/
PAULA XINIS
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov