# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Abrego Garcia, et al.

\*

v.

\*

Case No. 25-cv-00951

Noem, et al.

\*

\*

## NOTICE OF APPEAL

Notice is hereby given that Kristi Noem, Todd Lyons, Kenneth Genalo, Nikita Baker, Pamela Bondi, and Marco Rubio,
(fill in names of **all** parties who are appealing)

Defendants in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the order
(indicate order or judgment)

entered in this case on Apr. 10, 2025.

Apr. 16, 2025                                   s/Drew Ensign
Date                                            Signature

                                                Drew Ensign
                                                Printed Name and Bar Number

                                                P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044-0878
                                                Address

                                                Drew.C.Ensign@usdoj.gov
                                                Email Address

                                                (202) 514-2331
                                                Telephone Number

                                                _____
                                                Fax Number