UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 8:25-cv-00951-PX <br><br><br> <u>Declaration of Joseph N. Mazzara</u> |

## DECLARATION OF JOSEPH N. MAZZARA

I, Joseph N. Mazzara, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. Please refer to my prior declarations for the foundation of my personal knowledge, *Abrego Garcia v. Noem*, No. 8:25-cv-00951-PX (D. Md. Apr. 13, 2025), ECF No. 74 ¶¶ 2, 4–6; ECF No. 77 ¶¶ 2, 4–6.

2. I am aware of public reporting suggesting that Mr. Abrego Garcia may no longer be at the Terrorism Confinement Center (CECOT). Otherwise, there is still nothing further to report.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April 2025.

*[signature]*

Joseph N. Mazzara
Acting General Counsel
U.S. Department of Homeland Security