UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA, *et al.*

Petitioner,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

Respondents.

Civil Action No. 8:25-cv-00951-PX

<u>Declaration Of Michael G. Kozak</u>

## DECLARATION OF MICHAEL G. KOZAK

I, Michael G. Kozak, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. Please refer to my prior declaration for information about my position and the foundation of my knowledge of the relevant facts, *Abrego García v. Noem*, No. 8:25-cv-00951-PX (D. Md. Apr. 13, 2025), ¶¶ 1-2.

2. Concerning the current physical location and custodial status of Kilmar Abrego García, I am able to provide a partial update. With reference to the recent visit of Sen. Chris Van Hollen to El Salvador, our Embassy reported that Abrego García told Sen. Van Hollen on April 17 that he had been transferred from CECOT to the detention facility "Centro Industrial" in Santa Ana about eight days prior. Abrego García told Sen. Van Hollen that he had been placed in the administrative building of Centro Industrial, in a room of his own with a bed and furniture, and that he was not in a cell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of April 2025.

                                        Michael G. Kozak
                                        Senior Bureau Official
                                        Bureau of Western Hemisphere Affairs
                                        U.S. Department of State