UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL.,<br><br>        Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>        Defendants. | Case No.: 8:25-CV-00951-PX |

ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please enter my appearance as counsel in this case for Plaintiffs Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.

I certify that I am admitted to practice in this Court.

Dated: April 21, 2025

By: *[signature: Addy Schmitt]*

Addy R. Schmitt
Kropf Moseley Schmitt PLLC
D. Md. Bar No. 03864
1100 H Street NW, Suite 1220
Washington, DC 20005
addy@kmlawfirm.com
Tel. No.: 202-627-6900

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*