**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**–Greenbelt Division–**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, ET AL., <br><br> Defendants. | Case No.: 8:25-CV-00951-PX |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please enter my appearance as counsel in this case for Plaintiffs Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A.A.V., a minor, by and through his next friend and mother, Jennifer Stefania Vasquez Sura.

I certify that I am admitted to practice in this Court.

Dated: April 21, 2025

By: /s/ William Pittard
William Pittard
Kaiser PLLC
D. Md. Bar No. 16155
1099 Fourteenth St., NW, 8th Floor - West
Washington, DC 20005
wpittard@kaiserlaw.com
Tel. No.: 202-683-6150

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Stefania Vasquez Sura.*