UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA, *et al.*

Petitioner,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

Respondents.

Civil Action No. 8:25-cv-00951-PX

Declaration Of Michael G. Kozak

**DECLARATION OF MICHAEL G. KOZAK**

I, Michael G. Kozak, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. Please refer to my prior declaration for information about my position and the foundation of my knowledge of the relevant facts, *Abrego García v. Noem*, No. 8:25-cv-00951-PX (D. Md. Apr. 13, 2025), ¶¶ 1-2.

2. On April 20 and 21, our Ambassador requested an update from the Salvadoran government regarding the physical location and custodial status of Mr. Abrego García. The Salvadoran government responded on April 21 that Mr. Abrego García is being held at the Centro Industrial penitentiary facility in Santa Ana, "in good conditions and in an excellent state of health."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of April 2025.

                                              Michael G. Kozak
                                              Senior Bureau Official
                                              Bureau of Western Hemisphere Affairs
                                              U.S. Department of State