IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO  
ABREGO GARCIA, *et al.*,          *

    Plaintiffs,                    *

  v.                                          *     Civil Action No. 8:25-cv-00951-PX

KRISTI NOEM, Secretary,           *
United States Department          *
of Homeland Security, *et al.*,   *

    Defendants.
                                              *
                                              ***

**ORDER**

The Court has reviewed Defendants' Motion to Stay (ECF No. 101) and Plaintiffs' Response (ECF No. 102). With the agreement of the parties, the Court hereby ORDERS that discovery shall be stayed (ECF Nos. 61 & 79) until April 30, 2025, at 5:00 PM.

<u>April 23, 2025</u>                                                                       /s/  
Date                                                                             Paula Xinis  
                                                                             United States District Judge