UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, *et al.*, <br><br> *Defendants* | No. 8:25-cv-00951-PX |

## [UNDER SEAL] NOTICE OF EX PARTE STATUS REPORT AND MOTION TO EXTEND STAY OF DISCOVERY

Defendants provide notice that earlier this morning Defendants submitted a declaration to the Court ex parte and under seal. For the reasons set forth in today's declaration, as well as prior *in camera* testimony, Defendants submit that a further stay of the proceedings is warranted. Continuing with discovery at this juncture is likely to interfere with Defendants' efforts to resolve this litigation. Plaintiffs are not likely to be prejudiced by an additional one-week stay of discovery as the short stay continues to support their litigation aims. Defendants conferred with Plaintiffs' counsel regarding this request. Plaintiffs do not oppose a stay of up to seven days, provided that the Court believes that the government is continuing to pursue those compliance efforts in good faith, but defers to the

Court as to the length of the stay. For similar reasons, Defendants also request that the status conference set for today be continued.

Dated: April 29, 2025

Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**/s/ Drew Ensign**
**Drew C. Ensign**
Deputy Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

**Ernesto Molina**
Deputy Director
Office of Immigration Litigation

*Counsel for Defendants*