UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, *et al.*, <br><br> *Defendants* | No. 8:25-cv-00951-PX |

**NOTICE OF EX PARTE SUBMISSION**

Defendants provide notice that earlier this evening Defendants submitted a document to the Court ex parte and under seal.

Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**/s/ Drew Ensign**
**Drew C. Ensign**
Deputy Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

**Ernesto Molina**
Deputy Director
Office of Immigration Litigation

Dated: April 30, 2025

*Counsel for Defendants*