IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO
ABREGO GARCIA, *et al.*,        *

    Plaintiffs,                *

    v.                         *    Civil Action No. 8:25-cv-00951-PX

KRISTI NOEM, Secretary,         *
United States Department        *
of Homeland Security, *et al.*, *

    Defendants.

                                      *
                                      ***

## ORDER

The one-week stay of discovery entered on April 23, 2025, expires today at 5:00 PM. In advance of that deadline and following the Court's denial of Defendants' Motion to Stay Discovery, ECF Nos. 104 & 106, the Court sets forth the following revised schedule for expedited discovery.

1. By no later than **Friday, May 2, 2025**, Plaintiffs must narrow Interrogatories 9–11 and RPDs 6–8 consistent with the Court's Order at ECF No. 100.

2. Defendants shall answer and respond to all outstanding discovery requests and supplement their invocation of privilege(s), consistent with the Court's Order at ECF No. 100, by no later than **Monday, May 5, 2025**.

3. The depositions of Robert L. Cerna, Evan C. Katz, Michael G. Kozak, and Joseph N. Mazzara, which were previously noticed, shall be completed no later than **Friday, May 9, 2025**.

4. By no later than **Wednesday, May 7, 2025**, Plaintiffs may move for leave of Court to conduct up to two additional depositions of individuals with knowledge and authority to testify regarding the matters identified at ECF No. 79. Defendants shall respond by **Thursday, May 8, 2025**.

5. At the conclusion of expedited discovery but by no later than **Monday, May 12, 2025**, Plaintiffs shall supplement their Motion for Other Relief (ECF No. 62). Defendants shall respond by no later than **Wednesday, May 14, 2025**.

So ORDERED.

April 30, 2025
Date

Paula Xinis
United States District Judge