IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendants. | Case No. 8:25-cv-00951-PX |

**PRESS MOVANTS' MOTION TO INTERVENE AND UNSEAL COURT RECORDS**

   Pursuant to Federal Rule of Civil Procedure 24(b) and Local Rule 105.11, Proposed Intervenors Dow Jones & Company, Inc., publisher of The Wall Street Journal, American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, Fox News Network, LLC, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBCUniversal News Group, The New York Times Company, The New Yorker, NYP Holdings, Inc., publisher of The New York Post, Reuters News & Media Inc., and WP Company LLC d/b/a The Washington Post (together, the "Press Movants") respectfully move to intervene in this matter for the limited purpose of seeking access to certain court records that have been sealed in this action. The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is also attached.

Dated: May 6, 2025      Respectfully submitted,

               BALLARD SPAHR LLP

               /s/ *Maxwell S. Mishkin*
               Maxwell S. Mishkin (D. Md. Bar No. 20650)
               1909 K Street NW, 12th Floor
               Washington, DC 20006

Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com

Isabella Salomão Nascimento
   (*pro hac vice* forthcoming)
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3281
Fax: (612) 371-3207
salomaonascimentoi@ballardspahr.com

*Counsel for the Press Movants*