# Exhibit A

# Court Calendar

## Court Calendar
**Greenbelt: Week of 4/28/2025**

| | **Monday - 28** | **Tuesday - 29** | **Wednesday - 30** | **Thursday - 1** | **Friday - 2** |
|---|---|---|---|---|---|
| **Anderson** | No Proceedings | No Proceedings | 8:00 AM Court CVB: USPP - Appearances<br>USPP Docket<br>Courtroom: 1A | 8:00 AM Court CVB: USPP - Appearances<br>USPP Docket<br>Courtroom: 1A | No Proceedings |
| **Chasanow**<br>Courtroom: TBD | No Proceedings | No Proceedings | No Proceedings | No Proceedings | 10:30 AM Motions Hearing<br>USA v. Gary E. Jorandby<br>DKC 07-577<br>**Courtroom: 3A** |
| **Griggsby** | No Proceedings | 10:30 AM Sentencing Hearing<br>USA v. Martinez-Ballinas<br>8:23-cr-00458-LKG<br>Courtroom: 3A | 2:30 PM VOSR Hearing<br>USA v. Frye<br>8:23-cr-00264<br>Courtroom: 4B<br><br>4:00 PM Status Conference<br>Foster-Daley v. Willow Marsh Manor Assisted Living, LLC et al<br>8:24-cv-03186-LKG<br>Courtroom: Virtual Proceeding | No Proceedings | No Proceedings |
| **Quereshi** | | No Proceedings | No Proceedings | No Proceedings | No Proceedings |
| **Simms**<br>Courtroom: TBD | 9:00 AM Routine Criminal<br>**Courtroom: 3B** | 9:00 AM Routine Criminal<br>**Courtroom: 3B**<br><br>11:00 AM Telephone Conference<br>Yao v. Chen et al<br>8:23-cv-00889-TDC<br>**Courtroom: Virtual Proceeding** | 9:00 AM Routine Criminal<br>**Courtroom: 3B** | 9:00 AM Routine Criminal<br>**Courtroom: 3B** | 9:00 AM Routine Criminal<br>**Courtroom: 3B** |
| **Sullivan**<br>Courtroom: TBD | No Proceedings | No Proceedings | 9:45 AM Detention Review<br>USA v. Massey, Jr.<br>8:24-cr-00041-PX<br>**Courtroom: 3A** | No Proceedings | No Proceedings |
| **Xinis**<br>Courtroom: TBD | 12:00 PM VOSR Hearing<br>USA v. Edwards<br>8:24-cr-00281-PX<br>**Courtroom: 2C** | No Proceedings | 12:00 PM Motions Hearing<br>USA v. Massey, Jr.<br>8:24-cr-00041-PX<br>**Courtroom: 2C** | 8:30 AM Other<br>ARCS<br>**Courtroom: 2C**<br><br>1:00 PM Rearraignment<br>USA v. Watson<br>8:23-cr-00413-PX<br>**Courtroom: 2C** | No Proceedings |