# Exhibit B

**Mishkin, Maxwell S.**

---

| | |
|---|---|
| **From:** | Paula Leeper <Paula_Leeper@mdd.uscourts.gov> |
| **Sent:** | Thursday, May 1, 2025 7:10 AM |
| **To:** | Mishkin, Maxwell S. |
| **Subject:** | in re: Transcript Request Submission |

⚠ **EXTERNAL**

Good morning, Mr. Mishkin.

There is not a public record to provide.

Paula Leeper, RPR, CRR
Official Federal Court Reporter
6500 Cherrywood Lane
Suite 200
Greenbelt, MD  20770
(301)344-3229

> **From:** District of Maryland via District of Maryland <DO_NOT_REPLY@mdd.uscourts.gov>
> **Sent:** Wednesday, April 30, 2025 3:56 PM
> **To:** MDD_CR_Admin <MDD_CR_Admin@mdd.uscourts.gov>
> **Subject:** Form submission from: Transcript Request
>
> Submitted on Wednesday, April 30, 2025 - 15:55
>
> Submitted values are:
>
> Court Reporter Other or Not Listed
>
> Proceeding Date(s) and Other Information April 30, 2025
>
> Case Caption Abrego Garcia et al v. Noem et al
>
> Case Number 8:25-cv-00951-PX
>
> Proceeding Heard by Judge Judge Paula Xinis
>
> Indicate the Status of the Ordering Party Other
>
> Name of Ordering Attorney Maxwell S. Mishkin
>
> Phone Number 202-508-1140
>
> Extension
>
> E-mail Address mishkinm@ballardspahr.com
>
> Preferred Delivery Schedule 3-Day Transcript (see notice)
>
> Additional Instructions
>
> Please see ECF No. 106 for reference to hearing held on the record on April 30, 2025.