IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO
ABREGO GARCIA, et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

Case No. 8:25-cv-00951-PX

**[PROPOSED] ORDER GRANTING PRESS MOVANTS'
MOTION TO INTERVENE AND UNSEAL COURT RECORDS**

This matter is before the Court on the Motion to Intervene and Unseal Court Records filed in this matter by fourteen news organizations (together, the "Press Movants"). Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Press Movants' request for limited intervention is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the Press Movants' motion to unseal is GRANTED.

The Clerk of Court is directed to unseal ECF Nos. 98, 101, 102, 104, and 105. The Clerk is further directed to place a transcript of the April 30, 2025 hearing in this matter, referenced in ECF No. 106, on the public docket as well.

IT IS SO ORDERED.

Dated: _____                                 _____
                                                                                                                                                        The Honorable Paula Xinis
                                                                                                                                                       United States District Judge