IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____  *

**Plaintiff,**

                                *

**v.**                          **Case No.** _____

                                *

_____

**Defendant.**                  *

**MOTION FOR ADMISSION PRO HAC VICE**

I, _____, am a member in good standing of the bar of this Court.  I am moving the admission of _____ to appear pro hac vice in this case as counsel for _____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission        U.S. Court & Date of Admission

   _____         _____

   _____         _____

   _____         _____

   _____         _____

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court _____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Maxwell S. Mishkin* | */s/ Isabella Salomão Nascimento* (Signed by Maxwell S. Mishkin with permission of Isabella Salomão Nascimento) |
| Signature | Signature |
| | |
| Printed name and bar number | Printed name |
| | |
| Office name | Office name |
| | |
| Address | Address |
| | |
| Telephone number | Telephone number |
| | |
| Fax Number | Fax Number |
| | |
| Email Address | Email Address |

## Rider A – Press Movants

Dow Jones & Company, Inc., publisher of The Wall Street Journal, American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, Fox News Network, LLC, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBCUniversal News Group, The New York Times Company, The New Yorker, NYP Holdings, Inc., publisher of The New York Post, Reuters News & Media Inc., and WP Company LLC d/b/a The Washington Post

## Rider B – Isabella Salomão Nascimento Bar Admissions

### A. State Bar Admissions

| State | Admission Date | Bar Number | Status |
|---|---|---|---|
| New York | 06/26/2019 | 5658190 | Active |
| Minnesota | 02/18/2020 | 0401408 | Active |

### B. Federal Court Admissions

| Court | Admission Date | Status |
|---|---|---|
| *United States Courts of Appeal* | | |
| for the 2nd Circuit | 07/22/2024 | Active |
| for the 6th Circuit | 07/27/2023 | Active |
| for the 8th Circuit | 10/19/2021 | Active |
| for the 9th Circuit | 04/04/2024 | Active |
| for the 11th Circuit | 10/03/2024 | Active |
| *United States District Court* | | |
| for the District of Minnesota | 06/05/2020 | Active |
| for the Eastern District of Wisconsin | 03/22/2022 | Active |
| for the Western District of Michigan | 1/12/2023 | Active |
| for the Southern District of New York | 02/14/2023 | Active |
| for the Eastern District of New York | 02/22/2023 | Active |
| for the Northern District of Illinois | 03/24/2025 | Active |