IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO
ABREGO GARCIA, et al.,

        Plaintiffs,

   v.

KRISTI NOEM, et al.,

        Defendants.

Case No. 8:25-cv-00951-PX

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Proposed Intervenors Dow Jones & Company, Inc., publisher of The Wall Street Journal, American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, Fox News Network, LLC, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBCUniversal News Group, The New York Times Company, The New Yorker, NYP Holdings, Inc., publisher of the New York Post, Reuters News & Media Inc., and WP Company LLC d/b/a The Washington Post (together, the "Press Movants"), by and through undersigned counsel, respectfully certify that:

**Dow Jones & Company, Inc.** ("Dow Jones"), publisher of The Wall Street Journal, is an indirect subsidiary of News Corporation, a publicly held company. Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns 10% or more of the stock of Dow Jones.

**American Broadcasting Companies, Inc.** d/b/a ABC News is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly traded corporation.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

**Bloomberg L.P.** is a limited partnership; its general partner is Bloomberg Inc.; and no publicly-held corporation owns 10% or more of Bloomberg L.P.'s limited partnership interests.

**Cable News Network, Inc.**, is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

**CBS Broadcasting Inc.** o/b/o CBS News is a wholly owned subsidiary of Paramount Global, a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is not aware, without further inquiry, of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

**Fox News Network, LLC** is a Delaware limited liability company whose sole member is Fox Television Stations LLC. That entity's sole member is Fox Television Holdings LLC. That entity's sole member is Foxcorp Holdings LLC. That entity's sole member is Fox Corporation, which is publicly held. To Fox News Network, LLC's knowledge, no publicly held corporation owns 10% or more of the equity of Fox Corporation.

**National Public Radio, Inc.** has no parent company and issues no stock.

**NBCUniversal Media, LLC** is a wholly-owned, indirect subsidiary of Comcast Corporation, which is publicly traded. Comcast Corporation does not have a parent company, and no other publicly held company owns 10% or more of its stock.

**The New York Times Company**, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

**The New Yorker** is published by Condé Nast, which is a division of Advance Magazine Publishers, Inc., a wholly-owned subsidiary of Advance Publications, Inc. Advance Publications, Inc. is not a publicly held corporation and no publicly held corporation owns 10% or more of its stock.

**NYP Holdings, Inc.**, publisher of the New York Post, is a direct, wholly owned subsidiary of News Corporation. News Corporation is a publicly traded corporation. No other publicly traded corporation owns 10% or more of the stock in NYP Holdings, Inc.

**Reuters News & Media Inc.** is a Delaware corporation whose parent is Thomson Reuters U.S. LLC, a Delaware limited liability company. Reuters News & Media Inc. and Thomson Reuters U.S. LLC are indirect and wholly owned subsidiaries of Thomson Reuters Corporation, a publicly held corporation that is traded on the Toronto Stock Exchange and Nasdaq Global Select Market (NASDAQ). There are no intermediate parent corporations or subsidiaries of Reuters News & Media Inc. or Thomson Reuters U.S. LLC that are publicly held, and there are no publicly held companies that own 10% or more of Reuters News & Media Inc. or Thomson Reuters U.S. LLC shares.

**WP Company LLC** d/b/a The Washington Post is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

Dated: May 6, 2025

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin (D. Md. Bar No. 20650)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com

Isabella Salomão Nascimento (*pro hac vice*)
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3281
Fax: (612) 371-3207
salomaonascimentoi@ballardspahr.com

*Counsel for the Press Movants*