UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>    Defendants. | Case No.: 8:25-CV-00951-PX |

NOTICE OF FILING OF DOCUMENT UNDER SEAL

Exhibit **E** which is attached to **Plaintiffs' Motion for Leave To Take Additional Depositions** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

| | |
|---|---|
| May 7, 2025<br>Date | /s/ Jonathan G. Cooper<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>jonathancooper@quinnemanuel.com<br>Tel. No.: 202-538-8000<br>Fax No.: 202-538-8100 |

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*

1