UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, ET AL., <br><br> Defendants. | Case No.: 8:25-CV-00951-PX |

NOTICE OF FILING OF DOCUMENT UNDER SEAL

Exhibit **F** which is attached to **Plaintiffs' Motion for Leave To Take Additional Depositions** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.


May 7, 2025                                                     /s/ Jonathan G. Cooper
Date                                                                  Jonathan G. Cooper (D. Md. Bar No. 21345)
                                                                           QUINN EMANUEL URQUHART &
                                                                           SULLIVAN, LLP
                                                                           1300 I Street NW, Suite 900
                                                                           Washington, DC 20005
                                                                           jonathancooper@quinnemanuel.com
                                                                           Tel. No.: 202-538-8000
                                                                           Fax No.: 202-538-8100


*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*

1