# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# –Greenbelt Division–

KILMAR ARMANDO ABREGO GARCIA, ET AL.,

    Plaintiffs,

v.

KRISTI NOEM, ET AL.,

    Defendants.

Case No.: 8:25-CV-00951-PX

## [PROPOSED] ORDER

Upon Plaintiffs' Motion for Additional Relief, and this Court's prior Orders [ECF Nos. 79, 107], it is hereby ORDERED that

1. Plaintiffs' Motion For Leave To Take Additional Depositions is GRANTED; and

2. Defendants shall designate under Federal Rule of Civil Procedure 30(b)(6) individuals from the Department of Homeland Security, the Department of State, and the Department of Justice who can testify about information known or reasonably known to each Department regarding the topics set forth in Exhibits A–C of Plaintiffs' Motion, respectively. Such depositions shall be conducted after the Court's ruling on the privilege dispute that is the subject of the hearing scheduled for May 16, 2025.

    IT IS SO ORDERED.

Dated: May __, 2025

                                                  _____
                                                  The Honorable Paula Xinis