IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Kilmar Armando ABREGO GARCIA, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>Kristi NOEM, Secretary of Homeland Security, et al.<br><br>*Defendants.* | Case. No. 8:25-cv-00951 |

**FIX THE COURT'S MOTION TO INTERVENE AND TO PROTECT THE PUBLIC RIGHT OF ACCESS**

Pursuant to Federal Rule of Civil Procedure 24(b) and Local Rule 105.11, Fix the Court respectfully moves to intervene in this matter for the limited purpose of seeking public access to all records and proceedings in this case. The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is also attached.

Dated: May 9, 2025

Submitted,

*/s/ Andrew M. Adelman*
Linda M. Correia (Bar No. 14560)
Jonathan C. Puth (Bar No. 15131)
Andrew M. Adelman (Bar No. 19449)
CORREIA & PUTH, PLLC
1775 K Street NW, Suite 600
Washington, DC 20006
(202) 602-6500
lcorreia@correiaputh.com
jputh@correiaputh.com
aadelman@correiaputh.com

*/s/ Jaqueline Aranda Osorno*
Jaqueline Aranda Osorno*
Mariam Elbakr*
Lucia Goin*
PUBLIC JUSTICE

1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net
melbakr@publicjustice.net
lgoin@publicjustice.net

* pro hac vice applications forthcoming

*Counsel for Fix the Court*