IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Kilmar Armando ABREGO GARCIA, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>Kristi NOEM, Secretary of Homeland Security, et al.<br><br>*Defendants.* | Case. No. 8:25-cv-00951 |

## [PROPOSED] ORDER GRANTING FIX THE COURT'S MOTION TO INTERVENE AND TO PROTECT THE PUBLIC RIGHT OF ACCESS

This matter is before the Court on the Motion to Intervene and To Protect The Public Right of Access filed in this matter by Fix the Court. Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Fix the Court's request for limited intervention is **GRANTED**; and

IT IS HEREBY FURTHER ORDERED that Fix the Court's motion for public access is **GRANTED**.

The Court will livestream all further proceedings in this case, including the upcoming May 16, 2025, hearing using available technology.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Paula Xinis
United States District Judge