IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Kilmar Armando ABREGO GARCIA, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>Kristi NOEM, Secretary of Homeland Security, et al.<br><br>*Defendants.* | Case. No. 8:25-cv-00951 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Proposed Intervenor Fix the Court certifies that Fix the Court is a 501(c)(3) nonprofit organization and is not affiliated with any corporate entity.

Dated: May 12, 2025

Submitted,

*/s/ Andrew M. Adelman*
Linda M. Correia (Bar No. 14560)
Jonathan C. Puth (Bar No. 15131)
Andrew M. Adelman (Bar No. 19449)
CORREIA & PUTH, PLLC
1400 16th Street NW, Suite 450
Washington, DC 20036
(202) 602-6500
aadelman@correiaputh.com

Jaqueline Aranda Osorno*
Mariam Elbakr*
Lucia Goin*
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net
melbakr@publicjustice.net
lgoin@publicjustice.net

* pro hac vice applications forthcoming

*Counsel for Fix the Court*