UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

KILMAR ARMANDO ABREGO GARCIA, *et al.*,

        *Plaintiffs*,

  v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

        *Defendants*.

Case No. 8:25-cv-00951 (PX)

**Defendants' Interim Motion to Seal Defendants' Supplemental Brief on Plaintiffs' Request for Leave to File a Motion to Compel**

Pursuant to Local Rule 105.11 and the parties Stipulated Confidentiality Order, ECF No. 95, Defendants move to seal the accompanying Supplemental Brief on Plaintiffs' Request for Leave to File a Motion to Compel filed in compliance with the Court's May 7, 2025, order. ECF No. 115.

Defendants represent the following facts to justify sealing under Local Rule 105.11. The parties' Stipulated Confidentiality Order requires a party to file under seal any materials that have been designated as Confidential or Attorney's Eyes Only. In particular, paragraph 2 of the Confidentiality Order states:

> To the extent that any materials designated as Confidential or Attorney's Eyes Only under this Confidentiality Order (or any pleading, motion, or memorandum disclosing them) are proposed to be filed or are filed with the Court, the portions of those materials containing Confidential or Attorney's Eyes Only information shall be redacted by the filing party. Non-redacted versions shall be filed under seal (by the filing party) with the Clerk of the Court with a simultaneous motion pursuant to L.R. 104.13(c) (hereinafter the "Interim Sealing Motion"), in accordance with the current version of the Court's Electronic Filing Requirements and Procedures for

1

> Civil Cases. The Interim Sealing Motion shall be governed by L.R. 105.11, provided that the Court can deny an Interim Sealing Motion prior to 14 days in part or in full. Even if the filing party believes that the materials designated as Confidential or Attorney's Eyes Only are not properly classified as Confidential or Attorney's Eyes Only, the filing party shall file the Interim Sealing Motion; provided, however, that the filing of the Interim Sealing Motion shall be wholly without prejudice to the filing party rights under paragraph (4) of this Confidentiality Order.

ECF No. 95.

The accompanying Supplemental Brief on Plaintiffs' Request for Leave to File a Motion to Compel contains excerpts of Defendants' responses to Plaintiffs' amended interrogatories and requests for production (in addition to descriptions of documents produced and the circumstances surrounding their production), which Defendants have designated as "Confidential" and "Attorney's Eyes Only" under the Stipulated Confidentiality Order because they contain "sensitive government information." Publicly disclosing that sensitive information would likely harm ongoing diplomatic negotiations.

Further, consistent with Local Rule 105.11 and the Stipulated Confidentiality Order, Defendants have simultaneously filed a public version of the accompanying Supplemental Brief on Plaintiffs' Request for Leave to File a Motion to Compel that redacts only the references to materials that Defendants have designated as Confidential or Attorney's Eyes Only and descriptions of those materials and the circumstances surrounding their production. Alternatives to sealing do not provide sufficient protection because the redacted portions of the responses contain sensitive government information that could jeopardize ongoing diplomatic negotiations.

Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

s/Drew C. Ensign
**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
drew.c.ensign@usdoj.gov

Dated: May 12, 2025                                     *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

/s/ Drew Ensign
Drew C. Ensign
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

3