# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

Kilmar Armando Abrego Garcia, *et al.*,

               Plaintiffs,

v.

Kristi Noem, *et al.*,

               Defendants.

Case No.: 8:25-CV-00951-PX

### Declaration of Jonathan G. Cooper

I, Jonathan G. Cooper, hereby declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, and represent Plaintiffs in this matter. I respectfully submit this Declaration in support of Plaintiffs' Memorandum of Law Regarding Privilege Assertions.

2. Attached as Exhibit A is a true and correct copy of the transcript *President Donald Trump interviewed by 'Meet the Press' moderator Kristen Welker*, NBC News, dated May 4, 2025, available at https://www.nbcnews.com/politics/trump-administration/read-full-transcript-president-donald-trump-interviewed-meet-press-mod-rcna203514.

3. Attached as Exhibit B is a true and correct copy of the article *Trump says 'I could' get Abrego Garcia back from El Salvador*, ABC News, dated April 29, 2025, available at https://abcnews.go.com/Politics/trump-abrego-garcia-back-el-salvador/story?id=121298276.

4. Attached as Exhibit C is a true and correct copy of *Murphy To Secretary Of Homeland Security Kristi Noem: Your Department Is Out Of Control*, Murphy.Senate.Gov, dated May 8, 2025, https://www.murphy.senate.gov/newsroom/press-releases/murphy-to-secretary-of-homeland-security-kristi-noem-your-department-is-out-of-control.

5.      Attached as Exhibit D is a true and correct copy of *Rubio has been in touch with El Salvador's Bukele about Abrego Garcia: Sources*, ABC News, dated April 30, 2025, https://abcnews.go.com/US/judge-denies-dojs-request-delay-discovery-abrego-garcia/story?id=121323475.

6.      Attached as Exhibit E is a true and correct copy of compilations from the depositions of Evan Corey Katz, Robert L. Cerna, II, and Joseph N. Mazzara showing the instances in which the Government's counsel instructed the witness not to answer a question on the basis of state secret privilege, deliberative process privilege, or both.

7.      Attached as Exhibit F is a true and correct copy of the transcript of the deposition of Evan Corey Katz in this matter, dated April 22, 2025.

8.      Attached as Exhibit G is a true and correct copy of the transcript of the deposition of  Robert L. Cerna, II, in this matter, dated May 7, 2025.

9.      Attached as Exhibit H is a true and correct copy of the transcript of the deposition of Joseph N. Mazzara in this matter, dated April 22, 2025.

10.     Attached as Exhibit I is a true and correct copy of *Behind Trump's Deal to Deport Venezuelans to El Salvador's Most Feared Prison*, N.Y. Times, dated May 1, 2025, available at https://www.nytimes.com/2025/04/30/us/politics/trump-deportations-venezuela-el-salvador.html.

11.     Attached as Exhibit J is a true and correct copy of *Bondi says mistakenly deported man 'not coming back to our country,'* The Hill, dated April 16, 2025, available at https://thehill.com/homenews/administration/5251491-pam-bondi-kilmar-abrego-garcia-return/.

12.     Attached as Exhibit K is a true and correct copy of The White House @WhiteHouse, X.com      (Apr.      18,      2025,      10:42      am),      available      at https://x.com/WhiteHouse/status/1913241658579440126/photo/1.

13.    Attached as Exhibit L is a true and correct copy of the transcript of *Donald Trump's '100 Days' Interview With TIME*, TIME, dated April 25, 2025, available at https://time.com/7280114/donald-trump-2025-interview-transcript/.

14.    Attached as Exhibit M is a true and correct copy of Homeland Security, @DHSgov, X.com (May 2, 2025, 7:13 am), available at https://x.com/DHSgov/status/1918262686665658450.

15.    Attached as Exhibit N is a true and correct copy of Homeland Security, @DHSgov, X.com (May 2, 2025, 7:25 am), available at https://x.com/DHSgov/status/1918265519414661237.

