**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>　　　　　　Defendants. | Case No.: 8:25-CV-00951-PX |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

　　Exhibit **E** which is attached to **Plaintiffs' Memorandum of Law Regarding Privilege Assertions** will be electronically filed under seal within 24 hours of the filing of this Notice.

　　I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

May 12, 2025　　　　　　　　　　　　　　　　　　　 /s/ Jonathan G. Cooper
Date　　　　　　　　　　　　　　　　　　　　　　Jonathan G. Cooper (D. Md. Bar No. 21345)
　　　　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　　　　1300 I Street NW, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　　jonathancooper@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　　　　Tel. No.: 202-538-8000
　　　　　　　　　　　　　　　　　　　　　　　　Fax No.: 202-538-8100

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*