UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, ET AL., <br><br> Defendants. | Case No.: 8:25-CV-00951-PX |

NOTICE OF FILING OF DOCUMENT UNDER SEAL

Exhibit **G** which is attached to **Plaintiffs' Memorandum of Law Regarding Privilege Assertions** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

| | |
|---|---|
| May 12, 2025 <br> Date | /s/ Jonathan G. Cooper <br> Jonathan G. Cooper (D. Md. Bar No. 21345) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 1300 I Street NW, Suite 900 <br> Washington, DC 20005 <br> jonathancooper@quinnemanuel.com <br> Tel. No.: 202-538-8000 <br> Fax No.: 202-538-8100 |

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*