# EXHIBIT K



← Post

**The White House** ✓
@WhiteHouse

Fixed it for you, @NYTimes.

Oh, and by the way, @ChrisVanHollen — he's NOT coming back.



10:42 AM · Apr 18, 2025 · **27.6M** Views

16K    ⟲ 31K    ♡ 127K    🔖 7.2K

Read 16.1K replies

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Terms of Service | Privacy Policy
Accessibility | Ads info

Don't miss what's happening
People on X are the first to know.

Log in