# EXHIBIT M

X

← **Post**

**Homeland Security** @DHSgov

This woman beater, criminal terrorist, and illegal alien will never be allowed to return to the United States.

**USA TODAY Video** @usatodayvideo · May 1

"He slapped me three times." Audio depicts Jennifer Vasquez Sura, wife of Kilmar Abrego Garcia, pleading with a judge for temporary protection from her husband in 2020.

7:13 AM · May 2, 2025 · **130.4K** Views

259 1.3K 6.2K 121

**Read 259 replies**

**New to X?**
Sign up now to get you
Sign u
Sign
Creat
By signing up, you agre
Privacy Policy, includir
Something wer
Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.
Log in

