# EXHIBIT N

5/12/25, 3:45 PM  Homeland Security on X: "Kilmar Abrego Garcia is not a "Maryland Man"—he is an MS-13 gang member involved in human trafficki…

Case 8:25-cv-00951-PX   Document 128-15   Filed 05/12/25   Page 2 of 2



Post

**Homeland Security** ✓
@DHSgov

Kilmar Abrego Garcia is not a "Maryland Man"—he is an MS-13 gang member involved in human trafficking who entered the United States illegally.

His removal from the United States should have occurred under the Biden Administration.

He will not return to our country under the Trump Administration.

7:25 AM · May 2, 2025 · **274.3K** Views

387      1.6K      6.5K      203

Read 387 replies

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Terms of Service | Privacy
Accessibility | Ads info

Don't miss what's happening
People on X are the first to know.

Log in