# EXHIBIT O

5/12/25, 3:45 PM  Nayib Bukele on X: "We have offered the United States of America the opportunity to outsource part of its prison system. We are wil…

Case 8:25-cv-00951-PX    Document 128-16    Filed 05/12/25    Page 2 of 2

← Post

**Nayib Bukele** 
@nayibbukele

We have offered the United States of America the opportunity to outsource part of its prison system.

We are willing to take in only convicted criminals (including convicted U.S. citizens) into our mega-prison (CECOT) in exchange for a fee.

The fee would be relatively low for the U.S. but significant for us, making our entire prison system sustainable.



9:44 PM · Feb 3, 2025 · **40.6M** Views

💬 12K    🔁 38K    ♥ 214K    🔖 14K    ↗

Read 12.6K replies

**New to X?**

Sign up now to get your own personalized timeline!

[Sign up with Google]

[Sign up with Apple]

[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong.

Terms of Service | Privacy Policy
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.

[Log in]