IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No. 8:25-cv-00951-PX |
| v. | * | |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | * * * | |
| Defendants. | | |
| | * | |

\*\*\*

## **ORDER**

Per this Court's order (ECF No. 115), the parties have filed simultaneous briefing and accompanying motions to seal. *See* ECF Nos. 125–130. Evidently missing from the Defendants' filing is the privilege log that this Court ordered to be produced. *See* ECF No. 115 ("On the same date, Defendants shall provide the privilege log discussed in ECF No. 112 to the Court."). Accordingly, Defendants are ordered to correct this deficiency and file the privilege log by **3:00 PM today**. Failure to file the privilege log or otherwise respond will be construed as an intentional refusal to comply with this Court's orders. Additionally, the Court directs Plaintiffs to file by **3:00 PM today** the privilege log that Defendants have provided to them in discovery.

Again, the Court reminds the parties that they must adhere to this Court's Local Rules should they seek to seal any portion of the log.

SO ORDERED.

May 13, 2025                                                                                   /S/
Date                                                                                                  Paula Xinis
                                                                                                       United States District Judge

1