IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Kilmar Armando Abrego Garcia, et al. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 8:25-cv-00951 |
| | * | |
| Kristi Noem, Secretary, DHS, et al. | | |
| **Defendant.** | * | |

**REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of __Defendants__.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New York | 3/11/2014 |
| California | 12/8/2015 |
| Texas | 9/18/2020 |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

| | |
|---|---|
| May 14, 2025 | JONATHAN GUYNN (Digitally signed by JONATHAN GUYNN, Date: 2025.05.14 16:41:11 -04'00') |
| Date | Signature |
| | Jonathan D. Guynn |
| | Printed name and bar number |
| | 950 Pennsylvania Ave. NW, Washington, D.C. 20530 |
| | Address |
| | jonathan.guynn@usdoj.gov |
| | Email address |
| | (202) 514-2000 |
| | Telephone number |
| | N/A |
| | Fax number |

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**