## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>　　　　　Defendants. | Case No.: 8:25-CV-00951-PX |

### Plaintiffs' Notice of Filing Supplemental Exhibit
### to Plaintiffs' Privilege Brief

Plaintiffs notice the filing under seal of the accompanying declaration of Michael G. Kozak as a supplemental exhibit to Plaintiffs' Privilege Brief (ECF 129). The declaration, which was provided to Plaintiffs' counsel the evening the Privilege Brief was due, is relevant to the Government's privilege assertions that the Court is considering and will further address at tomorrow's hearing. *See* ECF 115. The accompanying declaration is filed under seal as Attachment A, and an interim motion to seal will follow this submission consistent with the Court's local rules.

Dated: May 15, 2025

|  |  |
|---|---|
| | */s/　Jonathan G. Cooper* |
| **MURRAY OSORIO PLLC** | **QUINN EMANUEL URQUHART &** |
| Simon Y. Sandoval-Moshenberg | **　SULLIVAN, LLP** |
| Rina Gandhi | Jonathan G. Cooper (D. Md. Bar No. 21345) |
| 4103 Chain Bridge Road, Suite 300 | Olivia Horton* |
| Fairfax, Virginia 22030 | 1300 I St. NW, Suite 900 |
| (703) 352-2399 | Washington, DC 20005 |
| ssandoval@murrayosorio.com | (202) 538-8000 |
| | jonathancooper@quinnemanuel.com |
| | oliviahorton@quinnemanuel.com |
| | *admitted in Texas; not admitted in D.C. Supervised by attorney admitted in D.C. |

| | |
|---|---|
| **QUINN EMANUEL URQUHART &  SULLIVAN, LLP**<br>Stephen E. Frank<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>(617) 712-7100<br>stephenfrank@quinnemanuel.com | Andrew J. Rossman<br>Sascha N. Rand<br>K. McKenzie Anderson<br>Samuel P. Nitze<br>Courtney C. Whang<br>Roey Goldstein<br>Sam Heavenrich<br>Victoria Martin<br>Morgan L. Anastasio<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>mckenzieanderson@quinnemanuel.com<br>samuelnitze@quinnemanuel.com<br>courtneywhang@quinnemanuel.com<br>roeygoldstein@quinnemanuel.com<br>samheavenrich@quinnemanuel.com<br>victoriamartin@quinnemanuel.com<br>morgananastasio@quinnemanuel.com |

*Counsel for Plaintiffs*