IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 8:25-cv-00951-PX |
| v. | * | |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | * * * | |
| Defendants. | * * | |
| | *** | |

**ORDER**

For the reasons discussed during today's hearing, the Court hereby orders:

1. That the Clerk unseal the Declaration of Secretary of State Marco Rubio at ECF No. 112-5;

2. By May 23, 2025, the Government is directed to supplement the Declaration of Secretary of State Marco Rubio at ECF No. 112-5 to support the State Department's assertion of the state secrets privilege;

3. By May 23, 2025, Defendants must also provide to Plaintiffs an updated privilege log (ECF No. 137-1) that properly redresses the noted deficiencies;

4. Further, the Court grants Plaintiffs' request at ECF Nos. 116 & 117 for leave to take three (3) additional 30(b)(6) depositions. Prior to May 23, 2025, parties must meet and confer as to the areas of inquiry. Should any disagreement arise that requires Court intervention, the parties will inform the Court via a status report to be submitted by May 23, 2025

5. Last, Defendants must complete supplemental production of discovery as referenced

at ECF No. 143 on a rolling basis, but by no later than May 30, 2025.

| | |
|---|---|
|   May 16, 2025 |   /S/ |
| Date | Paula Xinis |
| | United States District Judge |

2