**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Greenbelt Division

Kilmar Armando Abrego Garcia, *et al.*,

        Plaintiffs,

v.

Kristi Noem, *et al.*,

        Defendants.

Case No.: 8:25-CV-00951-PX

**Plaintiffs' Response to Press Movants' Motion**
**To Intervene and Unseal Court Records**

Plaintiffs respectfully respond to Press Movants' motion to intervene and unseal court records. ECF No. 108. Plaintiffs take no position on whether the Court should permit the Press Movants to intervene and whether the Court should unseal court records.

Plaintiffs defer to the Court's judgment on these issues, but request that, should documents be unsealed, any personally identifiable information (**PII**) be redacted consistent with Federal Rule of Civil Procedure 5.2. Plaintiffs' request is not intended to deny Press Movants or the wider public access to information in this case, but is solely to protect the safety and privacy of Plaintiffs and their family members. To be clear, Plaintiffs do not themselves request sealing of any filings other than the redaction of PII consistent with Rule 5.2, nor do they concede that the Government has made the requisite showing to maintain under seal documents the Government has designated as confidential or otherwise sought to seal. Plaintiffs defer to the Court on the proper treatment of the material addressed by this motion and otherwise reserve their rights.

Dated: May 20, 2025

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
(703) 352-2399
ssandoval@murrayosorio.com

**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**
Stephen E. Frank
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
stephenfrank@quinnemanuel.com

/s/ Jonathan G. Cooper
**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton*
1300 I St. NW, Suite 900
Washington, DC 20005
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
**admitted in Texas; not admitted in D.C.
Supervised by attorney admitted in D.C.*

Andrew J. Rossman
Sascha N. Rand
K. McKenzie Anderson
Samuel P. Nitze
Courtney C. Whang
Roey Goldstein
Sam Heavenrich
Victoria Martin
Morgan L. Anastasio
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
mckenzieanderson@quinnemanuel.com
samuelnitze@quinnemanuel.com
courtneywhang@quinnemanuel.com
roeygoldstein@quinnemanuel.com
samheavenrich@quinnemanuel.com
victoriamartin@quinnemanuel.com
morgananastasio@quinnemanuel.com

*Counsel for Plaintiffs*