**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia, *et al.*,  <br><br>                    Plaintiffs,  <br><br>v.  <br><br>Kristi Noem, *et al.*,  <br><br>                    Defendants. | Case No.: 8:25-CV-00951-PX |

**Plaintiffs' Motion To Release Sealed Transcript of Motions Hearing**

The Court Reporter has indicated that a portion of the hearing referenced at ECF No. 147 is sealed and that an order granting permission for counsel to obtain this transcript is necessary. In counsel's professional judgment, access to this transcript is reasonably necessary to the discharge of counsel's responsibilities as counsel for Plaintiffs.

WHEREFORE, Plaintiffs request that the Court enter an order authorizing and requiring the release of the transcript for the hearing referenced at ECF No. 147 to counsel for Plaintiffs and Defendants.

Dated: May 20, 2025

|  |  |
|---|---|
| **MURRAY OSORIO PLLC**<br>Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, Virginia 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com<br><br>**QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP**<br>Stephen E. Frank<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>(617) 712-7100<br>stephenfrank@quinnemanuel.com | */s/    Jonathan G. Cooper*<br>**QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP**<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton*<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>**admitted in Texas; not admitted in D.C.*<br>*Supervised by attorney admitted in D.C.*<br><br>Andrew J. Rossman<br>Sascha N. Rand<br>K. McKenzie Anderson<br>Samuel P. Nitze<br>Courtney C. Whang<br>Roey Goldstein<br>Sam Heavenrich<br>Victoria Martin<br>Morgan L. Anastasio<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000<br>andrewrossman@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>mckenzieanderson@quinnemanuel.com<br>samuelnitze@quinnemanuel.com<br>courtneywhang@quinnemanuel.com<br>roeygoldstein@quinnemanuel.com<br>samheavenrich@quinnemanuel.com<br>victoriamartin@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>*Counsel for Plaintiffs* |