UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 8:25-cv-00951 (PX) |
| KRISTI NOEM, *et al.*, | * * | |
| Defendants. | * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**_AMICI CURIAE_ BRIEF IN SUPPORT OF PLAINTIFFS**

Heidi Kitrosser, Mark J. Rozell, and Mitchel A. Sollenberger (collectively "Movants") respectfully move this Court for leave to participate as *amici curiae* in opposition to the Government's invocation of the State Secrets Privilege. Plaintiffs do not oppose this Motion and the Government takes no position.

Movants are law professors and/or scholars who teach, research, and/or write about topics related to Governmental privileges. They intend to submit a brief in support of Plaintiffs to explain why there is no legitimate basis for an invocation of the State Secrets Privilege in this case and, even if one were theoretically to exist, that the Government has not met its burden for its extraordinary claims. Their interest in this case is ensuring that this powerful Governmental privilege cannot be abused to suit the whims of Executive Branch officials purely seeking to avoid accountability for their actions.

Since the Court's 16 May Order, Dkt. #146, appears not to set a deadline for a response by Plaintiffs to the supplemental filing(s) due on 23 May, Movants request that they be allowed to file their brief three business days after Plaintiffs file such a response, or 30 May, whichever is

later, so that they may review Plaintiffs' response before submitting their own. A proposed Order accompanies this Motion.

Date:   May 23, 2025

                                                Respectfully submitted,

                                               /s/ Bradley P. Moss
                                               Bradley P. Moss, Esq.
                                               MD Bar #17379
                                               National Security Counselors
                                               1451 Rockville Pike
                                               Suite 250
                                               Rockville, MD  20852
                                               501-301-4672
                                               240-681-2189 fax
                                               Brad@MarkZaid.com

                                               *Counsel for Movants*