IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No. 8:25-cv-00951-PX |
| v. | * | |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | * * * | |
| Defendants. | | |
| | * | |
| | *** | |

## ORDER

Upon consideration of the Motion for Leave to File an Amicus Curiae Brief submitted by Professors Heidi Kitrosser, Mark J. Rozell, and Mitchel A. Sollenberger (ECF No. 152), the Motion is GRANTED, and amici are invited to file a brief not to exceed 25 pages by May 30, 2025.

District courts have broad discretion to permit amicus participation where it will aid the Court in resolving significant or novel legal issues. *See Bryant v. Better Bus. Bureau of Greater Md., Inc.*, 923 F. Supp. 720, 728 (D. Md. 1996) (noting that courts have allowed the participation of amici curiae at the trial level when providing helpful analysis of the law, demonstrating a special interest in the subject matter of the suit, or assisting where existing counsel may need support); *see also* Fed. R. App. P. 29(a)(3)(B). Accordingly, the Court requests that, in addition to any guidance amici believe may assist the Court's state secrets analysis, they address the following:

1. The application of the state secrets privilege in the context of diplomatic communications and foreign relations.

2. The propriety of this Court's in camera review prior to adjudicating the state secrets privilege, and how such review may support the Court's obligation to independently assess the scope and validity of the privilege.

SO ORDERED.

May 27, 2025  
Date

/S/  
Paula Xinis  
United States District Judge

2