
Amended

US District Court District of Maryland

Case No: 8:25-cv-00951-PX

## Emergency Motion to Intervene Recuse and Appoint Counsel

KILMAR ARMANDO
ABREGO GARCIA, et al.
 Plaintiffs

V.

KRISTI NOEM, Secretary,
United States Department
of Homeland Security, et al.,
Defendants

and

JEREMY M LAWSON
1 Lydall ST
Manchester, CT
Proposed Plaintiff-Intervenor

*Filed via mail no PACER access*

*The original EX parte Motion to Intervene was confirmed as recieved by Case Administrator Hilda Espinos- packing / USPS processing all 23 Exhibits were with it*

### Statement of The Facts
The Proposed Intervenor sent the below Emergency EX Parte Motion to Intervene received at 1:15p 4/28/25. It is now 5/11/25 as usual the Court in addition to the Counsel for the Plaintiffs and Defendants have excluded a necessary party against Rule 19. The Proposed Intervenor is amending this Motion to request Judge Xinis Recuse herself for dangerously delaying judicial intervention. As the Court's continually take advantage of the Proposed Intervenor's lack of counsel. They immediately request the Appoint of Counsel. As the Proposed Intervenor needs to seek emergency medical care.

### Original EX Parte Emergency Motion to Intervene drafted 4/25/25
The Proposed Intervenora Pro Se Litigant Jeremy M Lawson respectfully submits this Motion to Intervene, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for an Emergency Order allowing the Proposed Intervenor to intervene in the above-captioned matter. Asserting that under Federal Rule of Civil Procedure 19 they qualify as a necessary party. That they reached out in good faith to both counsel for the Plaintiffs and Defendants 4/14/25 via email in a cease and desist regarding Abrego Garcia's refoulement see EX 1. Laying out the Proposed Intervenor was illegally imprisoned by the State of Connecticut 4/11/24-8/23/24 on the unlawful charge of Harassment 2 Conn Gen. § 53-183a. Which was a Commission of the Class D Felony Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment" by dozens of state employees. The

1