Dear Clerk of Court,

Please docket the motion that we bring forth to intervene in Civil Action No. 8:25-cv-00951-PX and disqualify Judge Paula Xinis from presiding over it in the public docket for Civil Action No. 8:25-cv-00951-PX in this district (US District Court For The District of Maryland). I, Joshua Hall and my co-movant, Eric Heilner bring forth the following motion to intervene in the above-captioned matter, disqualify Judge Paula Xinis from presiding over it AND we are demanding that Judge Xinis be DISQUALIFIED and RECUSED from deciding and ruling on our motion due to the fact that it would raise serious ethical concerns and constitute a grave conflict of interest because we currently have a pending lawsuit against Judge Xinis that we filed on April 21st, 2025 in The US District Court For The District of Columbia. Should Judge Xinis attempt to unethically rule on this motion, we are prepared to immediately appeal any ruling and possibly file an ethics complaint. We would prefer that President Trump be assigned to rule on this motion in his official capacity as The Chief Law Enforcement Officer in The United States who quite literally IS the law in this country but we will leave it up to the court to decide who shall be assigned to rule on it. We simply ask that it is an individual who is fair, impartial and does not harbor deep-seated resentment and political bias against President Trump and we the voters who elected him. We also respectfully request that the court please send us a confirmation of receipt of this motion and that it has been appropriately docketed as well as any rulings on it, the scheduling of the evidentiary hearing that we have requested on this matter or anything else of relevance pertaining to this by mail at the address on the back of this page. (turn page)