# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

KILMAR ARMANDO ABREGO GARCIA, *et al.*,

        *Plaintiffs*,

   v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

        *Defendants*.

Case No. 8:25-cv-00951 (PX)

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT

    Defendants respectfully request that the Court extend the time for them to answer or otherwise respond to Plaintiffs' complaint by 30 days. Plaintiffs filed their complaint on March 24, 2025, and served the United States Attorney's Office for the District of Maryland on March 27, 2025. Accordingly, Defendants must answer or otherwise respond to Plaintiffs' complaint by May 27, 2025. *See* Fed. R. Civ. P. 12(a)(2).

    Federal Rule of Civil Procedure 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time." On April 15, 2025, this Court granted Plaintiffs' motion for expedited discovery. Order, ECF No. 79. Since then, Defendants have responded to requests for the production of documents, answered interrogatories, and prepared four individuals for their depositions. Defendants have expended significant resources coordinating across multiple agencies, reviewing and producing documents, preparing witnesses, and assessing complex privilege issues within the expedited timeframe. Accordingly, Defendants request that this Court grant them until June 26, 2025, to respond to Plaintiffs' complaint.

Defendants conferred with Plaintiffs via email on May 27, 2025, and Plaintiffs oppose Defendants' motion.

Dated: May 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
Civil Division

/s/ Drew C. Ensign
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on May 27, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

/s/ Drew C. Ensign
Drew C. Ensign
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov