IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No. 8:25-cv-00951-PX |
| v. | * | |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | * * * | |
| Defendants. | * | |
| | *** | |

# ORDER

Today—the very day Defendants' answer or response to the Complaint is due—Defendants move for a thirty-day extension of the filing deadline. ECF No. 162. Rule 6(b) of the Federal Rules of Civil Procedure allows the Court to extend deadlines for good cause if the request is made before the original time expires. Whether to grant such relief rests in the Court's discretion.

Defendants expended no effort in demonstrating good cause. They vaguely complain, in two sentences, to expending "significant resources" engaging in expedited discovery. But these self-described burdens are of their own making. The Court ordered expedited discovery because of Defendants' refusal to follow the orders of this Court as affirmed by the United States Court of Appeals for the Fourth Circuit and the United States Supreme Court.

Further, as the docket plainly demonstrates, Defendants are intimately familiar with the causes of action and of the pending deadline. The Court has conducted no fewer than **five hearings** in this case and at no point had Defendants even intimated they needed more time to answer or otherwise respond. Thus, to say now that additional time is needed to do that which the law

requires rings hollow.  Accordingly, the motion is DENIED.  Defendants shall file their Answer or otherwise respond to the Complaint today.

    SO ORDERED.

May 27, 2025  
Date

/S/  
Paula Xinis  
United States District Judge