IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No. 8:25-cv-00951-PX |
| v. | * | |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | * * * | |
| Defendants. | * | |
| | * | |
| | *** | |

## ORDER

On May 16, 2025, the Court ordered the Government to produce an updated privilege log to Plaintiffs by no later than May 23, 2025 (the "May 23 Privilege Log"). ECF No. 146. The Court also directed that supplemental discovery be completed on a rolling basis, but by no later than May 30, 2025. *Id.*

Defendants now move for a two-week extension of the May 30 document production deadline. ECF No. 167. The motion avers nonspecific "hard-at-work" assertions.[1] But for the last two weeks, according to Plaintiffs, Defendants have produced exactly one document. ECF No. 169. Assertions of diligence notwithstanding, Defendants have offered no explanation as to why they could not produce *any* additional documents on a rolling basis, as they had agreed could be accomplished during the May 16, 2025 hearing. ECF No. 148 at 8–9.

The Court has reviewed Defendants' motion and Plaintiffs' opposition and finds no good

---

[1] Defendants also represented that they had "attempted to contact Plaintiffs" for their position on the motion but were unsuccessful. ECF No. 167 at 5. This may be because Defendants did not try to reach Plaintiffs until 11:35 PM last night by email and, having predictably received no response, filed the motion an hour later at 12:33 AM. This is hardly a good faith attempt to obtain Plaintiffs' position.

1

cause to modify the deadlines set forth at ECF No. 146.  Thus, the motion at ECF No. 167 is **DENIED**.

Furthermore, to preserve the orderly progression of expedited discovery, Defendants shall submit the May 23 Privilege Log to the Court by no later than **June 4, 2025**, in Excel format, along with the representative sample of withheld documents necessary for the Court's in-camera inspection regarding all assertions of privilege apart from state secrets.  By no later than **June 6, 2025,** the parties shall file simultaneous letter briefs, not to exceed five pages each, regarding the propriety of Defendants' privilege assertions in the May 23 Privilege Log.

SO ORDERED.

|  |  |
|---|---|
|    May 29, 2025    |    /S/    |
| Date | Paula Xinis |
|  | United States District Judge |