UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 8:25-cv-00951 (PX) |
| KRISTI NOEM, *et al.*, | * * * | |
| Defendants. | * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### *AMICI CURIAE*'S MOTION FOR ACCESS TO RELEVANT SEALED DOCUMENTS AND TO BRIEFLY STAY *AMICI* BRIEF DEADLINE PENDING RESOLUTION OF THIS MOTION

*Amici curiae* Heidi Kitrosser, Mark J. Rozell, and Mitchel A. Sollenberger (collectively "Amici") respectfully move this Court to grant them access to the two documents filed under seal on 23 May 2025 which have been shared with Plaintiffs.

Amici have good cause to seek this relief. On 23 May, Amici requested leave to file a brief in opposition to the Government's invocation of the State Secrets Privilege, which the Court granted on 27 May. ECF No. 158 at 1. In its Order, the Court specifically asked Amici to address two specific topics "in addition to any guidance amici believe may assist the Court's state secrets analysis." *Id.* However, as of this writing, Amici only have access to the original 7 May Declaration of Secretary of State Marco Rubio, which the Court already found lacking in the 16 May Motion Hearing. After the Court authorized the Government to file supplemental evidence in support of its invocation of the privilege, the Government filed three documents under seal on 23 May: (1) a "Notice of Ex Parte Communication," (2) "Secretary Rubio's Supplemental Declaration," and (3) an "Ex Parte Addendum." ECF No. 156 at 1. The first two

documents were shared with Plaintiffs' counsel, while the third was not, and they remain under seal (although Plaintiffs have opposed the Government's motion, *see* ECF No. 166 *passim*).

Simply put, the value of Amici's analysis will be significantly diminished if they are not able to respond to the evidence the Government has already presented in support of its privilege invocation. This information is unclassified and has already been shared with Plaintiffs' counsel. *Id.* at 1. Amici and their undersigned counsel agree to be bound by the Court's Confidentiality Order, and these documents would not be shared outside of the undersigned's law firm[1] or Amici themselves.

Amici also request that their deadline for submitting this brief be briefly stayed while the Court considers this Motion, and that the clock does not start running again until the Court either grants access to the documents or denies this Motion. Amici apologize for waiting to file this Motion, but they were waiting to see if the Court granted the Government's motion to keep these documents under seal before potentially unnecessarily adding another motion to the already cluttered record in this case. Since the Court has not yet ruled on that motion, Amici now ask for this limited relief to allow them to fully respond to the Court's questions.

The Government opposes this Motion. Amici's counsel have attempted to discuss the requested relief with Plaintiffs' counsel several times over the past week by email and telephone but have not yet received a response. Because their brief is currently due today, Amici are filing this Motion without waiting further for a response. A proposed Order accompanies this Motion.

---

[1] This would include Kel McClanahan, who is not a signatory to this Motion or the *Amici* brief because his application to the Maryland bar is currently in process, but who is the State Secrets Privilege subject matter expert at National Security Counselors.

Date:   May 30, 2025

                                               Respectfully submitted,

                                               /s/ Bradley P. Moss
                                               Bradley P. Moss, Esq.
                                               MD Bar #17379
                                               National Security Counselors
                                               1451 Rockville Pike
                                               Suite 250
                                               Rockville, MD  20852
                                               501-301-4672
                                               240-681-2189 fax
                                               Brad@MarkZaid.com

                                               *Counsel for* Amici Curiae