**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | *<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | *   Civil Action No. 8:25-cv-00951 (PX)<br>* |
| KRISTI NOEM, *et al.*, | *<br>* |
| Defendants. | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF *Amici Curiae*'s Motion for Access to Relevant Sealed Documents and to Briefly Stay *Amici* Brief Deadline Pending Resolution of This Motion, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the Motion is **GRANTED**.

_____
Paula Xinis
United States District Judge