# EXHIBIT A



SENSITIVE BUT UNCLASSIFIED

KAAG-Noem-0000002823





SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED



Sun, Apr 20



Nayib Bukele (@nayibbukele) on X

Señor @NicolasMaduro, usted ha dicho en numerosas ocasiones que quiere a los venezolanos de regreso y en libertad. A...

x.com

https://x.com/nayibbukele/status/1914070199659098258?s=46   6:04PM



Mon, Apr 21

Message

SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED

KAAG-Noem-0000002829



Tue, Apr 22

📞 Incoming voice call · 12:40 PM

📞 Unanswered voice call · 4:26 PM

📞 Incoming voice call · 4:27 PM

Call Back

Wed, Apr 23



＋  Message

SENSITIVE BUT UNCLASSIFIED

KAAG-Noem-0000002830



SENSITIVE BUT UNCLASSIFIED

KAAG-Noem-0000002831



SENSITIVE BUT UNCLASSIFIED

KAAG-Noem-0000002832



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED

KAAG-Noem-0000002835