**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–**

KILMAR ARMANDO ABREGO GARCIA,
ET AL.,

          Plaintiffs,

v.

KRISTI NOEM, ET AL.,

          Defendants.

Case No.: 8:25-CV-00951-PX

**CERTIFICATE OF SERVICE**

    I certify that on June 3, 2025, a copy of **the Joint Letter Regarding Discovery Sanctions and accompanying exhibits**, which was electronically filed under seal in this case on June 3, 2025, was served via **email** on the following individuals.

Drew C Ensign
**U.S. Department of Justice**
950 Pennsylvania Ave NW
Washington, DC 20530
202-514-2000
Email: drew.c.ensign@usdoj.gov

Jonathan D. Guynn
**U.S. Department of Justice**
950 Pennsylvania Ave. NW,
Washington, D.C. 20530
(202) 514-2000
Email: jonathan.guynn@usdoj.gov

June 3, 2025
Date

   */s/ Jonathan G. Cooper*
Jonathan G. Cooper (D. Md. Bar No. 21345)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
jonathancooper@quinnemanuel.com
Tel. No.: 202-538-8000
Fax No.: 202-538-8100

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*

1