UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00951 (PX) |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH PRELIMINARY INJUNCTION AND REQUEST FOR A STAY OF ALL CASE DEADLINES**

On April 4, 2025, this Court ordered Defendants to "facilitate … the return of Plaintiff Kilmar Armando Abrego Garcia to the United States[.]" ECF 21 at 2. Defendants hereby provide notice that they have complied with the Court's order, and indeed have successfully facilitated Abrego Garcia's return. As the Attorney General recently announced, Abrego Garcia was returned to the United States today, to stand trial on criminal charges in the Middle District of Tennessee. Considering this development, the Court's preliminary injunction should be dissolved, and the underlying case should be dismissed as moot. Defendants intend to formally move to dismiss Plaintiffs' Complaint on this basis. In the meantime, Defendants respectfully request an immediate stay of all case deadlines.

1

Dated: June 6, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

*Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Civil Division, Torts Branch

BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on June 6, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

                                              *Drew C. Ensign*
                                        Drew C. Ensign
                                        Deputy Assistant Attorney General
                                        Office of Immigration Litigation
                                        Civil Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave., NW
                                        Washington, DC 20530
                                        (202) 514-2000
                                        drew.c.ensign@usdoj.gov