UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, ET AL., <br><br> Defendants. | Case No.: 8:25-CV-00951-PX |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Appendix **4** which is attached to **Plaintiffs' Letter Brief on the May 23 Privilege Log** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

June 6, 2025                                           /s/ Jonathan G. Cooper
Date                                               Jonathan G. Cooper (D. Md. Bar No. 21345)
                                                        QUINN EMANUEL URQUHART &
                                                        SULLIVAN, LLP
                                                        1300 I Street NW, Suite 900
                                                        Washington, DC 20005
                                                        jonathancooper@quinnemanuel.com
                                                        Tel. No.: 202-538-8000
                                                        Fax No.: 202-538-8100

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*
