UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Defendants. | Case No.: 8:25-CV-00951-PX |

NOTICE OF FILING OF DOCUMENT UNDER SEAL

Appendix **7** which is attached to **Plaintiffs' Letter Brief on the May 23 Privilege Log** will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **email**.

June 6, 2025
Date

 */s/ Jonathan G. Cooper*
Jonathan G. Cooper (D. Md. Bar No. 21345)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
jonathancooper@quinnemanuel.com
Tel. No.: 202-538-8000
Fax No.: 202-538-8100

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*