US District Court District of Maryland

Case No: 8:25-cv-00951-PX

## EX Parte Emergency Motion to Intervene as a Plaintiff

KILMAR ARMANDO
ABREGO GARCIA, et al.
Plaintiffs

V.

KRISTI NOEM, Secretary,
United States Department
of Homeland Security, et al.,
Defendants

and

JEREMY M LAWSON
1 Lydall ST
Manchester, CT
Proposed Plaintiff-Intervenor

## Statement of The Facts

The Proposed Intervenor a Pro Se Litigant Jeremy M Lawson respectfully submits this Motion to Intervene, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for an Emergency Order allowing the Proposed Intervenor to intervene in the above-captioned matter. Asserting that under Federal Rule of Civil Procedure 19 they qualify as a necessary party. That they reached out in good faith to both counsel for the Plaintiffs and Defendants 4/14/25 via email in a cease and desist regarding Abrego Garcia's refoulement see EX 1. Laying out the Proposed Intervenor was illegally imprisoned by the State of Connecticut 4/11/24-8/23/24 on the unlawful charge of Harassment 2 Conn Gen. § 53-183a. Which was a Commission of the Class D Felony Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment" by dozens of state employees. The incarceration was illegal on its face as the maximum sentence for Conn Gen. § 53-183a is 90 days; the Proposed Intervenor was held for 133 days. The 1st 18 days was in solitary confinement with no toilet paper and no contact with the outside world. They were subjected to an attempted extrajudicial killing via forcible Ativan Withdrawal.

This illegal incarceration was retaliation for exposing the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up the Domestic Violence Cash Benefit Program P.A. 21-78 Section 14 (e). To silence the Proposed Intervenor as they had filed their 2nd eventually illegally denied then dismissed Immediate EX Parte Temporary Injunction without hearing or

1