

US District Court District of Maryland

Case No: 8:25-cv-00951-PX

## Emergency Motion to Compel release of US State Department FOIA Request Ref: F-2025-02637

KILMAR ARMANDO
ABREGO GARCIA, et al.
 Plaintiffs

V.

KRISTI NOEM, Secretary,
United States Department
of Homeland Security, et al.,
Defendants

and

JEREMY M LAWSON
1 Lydall ST
Manchester, CT
Proposed Plaintiff-Intervenor

Statement of The Facts:

The Proposed Intervenor has still not received any response from their 4/25/25 Emergency EX Parte Motion to Intervene. The Proposed Intervenor had called Case Administrator Hilda Espino-Palma 4/28/25 as is required when filing Emergency Motions to alert her. She stated the Motion would be sent straight to Chambers upon arrival. When the Proposed Intervenor followed up with Hilda Espino-Palma 5/6/25 she confirmed it still was under active review. The Proposed Intervenor subsequently refiled the 4/25/25 Motion as an Amended Emergency Motion to Intervene, Recuse, and Appoint Counsel 5/11/25. However, much as with this Motion and due to technical issues and poverty related trauma regarding PACER is again filing via mail. It is clear the Proposed Intervenor is an indispensable Party under Federal Rule of Civil Procedure 19. As they were labeled a "serious criminal" by Canada to illegally detain them 8/25/24-9/10/24. To ensure the United States would remain labeled a third safe country and the Proposed Intervenor being a political prisoner the State of Connecticut attempted to murder was not exposed. Allowing the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program to continue. The Proposed Intervenor made over a dozen FOIA requests to the US State Department 10/24/24-present. even requesting a consolidated list as the only request ever deemed to have met the "compelling need" standard. Was per EX 24 Ref: F-2025-02637 which were the 8/25/24-9/10/24

1