US District Court District of Maryland

Case No: 8:25-cv-00951-PX

## Emergency Motion for Discovery additional questions in 30(b)(6) Depositions

KILMAR ARMANDO
ABREGO GARCIA, et al.
 Plaintiffs

V.

KRISTI NOEM, Secretary,
United States Department
of Homeland Security, et al.,
Defendants

and

JEREMY M LAWSON
1 Lydall ST
Manchester, CT
Proposed Plaintiff-Intervenor

### Statement of The Facts:

The Proposed Intervenor respectfully requests the court adds the following question to the 30(b)(6) Depositions directions it at all 3 Defendant's (US Department of Justice, US Department of Homeland Security, and US Department of State).

**When will you stop violating international law?**

Per EX 25 the Proposed Intervenor filed an ignored request for a Declaratory Judgement in the High Court of Auckland New Zealand requesting the following relief.

"1. Declares everyone has the right to advocate for human rights individually and collectively.
2. Declares an end to the practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services and explicitly clarifies "gender identity and expression" is a protected status under the 1993 Human Rights Act.
3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.
4. Declares victims of torture have wide latitude in presenting evidence to Courts and

1