

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

USDC- GREENBELT
'25 JUN 6 AM 9:31

Reply to Southern Division Address

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

June 3, 2025

**Jeremy M. Lawson**
1 Lydall Street
Manchester, CT 06042

Re:   Case No. **8:25-cv-00951-PX-1**

Dear Counsel/Party:

The Clerk received your Ex Parte Emergency Notice on June 2, 2025; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**
☐ Member of bar has not signed the document.
☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☐ Certificate of service not affixed to document.
☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐ Discovery materials should not be filed unless in support of a motion or by court order.
☐ Discovery motion filed contrary to L.R. 104.7.
☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
☐ Document does not contain original signature.
☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☒ Other: You are not a party to this case and have not demonstrated a cognizable interest that would permit intervention under Federal Rule of Civil Procedure 24. Accordingly, your filing is returned and will not be docketed.

_____   6-5-25
Paula Xinis                             Date
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov