US District Court District of Maryland

Case No: 8:25-cv-00951-PX

## EX Parte Emergency Notice on formerly Conditionally under seal Exhibits in PRMI v. Lawson et al.

KILMAR ARMANDO
ABREGO GARCIA, et al.
 Plaintiffs

V.

KRISTI NOEM, Secretary,
United States Department
of Homeland Security, et al.,
Defendants

and

JEREMY M LAWSON
1 Lydall ST
Manchester, CT 06042
Proposed Plaintiff-Intervenor

Statement of The Facts:

The Proposed Intervenor is providing the court in good faith the 4/28/25 Emergency Notice that was Conditionally Under Seal in Hartford Superior Court Docket #HHD-CV-25-6201059-S

Primary Residential Mortgage Inc.

V.

Jeremy M Lawson et al.

The Proposed Intervenor understands hopefully as demonstrated by their filings they just want the Plaintiff and anyone sent to these concentration camps to go free. They have asked the Defendant via ogc@hq.dhs.gov to consider Conciliation at the Permanent Court of Arbitration. This process is so damaging to international order. No country will lawfully exercise Universal Jurisdiction even the 3 Regional Human Rights Courts. The Proposed Intervenor defends Human Rights and per the enclosed Virginia Bar complaint against Simon Yehuda Sandoval-Mosenberg. State Bar disciplinary mechanisms can't even use the Proposed Intervenor's chosen name or pronouns. Much less hold anyone accountable. The Proposed Intervenor can only alert the court given how complicated this situation is. That is good faith

1