```
1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
2                        GREENBELT DIVISION

3    _____
                                            )
4    KILMAR ARMANDO ABREGO GARCIA,          )
     et al.,                                )
5                                           )
          Plaintiff,                        )
6                                           )Docket Number
              vs.                           )8:25-cv-00951-PX
7                                           )
     KRISTI NOEM, et al,                    )
8                                           )
          Defendant.                        )
9    _____)

10               REDACTED TRANSCRIPT OF HEARING
                BEFORE THE HONORABLE PAULA XINIS
11               UNITED STATES DISTRICT COURT JUDGE
               WEDNESDAY, APRIL 30, 2025, AT 10:00 A.M.
12
     APPEARANCES:
13
     On Behalf of the Plaintiff:
14
          BY:  ANDREW ROSSMAN, ESQUIRE (via telephone)
15             SASCHA RAND, ESQUIRE (via telephone)
          QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
16        295 5th Avenue
          New York, NY  10016
17        (212)849-7000

18        BY:  STEPHEN FRANK, ESQUIRE (via telephone)
          QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
19        111 Huntington Avenue
          Suite 520
20        Boston, MA  02199
          (617)712-7165
21
          BY:  SIMON SANDOVAL-MOSHENBERG, ESQUIRE (via telephone)
22        MURRAY OSORIO
          4103 Chain Bridge Road, Suite 300
23        Fairfax, VA  22030
          (434)218-9376
24

25        ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPED NOTES***
```

1    APPEARANCES CONTINUED:

2    On Behalf of the Defendants:

3         BY:  JONATHAN GUYNN, ESQUIRE
          DEPUTY ASSISTANT ATTORNEY GENERAL
4         CIVIL DIVISION, DEPARTMENT OF JUSTICE
          950 Pennsylvania Avenue NW
5         Washington, DC 20530
          (202)856-4809
6
     ALSO PRESENT:  Ernesto Molina, Esquire, DOJ
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2   (Court called to order.)

 3           DEPUTY CLERK:  This Honorable Court now resumes in

 4   session.

 5           THE COURT:  All right.  Counsel, before we get

 6   plaintiffs on the line, any issue with what I plan to tell

 7   them?

 8           MR. GUYNN:  Your Honor, I was unable to reach the

 9   State Department in the time that we had, but I would just ask

10   that the Court, if -- I would ask that the Court just tell

11   plaintiffs that you received an ex parte submission, and on the

12   basis of that, ███████████████████████████████████████████

13   ███████████████████████████████████████████████████████

14   ████████████████████████████████████████████

15           THE COURT:  Okay.  I can do that.  I think that --

16   that captures it.

17       What I want to make sure, they know, so that they can make

18   an informed decision.

19           MR. GUYNN:  Thank you.

20           THE COURT:  Okay.  Very good.  Can we get them on the

21   line?

22       And I am going to have to have my law clerks come in,

23   because all depending on what I decide and then what we do

24   next, they need to help me land that plane.

