IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA, *et al.*,

                Plaintiffs,

  v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

                Defendants.

Civ. No. 8:25-cv-00951-PX

## WITHDRAWAL OF COUNSEL

Please withdraw the appearance of former Acting Deputy Director Erez Reuveni as counsel for the Defendants in the instant action. Mr. Reuveni has left the Department of Justice. A proposed Order approving the withdrawal is attached.

                Respectfully submitted,
                Kelly O. Hayes
                United States Attorney

                /s/
                Tarra DeShields (Bar No.: 07749)
                Assistant United States Attorney
                36 S. Charles Street, Fourth Floor
                Baltimore, Maryland 21201
                410-209-4800
                Tarra.Deshields@usdoj.gov