IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA, *et al.*,

                Plaintiffs,

  v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

                Defendants.

Civ. No. 8:25-cv-00951-PX

## ORDER WITHDRAWING APPEARANCE OF COUNSEL

Upon consideration of the Motion to Withdraw filed by the United States, it is this ____ day of June, 2025, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Clerk shall strike the appearance of former Acting Deputy Director Erez Reuveni as counsel for the United States in this matter.

 

THE HONORABLE PAULA XINIS
United States District Judge