16.    Attached as Exhibit O is a true and correct copy of Nayib Bukele, @nayibbukele, X.com (Feb. 3, 2025, 9:44 pm), available at https://x.com/nayibbukele/status/1886606794614587573.

17.    Attached as Exhibit P is a true and correct copy of the press release, *Secretary of State Marco Rubio and Salvadoran Foreign Minister Alexandra Hill Tinoco at the Signing of a Memorandum of Understanding Concerning Strategic Civil Nuclear Cooperation*, U.S. Department of State, dated February 3, 2025, available at https://www.state.gov/secretary-of-state-marco-rubio-and-salvadoran-foreign-minister-alexandra-hill-tinoco-at-the-signing-of-a-memorandum-of-understanding-concerning-strategic-civil-nuclear-cooperation.

18.    Attached as Exhibit Q is a true and correct copy of *Secretary of State Marco Rubio Remarks to the Press*, U.S. Department of State, dated March 28, 2025, available at https://www.state.gov/secretary-of-state-marco-rubio-remarks-to-the-press-3/.

19.    Attached as Exhibit R is a true and correct copy of email correspondence produced in this matter with Bates number beginning at KAAG-NOEM-0000001478.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2025, in Washington, D.C.

/s/ Jonathan G. Cooper
Jonathan G. Cooper

**Exhibit List**

| No. | Description | Brief Cites |
|:---:|:---|:---:|
| A | Transcript of *President Donald Trump interviewed by 'Meet the Press' moderator Kristen Welker*, NBC News, dated May 4, 2025 | 1, 19 |
| B | *Trump says 'I could' get Abrego Garcia back from El Salvador*, ABC News, dated April 29, 2025 | 1, 18 |
| C | *Murphy To Secretary Of Homeland Security Kristi Noem: Your Department Is Out Of Control*, Murphy.Senate.Gov, dated May 8, 2025 | 1, 16, 19 |
| D | *Rubio has been in touch with El Salvador's Bukele about Abrego Garcia: Sources*, ABC News, dated April 30, 2025 | 2 |
| E | Compilation of Privilege Assertions by Government Witnesses (SEALED) | 5 |
| F | Transcript of Deposition of Evan C. Katz, dated April 22, 2025 (SEALED) | 5, 6 |
| G | Transcript of Deposition of Robert L. Cerna, dated May 7, 2025 (SEALED) | 5, 6, 7 |
| H | Transcript of Deposition of Joseph N. Mazzara, dated May 7, 2025 (SEALED) | 5 |
| I | *Behind Trump's Deal to Deport Venezuelans to El Salvador's Most Feared Prison*, N.Y. Times, dated May 1, 2025 | 15 |
| J | *Bondi says mistakenly deported man 'not coming back to our country,'* The Hill, dated April 16, 2025 | 17 |
| K | The White House @WhiteHouse, X.com (Apr. 18, 2025, 10:42 am) | 17 |
| L | Transcript of *Donald Trump's '100 Days' Interview With TIME*, TIME, dated April 25, 2025 | 18 |
| M | Homeland Security, @DHSgov, X.com (May 2, 2025, 7:13 am) | 19 |
| N | Homeland Security, @DHSgov, X.com (May 2, 2025, 7:25 am) | 19 |
| O | Nayib Bukele, @nayibbukele, X.com (Feb. 3, 2025, 9:44 pm) | 20 |
| P | Press release, *Secretary of State Marco Rubio and Salvadoran Foreign Minister Alexandra Hill Tinoco at the Signing of a Memorandum of Understanding Concerning Strategic Civil Nuclear Cooperation*, U.S. Department of State, dated February 3, 2025 | 20 |
| Q | *Secretary of State Marco Rubio Remarks to the Press*, U.S. Department of State, dated March 28, 2025 | 20 |
| R | KAAG-NOEM-0000001478 (SEALED) | 23 |