25           MR. GUYNN:  I understand.  I understand.
```

1          **THE COURT:**  Okay.  Very good.

2          **DEPUTY CLERK:**  Your Honor, I've informed your law

3  clerks I'm going to dial in now.

4          **THE COURT:**  Okay.  Thanks.

5          **DEPUTY CLERK:**  Good morning.  This is Brian Ulander,

6  Courtroom Deputy for this hearing.  If I could start having

7  plaintiff counsel please identify themselves for the record.

8          **MR. ROSSMAN:**  Good morning.  This is Andrew Rossman.

9          **MR. SANDOVAL-MOSHENBERG:**  Simon Sandoval-Moshenberg

10  for plaintiffs.

11          **MR. RAND:**  Good morning.  Sascha Rand for plaintiffs.

12          **DEPUTY CLERK:**  Can you repeat?  That was -- sorry, if

13  I could interrupt.

14     Was that Sascha Rand?

15          **MR. RAND:**  Yes, that's correct.

16          **DEPUTY CLERK:**  And if we could continue after him

17  again.

18          **MR. FRANK:**  Stephen Frank.

19          **DEPUTY CLERK:**  Are there any other plaintiffs'

20  counsel on the line?

21          **UNIDENTIFIED SPEAKER:**  I don't believe so.

22          **DEPUTY CLERK:**  And do we have anybody else with the

23  counsel, such as the plaintiff or not such?

24          **UNIDENTIFIED SPEAKER:**  No.

25     No, no, unless you do, Simon.

1          **MR. SANDOVAL-MOSHENBERG:**  No, no one is with me.

2          **DEPUTY CLERK:**  I think we are ready to begin, Your

3    Honor.

4          **THE COURT:**  Okay.  Good morning, Counsel.  You are

5    participating by phone, plaintiffs' counsel.  Defendants'

6    counsel is here; Mr. Guynn and Mr. Molina are in the room with

7    me.

8        And we have held a second hearing on ECF 104.  And this is

9    where the Court stands.

10   ████████████████████████████████████████

11   █████████████████████████████████████████████████

12   ██████████████████████████████

13       Apart from that, at this juncture, it -- based on the --

14   the presentation, I'm not -- I'm not convinced that the

15   defendants have made a sufficient showing that a stay of

16   discovery is warranted, a continued stay.

17       And in a nutshell, that's because I do believe that many

18   of the procedural protections that are available -- substantive

19   and procedural protections to include moving for invocation of

20   protective orders, of privilege, of extensions or modifications

21   to any scheduling order that's -- that is in place, meeting and

22   conferring with the plaintiffs can satisfy the concerns, ████

23   █████████████████████████████████████████████

24   █████████████

25       In other words, I do believe that many of the concerns

1    that the defense has raised we can handle going forward by --

2    in the litigation.

3         So with that said, the plaintiffs' position, as I

4    understand it in ECF 104, is that plaintiffs do not oppose a

5    stay of up to seven days provided that the Court believes that

6    the government is continuing to pursue those compliance efforts

7    in good faith but defers to the Court as to the length of stay.

8         And I want to make clear to counsel, to the plaintiffs, I

9    told this to the government, and I want you to hear this, I

10   don't believe on this very narrow question of whether a stay is

11   warranted, it turns on good versus bad faith.  In my view, it

12   turns on sufficiency.

13        Has -- has the movant who seeks the stay made a sufficient

14   showing that I should stay the discovery, meaning take this

15   case off of the ordinary -- in an extraordinary situation, but

16   the ordinary course of litigation with all of the procedural

17   and substantive protections it affords.

18        So my ruling is based on sufficiency.  It doesn't turn on

19   good versus bad faith.  And I wanted to give the plaintiff an

20   opportunity, before I make any decision finally, to be heard on

21   this, because you may have a different view on this.  You've

22   had presumably time to think about it in conversations with the

23   government, and you may see it differently than the Court and

24   may seek different relief than what the defendants or even what

25   the Court is considering.

1      So that's the purpose of this -- the immediate question

2  that I'm posing to the plaintiffs, and then we'll take it from

3  there.

4          **MR. ROSSMAN:**  Thank you, Your Honor.  This is Andrew

5  Rossman for the plaintiffs, and I'll begin.

6      First, we appreciate the nuance with which the Court has

7  approached this pretty unusual situation we find ourselves in.

8  And I will say, if the Court has concluded that there's no

9  longer a need for a discovery stay because discovery is not

10  going to interfere with any ongoing efforts, that seems to

11  erase the underpinnings of any stay at all.  And we -- our --

12          **THE COURT:**  Well, Mr. Rossman, let me stop you there.

13  I can't predict -- I can't predict ███████████████████

14  ████████████████████████████████████████████████████

15  ████████████████

16      What I'm posing to you is, to stay discovery is an

17  extraordinary measure, and I stayed it for a week upon further

18  showing.  In my view, the showing isn't sufficient to stay

19  discovery.

20      That said, I think the reason why I am asking for your --

21  for your view on it is discovery may affect efforts.  I don't;

22  know.  I can't predict the future.  And that's why if you see

23  it differently, and you wish to continue, in your client's

24  interest, to press pause, I want to hear that from you.  If you

25  don't, I want to hear that, too.  I want your input, because

1    this is -- you know, the presumption is that this should be an

2    adversarial process.

3        Does that make sense to you, Mr. Rossman?

4            **MR. ROSSMAN:**  It makes perfect sense, Your Honor.

5            **THE COURT:**  Okay.

6            **MR. ROSSMAN:**  And let me try to be as clear as I can

7    in terms of our statements.

8        So we were always skeptical of the idea that a stay was

9    necessary because of all the protective means available, you

10   know, as Your Honor has already, you know, alluded to.  And I

11   don't understand why they can't both proceed with efforts to

12   facilitate and otherwise give discovery ███████████████

13   ████████████████████████████████████████████████████████

14   ████████████

15       So, you know, ████████████████████████████████████████

16   ██████████████████████████and proceed with the rest of

17   discovery because our highest and best interest is the return

18   of Mr. Abrego Garcia, period.

19       So the government wanted to expand that to a full stay,

20   and we put our faith in Your Honor's assessment of good faith,

21   and we were content with a week, but not more than a week,

22   unless there was a further showing.

23       But the issue that I see is, you know, to my outside

24   observation, because I don't see what the government has filed

25   under seal lately, it seems to us that the discovery process

1  actually has a positive effect, you know, in putting a

2  spotlight on the government, putting some pressure on the

3  government to do this in a timely way.

4      Absent some logical connection between the discovery

5  process and, you know, somehow slowing down or interfering with

6  the efforts to facilitate Mr. Abrego Garcia's release and

7  return, I don't know why we wouldn't continue discovery.

8      So, you know, that's our position.

9      And I'll say, you know, just so there's no

10 misunderstanding about what was on the docket representing our

11 position, it was our position yesterday morning, and I

12 communicated it to, you know, Mr. Guynn's colleagues that we

13 were prepared to abide by whatever determination the Court made

14 as to whether or not there's a good faith showing, and to

15 continue a stay of up to seven days at the Court's discretion.

16      Since then, you know, we saw the comments that the

17 President made on ABC News, which I think can only fairly be

18 read to suggest that, you know, the President believes he could

19 bring Mr. Abrego Garcia back but doesn't want to because he

20 doesn't think he's someone who is worthy of being returned.

21 That is my personal interpretation of the comments.  The

22 comments are on record.  Anyone can look at them.

23      So that, frankly, caused us a lot of concern about whether

24 the efforts were genuine or not.

25      You see the -- you see the evidence of the efforts, I do

1    not.  I have complete faith in Your Honor to evaluate that, and

2    that's why we're tolerating the unusual ex parte, you know,

3    communications that have been happening here.

4         But, you know, if there's no basis for a stay that Your

5    Honor sees, there's no basis for a stay that we see, and if the

6    government has -- you know, I would love to hear from the

7    government.

8         If they see it differently, and I'll reiterate that, you

9    know, we're open to be persuaded, that it is in the best

10   interest of his return and release, but I don't -- I don't see

11   that right now at this moment subject to the government

12   explaining, you know, what's happening and why it would be

13   beneficial to have a further stay, and how that could be

14   squared with the President's comments yesterday.

15        **THE COURT:**  Okay.  All right.  Thank you for that.

16        So what I intend to do, Counsel, is I will issue a very

17   vanilla order that says for the reasons discussed today, the

18   Court denies ECF 104.  And then I will issue a separate

19   scheduling order regarding the resumption of discovery.

20        And I'll tell you right now that the order is -- it's an

21   order.  You have to comply with it.  It basically takes the

22   seven days and adds to all of the current milestone dates seven

23   days with one exception, and that is there would be a date for

24   the government to supplement, which would be -- if I did it

25   strictly like that, it would be tomorrow at 5:00, and I'm not

1  going to do that.  I'm going to extend it by a day, so you have

2  a little bit of breathing room.

3       The purpose of that is to meet and confer with the

4  plaintiffs and to make your positions regarding protections

5  that you would like to front, if any, make them known to one

6  another so that you can then discuss within the confines of

7  like the spirit of an expedited discovery schedule, whether

8  there needs to be some play in the joints.

9       And I expect that the plaintiff will -- will approach that

10 conversation in good faith and hear the government on what, if

11 anything, they need in terms of time.

12      In the ordinary course, what happens, when lawyers are

13 working together on behalf of their respected positions, is if

14 you come to an agreement as to modifications to the schedule,

15 whether it be to table a particular deposition or to take more

16 time to present questions of privilege to the Court, I'm not

17 going to second guess the considered and collective agreement

18 of counsel.

19      If there's a dispute, then as the letter order regarding

20 discovery says, put it to me in writing.  The protections that

21 you have, if it involves anything that you believe are

22 sensitive, are the sealing protections and the in camera

23 protections, which often happen when a case involves the kind

24 of efforts that we're discussing today.  There's -- there's

25 indeed statutes and rules that govern this very thing.

1      And I'm open to hearing from counsel about all of them.

2      But that requires that today, you all take some time to

3  meet and confer about the scheduling order that will be in

4  place and will stay in place unless you move for enlargement or

5  any changes.

6      Does that make sense to both sides?

7          **MR. GUYNN:**  I --

8          **MR. ROSSMAN:**  It does, Your Honor.  And I'll say --

9  oh, please, go ahead.

10         **MR. GUYNN:**  I was just -- defendants understand the

11  Court's position.

12         **THE COURT:**  Okay.  Thank you Mr. Guynn.

13     Mr. Rossman?

14         **MR. ROSSMAN:**  Yeah, apologies for that, Your Honor.

15     I -- what I was going to say is you obviously had a

16  conference before me, so you heard what the government had to

17  say on this.  I have not yet heard what the government has to

18  say.

19     And I'll just reiterate that not only will we cooperate in

20  discovery, but we are genuinely openminded to being persuaded

21  that, you know, discovery is somehow having a negative impact

22  on the efforts.  And we will be cooperative and -- you know, in

23  reducing or even standing down on the discovery if there's a

24  real connection there.

25     I just haven't heard, you know -- you know, I haven't

1    heard the government's standing one way or the other.

2           **THE COURT:**  I think that's a point well taken.  I

3    think that's a point well taken, Mr. Rossman, that part of your

4    meet and confer with regard to discovery can include what

5    aspects, some, all or none, of that discovery ought to be

6    paused, stayed, rearranged for the -- for the greater good of

7    the case.

8        The point is that you need to do this -- this needs to be

9    a process involving the plaintiffs, and I take you at your

10   word.

11       I'm sure the lawyers in this room do, too, that you're

12   open, you're open to hearing why, that really is for the -- the

13   best -- the best outcome for your -- for the plaintiffs.

14       That's a different question.  In my view, then --

15          **MR. ROSSMAN:**  Absolutely.

16          **THE COURT:**  -- the Court, in an ex parte fashion,

17   continuing a stay.

18       Am I getting it right, Mr. Rossman?

19          **MR. ROSSMAN:**  One hundred percent.

20          **THE COURT:**  Okay.  All right.  Anything else we need

21   to discuss before we adjourn?

22          **MR. GUYNN:**  Not from defendants, Your Honor.

23          **THE COURT:**  And Mr. Rossman, anything?

24          **MR. ROSSMAN:**  No.  Thank you, Your Honor.

25          **THE COURT:**  Okay.  And I would just say, one -- one

final word is, do be cautious with what you put in filings.
You know, we had the one issue where I had to seal filings
after the -- the filing had been made, and I just remind both
counsel that there is a protective order in place.  That you
all need to be very -- I know we're moving fast, but you have
to be careful in what you file and do continue to talk about
that so both sides have the protections that the law affords.
Okay?  All right.

**MR. GUYNN:**  Thank you, Your Honor.

**MR. ROSSMAN:**  Thank you, Your Honor.

**THE COURT:**  All right.

**DEPUTY CLERK:**  All rise.  This Honorable Court now
stands adjourned.

(Proceedings were concluded at 10:19 a.m.)

CERTIFICATE OF OFFICIAL REPORTER

I, Paula J. Leeper, Federal Official Court Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 6th day of June 2025.


*/S/ Paula J. Leeper*
_____

Paula J. Leeper, RPR, CRR
Federal Official Reporter

**DEPUTY CLERK: [9]** 3/3 4/2 4/11 4/12 4/16 4/21 4/24 5/2 14/12
**MR. FRANK: [1]** 4/18
**MR. GUYNN: [7]** 3/8 3/19 3/25 12/7 12/10 13/22 14/9
**MR. RAND: [2]** 4/11 4/15
**MR. ROSSMAN: [10]** 4/8 7/4 8/4 8/6 12/4 13/14 13/15 13/19 13/24 14/10
**MR. SANDOVAL-MOSHENBERG: [2]** 4/9 5/1
**THE COURT: [16]**
**UNIDENTIFIED SPEAKER: [2]** 4/21 4/24

---

**/**

**/S [1]** 15/15

---

**0**

**02199 [1]** 1/20

---

**1**

**10016 [1]** 1/16
**104 [3]** 5/8 6/4 10/18
**10:00 [1]** 1/11
**10:19 [1]** 14/14
**111 [1]** 1/19

---

**2**

**202 [1]** 2/5
**2025 [2]** 1/11 15/12
**20530 [1]** 2/5
**212 [1]** 1/17
**218-9376 [1]** 1/23
**22030 [1]** 1/23
**28 [1]** 15/6
**295 [1]** 1/16

---

**3**

**30 [1]** 1/11
**300 [1]** 1/22

---

**4**

**4103 [1]** 1/22
**434 [1]** 1/23
**4809 [1]** 2/5

---

**5**

**520 [1]** 1/19
**5:00 [1]** 10/25
**5th [1]** 1/16

---

**6**

**617 [1]** 1/20
**6th [1]** 15/12

---

**7**

**7000 [1]** 1/17
**712-7165 [1]** 1/20
**7165 [1]** 1/20
**753 [1]** 15/6

---

**8**

**849-7000 [1]** 1/17
**856-4809 [1]** 2/5
**8:25-cv-00951-PX [1]** 1/6

---

**9**

**9376 [1]** 1/23
**950 [1]** 2/4

---

**A**

**a.m [2]** 1/11 14/14
**ABC [1]** 9/17
**abide [1]** 9/13
**above [1]** 15/9
**above-entitled [1]** 15/9
**ABREGO [4]** 3/14 4/18 9/6 9/19
**Absent [1]** 9/4
**Absolutely [1]** 13/15
**actually [1]** 9/1
**adds [1]** 10/22
**adjourn [1]** 13/21
**adjourned [1]** 14/13
**adversarial [1]** 8/2
**affect [1]** 7/21
**affords [2]** 6/17 14/7
**after [2]** 4/16 14/3
**again [1]** 4/17
**agreement [2]** 11/14 11/17
**ahead [1]** 12/9
**AIDED [1]** 1/25
**al [2]** 1/4 1/7
**all [15]** 3/5 3/23 6/16 7/11 8/9 10/15 10/22 12/1 12/2 12/5 13/5 13/20 14/5 14/8 14/11 14/12
**alluded [1]** 8/10
**already [1]** 8/10
**Also [1]** 2/6
**always [1]** 8/8
**am [3]** 3/22 7/20 13/18
**ANDREW [3]** 1/14 4/8 7/4
**another [1]** 11/6
**anybody [1]** 4/22
**Anyone [1]** 9/22
**anything [4]** 11/11 11/21 13/20 13/23
**Apart [1]** 5/13
**apologies [1]** 12/14
**APPEARANCES [2]** 1/12 2/1
**appreciate [1]** 7/6
**approach [1]** 11/9
**approached [1]** 7/7

---

**APRIL [1]** 1/11
**ARMANDO [1]** 1/4
**ask [2]** 4/22 13/18
**asking [1]** 7/3
**aspects [1]** 13/5
**assessment [1]** 8/20
**ASSISTANT [1]** 2/3
**ATTORNEY [1]** 2/3
**available [2]** 5/18 8/9
**Avenue [3]** 1/16 1/19 2/4

---

**B**

**back [1]** 9/19
**bad [2]** 6/11 6/19
**based [2]** 5/13 6/18
**basically [1]** 10/21
**basis [3]** 3/12 10/14 15/7
**because [9]** 3/23 5/17 6/21 7/9 7/25 8/9 8/17 8/24 9/19
**before [5]** 1/10 3/5 6/20 12/16 13/21
**begin [2]** 5/2 7/5
**behalf [3]** 1/13 2/2 11/13
**being [2]** 9/20 12/20
**believe [5]** 4/21 5/17 5/25 6/10 11/21
**believes [2]** 6/5 9/18
**beneficial [1]** 10/13
**best [4]** 8/17 10/9 13/13 13/13
**between [1]** 9/4
**bit [1]** 11/2
**Boston [1]** 1/20
**both [4]** 8/11 12/6 14/3 14/7
**breathing [1]** 11/2
**Brian [1]** 4/5
**Bridge [1]** 1/22
**bring [1]** 9/19

---

**C**

**called [1]** 3/2
**camera [1]** 11/22
**can't [4]** 7/13 7/13 7/22 8/11
**captures [1]** 3/16
**careful [1]** 14/6
**case [3]** 6/15 11/23 13/7
**caused [1]** 9/23
**cautious [1]** 14/1
**CERTIFICATE [1]** 14/15
**certify [1]** 15/6
**Chain [1]** 1/22
**changes [1]** 12/5
**CIVIL [1]** 2/4
**clear [2]** 6/8 8/6
**clerks [2]** 3/22 4/3
**client's [1]** 7/23
**colleagues [1]** 9/12
**collective [1]** 11/17
**come [2]** 3/22 11/14
**comments [4]** 9/16 9/21 9/22 10/14
**communicated [1]** 9/12
**communications [1]** 10/3
**complete [1]** 10/1
**compliance [1]** 6/6
**comply [1]** 10/21
**COMPUTER [1]** 1/25
**COMPUTER-AIDED [1]** 1/25
**concern [1]** 9/23
**concerns [2]** 5/22 5/25
**concluded [2]** 7/8 14/14
**confer [3]** 11/3 12/3 13/4
**conference [2]** 12/16 15/10
**conferring [1]** 5/22
**confines [1]** 11/6
**conformance [1]** 15/10
**connection [2]** 9/4 12/24
**considered [1]** 11/17
**considering [1]** 6/25
**content [1]** 8/21
**continue [5]** 4/16 7/23 9/7 9/15 14/6
**continued [2]** 2/1 5/16
**continuing [2]** 6/18 8/13
**conversation [1]** 11/10
**conversations [1]** 6/22
**convinced [1]** 5/14
**cooperate [1]** 12/19
**cooperative [1]** 12/22
**correct [2]** 4/15 15/7
**counsel [12]** 3/5 4/7 4/20 4/23 5/4 5/5 5/6 6/8 10/16 11/18 12/1 14/4
**course [2]** 6/16 11/12
**COURT [20]**
**Court's [2]** 9/15 12/11
**Courtroom [1]** 4/6
**CRR [1]** 15/16
**current [1]** 10/22
**cv [1]** 1/6

---

**D**

**date [1]** 10/23
**Dated [1]** 15/12
**dates [1]** 10/22
**day [2]** 11/1 15/12
**days [4]** 6/5 9/15 10/22 10/23
**DC [1]** 2/5
**decide [1]** 3/23
**decision [2]** 3/18 6/20
**Defendant [1]** 1/8
**defendants [5]** 2/2 5/15 6/24 12/10 13/22
**Defendants' [1]** 5/5
**defense [1]** 9/2
**DEL [1]** 6/7
**denies [1]** 10/18
**DEPARTMENT [2]** 2/4 3/9
**depending [1]** 3/23

---

**deposition [1]** 11/15
**DEPUTY [2]** 2/3 4/6
**determine [1]** 6/20
**dial [1]** 9/16
**different [3]** 6/21 6/24 13/14
**differently [3]** 6/23 7/23 10/8
**discovery [20]**
**discretion [1]** 9/15
**discuss [2]** 11/6 13/21
**discussed [1]** 10/17
**discussing [1]** 11/24
**dispute [1]** 11/12
**DISTRICT [5]** 1/1 1/1 1/11 15/5 15/5
**DIVISION [2]** 1/2 2/4
**do [16]**
**docket [2]** 1/6 9/10
**DOJ [1]** 2/6
**down [2]** 9/5 12/23

---

**E**

**ECF [3]** 5/8 6/4 10/18
**effect [1]** 9/1
**efforts [9]** 6/6 7/10 7/21 8/11 9/6 9/24 9/25 11/24 12/22
**else [2]** 4/22 13/20
**EMANUEL [2]** 1/15 1/18
**enlargement [1]** 12/4
**entitled [1]** 15/9
**erase [1]** 7/11
**Ernesto [1]** 2/6
**ESQUIRE [6]** 1/14 1/15 1/18 1/21 2/2 2/6
**et [2]** 1/4 1/7
**evaluate [1]** 10/1
**even [2]** 6/24 12/23
**evidence [1]** 9/5
**ex [3]** 3/11 10/2 13/16
**exception [1]** 10/23
**expand [1]** 8/19
**expect [1]** 11/9
**expedited [1]** 11/7
**explaining [1]** 10/12
**explains [1]** 11/1
**extensions [1]** 5/20
**extraordinary [2]** 6/15 7/17

---

**F**

**facilitate [2]** 8/12 9/6
**Fairfax [1]** 1/23
**fairly [1]** 9/17
**faith [8]** 6/7 6/11 6/19 8/20 8/20 9/14 10/1 11/10
**fashion [1]** 13/16
**fast [1]** 14/5
**Federal [2]** 15/4 15/17
**file [1]** 14/6
**filed [1]** 8/24
**filing [1]** 14/3
**filings [2]** 14/1 14/2
**final [1]** 14/1
**finally [1]** 6/20
**find [1]** 7/7
**First [1]** 7/6
**foregoing [1]** 15/7
**format [1]** 15/9
**forward [1]** 6/1
**FRANK [2]** 1/18 4/18
**frankly [1]** 9/23
**front [1]** 11/5
**full [1]** 8/19
**further [3]** 7/17 8/22 10/13
**future [1]** 7/22

---

**G**

**GARCIA [3]** 1/4 8/18 9/19
**Garcia's [1]** 9/6
**GENERAL [1]** 2/3
**genuine [1]** 9/24
**genuinely [1]** 12/20
**getting [1]** 13/18
**give [2]** 6/19 8/12
**go [1]** 12/9
**going [8]** 3/22 4/3 6/1 7/10 11/1 11/1 11/17 12/15
**good [13]** 3/20 4/1 4/5 4/8 4/11 5/4 6/7 6/11 6/19 8/20 9/14 11/10 13/8
**govern [1]** 11/25
**government [14]** 6/6 6/9 6/23 8/19 8/24 9/2 9/3 10/6 10/7 10/11 10/24 11/10 12/16 12/17
**government's [1]** 13/1
**greater [1]** 13/6
**GREENBELT [1]** 1/2
**guess [1]** 11/17
**GUYNN [3]** 2/3 5/6 12/12
**Guynn's [1]** 9/12

---

**H**

**handle [1]** 6/1
**happen [1]** 11/23
**happening [2]** 10/3 10/12
**happens [1]** 11/12
**having [2]** 4/6 12/21
**hear [5]** 6/9 7/24 7/25 10/6 11/10
**heard [5]** 6/20 11/16 12/17 12/25 13/1
**hearing [5]** 1/10 4/6 5/8 12/1 13/12
**held [2]** 5/8 15/8
**help [1]** 3/24
**hereby [1]** 15/6
**highest [1]** 8/17
**him [1]** 4/16
**his [1]** 10/10
**Honor [14]** 3/8 4/2 5/3 7/4 8/4 8/10 10/11 10/5 12/8 12/14 13/22 13/24 14/9 14/10
**Honor's [1]** 8/20
**HONORABLE [3]** 1/10 3/3 14/12

**H**

hundred [1]  13/19
Huntington [1]  16/12

**I**

I'll [6]  7/5 9/9 10/8 10/20 12/8 12/19
I'm [10]  4/3 5/14 5/14 7/2 7/16 10/25 11/1 11/16
 12/1 13/11
I've [1]  4/2
idea [1]  8/8
identify [1]  4/7
immediate [1]  7/1
impact [1]  12/21
include [2]  5/19 13/4
indeed [1]  11/25
informed [2]  3/18 4/2
input [1]  7/25
intend [1]  10/16
interest [3]  7/24 8/17 10/10
interfere [1]  7/10
interfering [1]  9/5
interpretation [1]  9/21
interrupt [1]  4/13
invocation [1]  5/19
involves [2]  11/21 11/23
investigating [1]  13/9
is [37]
isn't [1]  7/18
issue [5]  3/6 8/23 10/16 10/18 14/2

**J**

joints [1]  11/8
JONATHAN [1]  2/3
JUDGE [1]  1/11
Judicial [1]  15/10
juncture [1]  5/13
June [1]  15/12
JUSTICE [1]  2/4

**K**

KILMAR [1]  1/4
kind [1]  11/23
known [1]  11/5
KRISTI [1]  1/7

**L**

land [1]  3/24
lately [1]  8/25
law [3]  3/22 4/2 14/7
lawyers [2]  11/12 13/11
Leeper [3]  15/4 15/15 15/16
length [1]  6/7
letter [1]  11/19
line [3]  3/6 3/21 4/20
litigation [2]  6/2 6/16
little [1]  11/2
LLP [2]  1/15 1/18
logical [1]  9/4
longer [1]  7/9
look [1]  9/22
lot [1]  9/23
love [1]  10/6

**M**

MA [1]  1/20
made [5]  5/15 6/13 9/13 9/17 14/3
make [8]  3/17 3/17 6/18 6/20 8/3 11/4 11/5 12/6
makes [1]  8/4
many [2]  5/17 5/25
MARYLAND [2]  1/1 15/6
matter [1]  15/9
may [4]  6/21 6/23 6/24 7/21
meaning [1]  6/14
means [1]  8/9
measure [1]  7/17
meet [3]  11/3 12/3 13/4
meeting [1]  5/21
milestone [1]  10/22
misunderstanding [1]  9/10
modifications [2]  5/20 11/14
Molina [2]  2/6 5/6
moment [1]  10/11
more [2]  8/21 11/15
morning [5]  4/5 4/8 4/11 5/4 9/11
MOSHENBERG [2]  1/21 4/9
movant [1]  6/13
move [1]  12/4
moving [2]  5/19 14/5
Mr. [13]  5/6 5/6 7/12 8/3 8/18 9/6 9/12 9/19 12/12
 12/13 13/3 13/18 13/23
Mr. Abrego [3]  8/18 9/6 9/19
Mr. Guynn [2]  5/6 12/12
Mr. Guynn's [1]  9/12
Mr. Molina [1]  5/6
Mr. Rossman [6]  7/12 8/3 12/13 13/3 13/18 13/23
MURRAY [1]  1/22

**N**

narrow [1]  6/10
necessary [1]  8/9
need [6]  3/24 7/9 11/11 13/8 13/20 14/5
needs [2]  11/8 13/8
negative [1]  12/21
New [1]  1/16
News [1]  9/17
next [1]  3/24
no [10]  4/24 4/25 4/25 5/1 5/1 7/8 9/9 10/4 10/5
 13/24
NOEM [1]  1/7
none [1]  13/5

**NOT**

not [14]  4/23 5/14 5/14 6/4 7/9 8/21 9/14 9/24
 10/1 10/25 11/16 12/17 12/19 13/22
NOTES [1]
nuance [1]  9/20
Number [1]  1/6
nutshell [1]  5/17
NW [1]  2/4
NY [1]  1/16

**O**

observation [1]  8/24
obviously [1]  12/15
off [1]  6/15
OFFICIAL [3]  15/1 15/4 15/17
often [1]  11/23
oh [1]  12/9
Okay [11]  3/15 3/20 4/1 4/4 5/4 8/5 10/15 12/12
 13/20 13/25 14/8
one [8]  5/12 10/23 11/5 13/1 13/19 13/25 13/25 14/2
ongoing [1]  7/10
only [2]  9/17 12/19
open [4]  10/9 12/1 13/12 13/12
openminded [1]  12/20
opportunity [1]  6/20
oppose [1]  6/4
order [9]  3/2 5/21 10/17 10/19 10/20 10/21 11/19
 12/13 14/4
orders [1]  5/20
ordinary [2]  6/15 6/16 11/12
OSORIO [1]  1/22
other [3]  4/19 5/25 13/1
otherwise [1]  8/12
ought [1]  13/5
ourselves [1]  7/7
outcome [1]  13/13
outside [1]  8/23

**P**

page [1]  15/9
part [1]  13/3
parte [3]  3/11 10/2 13/16
participating [1]  5/5
particular [1]  11/15
PAULA [4]  1/22 15/4 15/15 15/16
pause [1]  7/24
paused [1]  13/6
Pennsylvania [1]  2/4
percent [1]  13/19
perfect [1]  8/4
period [1]  8/18
personal [1]  9/21
persuaded [2]  10/9 12/20
phone [1]  5/5
place [4]  5/21 12/4 12/4 14/4
plaintiff [6]  1/5 1/13 4/7 4/12 6/19 11/9
plaintiffs [2]  3/6 3/11 4/10 4/11 5/22 6/4 6/8
 7/2 7/5 11/4 13/9 13/13
plaintiffs' [3]  4/19 5/5 6/3
plan [1]  3/6
plane [1]  3/24
play [1]  11/8
please [2]  4/7 12/9
point [3]  13/2 13/3 13/8
posing [2]  7/2 7/16
position [5]  6/3 9/8 9/11 9/11 12/11
positions [2]  11/4 11/13
positive [1]  9/1
predict [3]  7/13 7/13 7/22
prepared [1]  9/13
present [2]  2/6 11/16
presentation [1]  10/14
President [2]  9/17 9/18
President's [1]  10/14
press [1]  7/24
pressure [1]  9/2
presumably [1]  6/22
presumption [1]  8/1
pretty [1]  7/7
privilege [2]  5/20 11/16
procedural [3]  5/18 5/19 6/16
proceed [2]  8/11 8/16
proceedings [2]  14/14 15/8
process [4]  8/2 8/25 9/5 13/9
protections [2]  5/18 5/19 6/17 11/4 11/20 11/22
 11/23 14/7
protective [3]  5/20 8/9 14/4
provided [1]  6/5
purpose [2]  7/1 11/3
pursuant [1]  15/6
pursue [1]  6/6
put [3]  8/20 11/20 14/1
putting [2]  9/1 9/2
PX [1]  1/6

**Q**

question [3]  6/10 7/1 13/14
questions [1]  11/16
QUINN [2]  1/15 1/18

**R**

raised [1]  6/1
RAND [3]  1/15 4/11 4/14
reach [1]  3/8
read [1]  9/18
ready [1]  5/2
real [1]  12/24
really [1]  13/12
rearranged [1]  13/6
reason [1]  7/20
reasons [1]  10/17
received [1]  3/11
record [2]  4/7 9/22

**REDACTED**

REDACTED [1]  1/10
reducing [1]  12/23
regard [1]  4/19
regarding [2]  10/19 14/7 10/19
regulations [1]  15/10
reiterate [2]  10/8 12/19
release [2]  9/6 10/10
relief [1]  6/24
remind [1]  14/3
repeat [1]  4/12
reported [1]  15/8
REPORTER [3]  15/1 15/4 15/17
representing [1]  9/10
requires [1]  12/18
respected [1]  11/13
rest [1]  8/16
resumes [1]  3/3
resumption [1]  10/19
return [3]  8/17 9/7 10/10
returned [1]  9/20
right [8]  3/5 10/11 10/15 10/20 13/18 13/20 14/8
 14/11
rise [1]  14/12
Road [1]  1/22
room [3]  5/6 11/2 13/11
ROSSMAN [9]  1/14 4/8 7/5 7/12 8/3 12/13 13/3 13/18
 13/23
RPR [1]  15/16
rules [1]  11/25
ruling [1]  6/18

**S**

SANDOVAL [2]  1/21 4/9
SANDOVAL-MOSHENBERG [2]  1/21 4/9
SASCHA [3]  1/15 4/11 4/14
satisfy [1]  5/22
saw [1]  9/16
schedule [2]  11/7 11/14
scheduling [3]  5/21 10/19 12/3
seal [2]  8/25 14/2
sealing [1]  11/22
second [2]  5/8 11/17
see [9]  6/23 7/22 8/23 8/24 9/25 9/25 10/5 10/8
 10/10
seek [1]  6/24
seeks [1]  6/13
seems [2]  7/10 8/25
sees [1]  10/5
sense [3]  8/3 8/4 12/6
sensitive [1]  11/22
separate [1]  10/18
session [1]  3/4
seven [4]  6/5 9/15 10/22 10/22
showing [6]  5/15 6/14 7/18 7/18 8/22 9/14
sides [2]  12/6 14/7
SIMON [3]  1/21 4/9 4/25
Since [1]  9/16
situation [2]  6/15 7/7
skeptical [1]  8/8
slowing [1]  9/5
so [16]
somehow [2]  9/5 12/21
someone [1]  9/20
sorry [1]  4/12
spirit [1]  11/7
spotlight [1]  9/2
squared [1]  10/14
standing [2]  12/23 13/1
stands [2]  5/9 14/13
start [1]  4/6
State [1]  3/9
statements [1]  8/7
STATES [4]  1/1 1/11 15/5 15/11
statutes [1]  11/25
stay [1]  9/7
stayed [2]  7/17 13/6
stenographically [1]  15/8
stenographically-reported [1]  15/8
STENOTYPED [1]  1/25
STEPHEN [2]  1/18 4/18
stop [1]  7/12
strictly [1]  10/25
subject [1]  10/11
submission [1]  3/11
substantive [2]  5/18 6/17
such [2]  4/23 4/23
sufficiency [2]  6/12 6/18
sufficient [3]  5/15 6/13 7/18
suggest [1]  9/13
Suite [2]  1/19 1/22
SULLIVAN [2]  1/15 1/18
supplement [1]  10/24

**T**

table [1]  11/15
taken [2]  13/2 13/3
takes [1]  10/21
talk [1]  14/6
telephone [4]  1/14 1/15 1/18 1/21
tell [3]  3/6 3/10 10/20
terms [2]  8/7 11/11
Thanks [1]  4/4
themselves [1]  4/7
thing [1]  11/25
think [8]  3/15 5/2 6/22 7/20 9/17 9/20 13/2 13/3
time [5]  3/9 6/22 11/11 11/16 12/2
timely [1]  9/3
today [2]  10/17 11/24 12/2
together [1]  11/13
told [1]  6/9
tolerating [1]  10/2
tomorrow [1]  10/25
transcript [3]  1/10 15/7 15/9

**T**

**TRANSCRIPTION [1]**  1/25
**true [1]**  15/7
**try [1]**  8/6
**turn [1]**  6/18
**turns [2]**  6/11 6/12

**U**

**U.S.C [1]**  15/6
**Ulander [1]**  4/5
**unable [1]**  3/8
**under [1]**  8/25
**underpinnings [1]**  7/11
**understand [5]**  3/25 3/25 6/4 8/11 12/10
**UNITED [4]**  1/1 1/11 15/5 15/11
**unless [3]**  4/25 8/22 12/4
**unusual [2]**  7/7 10/2
**up [2]**  6/5 9/15
**upon [1]**  7/17
**URQUHART [2]**  1/15 1/18

**V**

**VA [1]**  1/23
**vanilla [1]**  10/17
**versus [2]**  6/11 6/19
**very [6]**  3/20 4/1 6/10 10/16 11/25 14/5
**via [4]**  1/14 1/15 1/18 1/21
**view [5]**  6/11 6/21 7/18 7/21 13/14
**vs [1]**  1/6

**W**

**want [7]**  3/17 6/8 6/9 7/24 7/25 7/25 9/19
**wanted [2]**  6/19 8/19
**warranted [2]**  5/16 6/11
**was [9]**  3/8 4/12 4/14 8/8 8/22 9/10 9/11 12/10
  12/15
**Washington [1]**  2/5
**way [2]**  9/3 13/1
**we'll [1]**  7/2
**WEDNESDAY [1]**  1/11
**week [3]**  7/17 8/21 8/21
**well [3]**  7/12 13/2 13/3
**whatever [1]**  9/13
**whether [5]**  6/10 9/14 9/23 11/7 11/15
**wish [1]**  7/23
**within [1]**  11/6
**word [2]**  13/10 14/1
**words [1]**  5/25
**working [1]**  11/13
**worthy [1]**  9/20
**wouldn't [1]**  9/7
**writing [1]**  11/20

**X**

**XINIS [1]**  1/10

**Y**

**Yeah [1]**  12/14
**Yes [1]**  4/15
**yesterday [2]**  9/11 10/14
**yet [1]**  12/17
**York [1]**  1/16