# EXHIBIT D

*Abrego Garcia et al. v. Noem et al.*

**8:25-cv-00951-PX (D. Md.)**

**Public Statements As Of June 11, 2025**

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| 1. | February 4, 2025 | Marco Rubio | "In an act of extraordinary friendship to our country … (El Salvador) has agreed to the most unprecedented and extraordinary migratory agreement anywhere in the world," <br><br> "[El Salvador] accept for deportation any illegal alien in the United States who is a criminal from any nationality, be they MS-13 or Tren de Aragua and house them in his jails," <br><br> "[Bukele] has offered to house in his jails dangerous American criminals in custody in our country, including those of US citizenship and legal residents" | https://www.state.gov/secretary-of-state-marco-rubio-and-salvadoran-foreign-minister-alexandra-hill-tinoco-at-the-signing-of-a-memorandum-of-understanding-concerning-strategic-civil-nuclear-cooperation <br><br> [https://perma.cc/U53G-GJQZ] |
| 2. | March 28, 2025 | Marco Rubio | "Well, about the AEA declaration, that came from the White House.  My conversations with President Bukele were as a follow-up and to finalize in a verbal agreement we had reached in my visit to El Salvador on my first trip as the Secretary, so it was just sort of following up on that and how we were going to proceed with it.  We were ready now to execute at some point, and we were working through those arrangements with them.  And that's what those calls were about.  It was just sort of to finalize what we had agreed on." | https://www.state.gov/secretary-of-state-marco-rubio-remarks-to-the-press-3/ <br><br> [https://perma.cc/SHP3-9EUK] |

1

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
|  |  |  | "I can't speak to the timing of why they released the one they did.  I can tell you – and I think you were on that trip – that the agreement to house criminal aliens was reached with President Bukele back in February. . . .And so we spoke – I've spoken to him since then, but obviously this – those days that I was there we did because we had a couple of open questions that we wanted answers to and that he wanted answers to, and we were finalizing that." |  |
| **3.** | April 1, 2025 | JD Vance | "My comment is that according to the court document you apparently didn't read he was a convicted MS-13 gang member with no legal right to be here. My further comment is that it's gross to get fired up about gang members getting deported while ignoring citizens they victimize." | https://x.com/JDVance/status/1906934067607556440<br><br>[https://perma.cc/3L84-3F95] |
| **4.** | April 1, 2025 | Karoline Leavitt | "The error you are referring to was a clerical error — it was an administrative error," Leavitt said during a press briefing on Tuesday. "The administration maintains the position that this individual was deported to El Salvador and will not be returning to our country and was a member of the brutal and vicious ms-13 gang." | https://www.politico.com/news/2025/04/01/salvador-man-maryland-deported-mistake-00262870<br><br>[https://perma.cc/G8FL-G84W] |
| **5.** | April 1, 2025 | Karoline Leavitt | "There's a lot of evidence, and the Department of Homeland Security and ICE have that evidence, and I saw it this morning." | https://www.cnn.com/2025/04/01/politics/maryland-father-mistakenly-deported-el-salvador-prison/index.html<br>[https://perma.cc/Y99U-Z3BS] |
| **6.** | April 1, 2025 | Tricia McLaughlin (DHS Spokeperson) | "The individual in question is a member of the brutal MS-13 gang — we have intelligence reports that he is involved in human trafficking," DHS spokesperson Tricia McLaughlin told CNN. "Whether he is in El Salvador or a detention facility in the US, he should be locked up." | https://www.cnn.com/2025/04/01/politics/maryland-father-mistakenly-deported-el-salvador-prison/index.html<br><br>[https://perma.cc/M8XU-X5FA] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **7.** | April 6, 2025 | Pamela Bondi | "At my direction, every Department of Justice attorney is required to zealously advocate on behalf of the United States," Attorney General Pam Bondi said in a statement. "Any attorney who fails to abide by this direction will face consequences." | https://www.nbcnews.com/news/us-news/maryland-man-kilmar-abrego-garcia-deported-to-el-salvador-rcna199831<br><br>[https://perma.cc/RF7T-594B] |
| **8.** | April 7, 2025 | Pamela Bondi | "It's a pending matter right now. He was put on administrative leave by (Deputy U.S. Attorney) Todd Blanche on Saturday," Bondi said. "You have to vigorously argue on behalf of your client." | https://www.reuters.com/world/us/us-sidelines-doj-lawyer-after-judge-orders-return-man-deported-erroneously-2025-04-06/ [https://perma.cc/CMA3-LQQU] |
| **9.** | April 7, 2025 | Tricia McLaughlin | "Well, that actually is just not true. An immigration judge reviewed evidence and determined he actually is a verified member of MS-13. There's also intelligence reports that he's involved in human trafficking. So I think the bottom line for the American people and for those who are listening today is that this individual in question, who's an MS-13 gang member, he should be behind bars, whether it be in El Salvador or in a U.S. detention facility. He should not be on the streets of America. And to remind listeners, MS-13 is a gang that murders, rapes, traffics drugs. They maim for sport. These are individuals we do not want in our country, especially those who are here illegally."<br><br>"Absolutely. In every single case, there is due process. When you're looking at members of MS-13 and Tren de Aragua and other terrorist organizations that were designated as terrorist organizations under president Trump and the Trump administration, due process does look different because you're under terrorist authority. So it's going to be more law enforcement sensitive, but I | https://www.npr.org/2025/04/07/g-s1-58709/trump-immigration-dhs-maryland-el-salvador<br><br>[https://perma.cc/E69Y-CWBY] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | can guarantee, and our DOJ guarantees, due process to these individuals." | |
| **10.** | April 8, 2025 | Donald J. Trump | "We don't want him back." | https://x.com/ABC/status/19097453481273671 71 <br><br> [https://perma.cc/587S-X8AY] |
| **11.** | April 11, 2025 | Donald J. Trump | Trump: "If the Supreme Court said bring somebody back, I would do that. I respect the Supreme Court." <br> Reporter: And the lower court as well…? <br> Trump: "Oh no, no. I'm not talking about the lower court. I have great respect for the Supreme Court." | https://vimeo.com/1075008940 <br><br> (at 2:38–3:24) |
| **12.** | April 12, 2025 | Tom Homan | "The aliens are to blame when they enter this country illegally, which is a crime. He's an MS-13 gang member, according to our intelligence and even that of the intelligence of El Salvador," Homan told host Chris Salcedo. "He was given withholding and removal from El Salvador because of fear of gang violence." "Listen. the Supreme Court said we'll facilitate. We'll facilitate," he continued. "However, we've got to remember, he's an El Salvadoran national and in [the] custody of the El Salvadoran government. So, you know, we'll facilitate what we can, but I think we made the right decision." | https://thehill.com/homenews/administration/5 245966-tom-homan-trump-administration-mistaken-deportation/ <br><br> [https://perma.cc/Z8TK-FKUW] |
| **13.** | April 12, 2025 | Stephen Miller | "SCOTUS rejected the lower court and made clear that a district court judge cannot exercise Article II foreign affairs powers," Stephen Miller, a White House deputy chief of staff and key adviser on immigration, wrote on X. "The illegal alien terrorist is in the custody and control of a sovereign foreign nation," Miller continued. | https://thehill.com/regulation/court-battles/5245397-supreme-court-donald-trump-wiggle-room-mistaken-deportation-decision/ <br><br> [https://perma.cc/5R9W-KRFG] |
| **14.** | April 13, 2025 | Donald J. Trump | "Looking forward to seeing President Bukele, of El Salvador, on Monday! Our Nations are working closely together to eradicate terrorist organizations, and build a future of Prosperity. President Bukele has graciously | https://truthsocial.com/@realDonaldTrump/po sts/114327375256344311 <br><br> [https://perma.cc/38TB-GLL5] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | accepted into his Nation's custody some of the most violent alien enemies of the World and, in particular, the United States. These barbarians are now in the sole custody of El Salvador, a proud and sovereign Nation, and their future is up to President B and his Government. They will never threaten or menace our Citizens again!" | |
| **15.** | April 13, 2025 | Stephen Miller | "Another hugely successful counterterrorism operation executed jointly with El Salvador. More terrorists have been safely removed from America's streets, relocated far from where they can ever harm us again." | https://x.com/stephenm/status/1911464017744322846?s=43&t=GSK8rOMIWtqoQw2WtUWmNg<br><br>[https://perma.cc/K2JP-9V7P] |
| **16.** | April 14, 2025 | Donald J. Trump | President Trump just said he was open to sending American citizens convicted of violent crimes to President Bukele's prison in El Salvador. Trump had a similar response when Bukele first offered to jail convicted American criminals in February. "I'm all for it," Trump said, adding that his attorney general was studying whether the idea was legally feasible. "If it's a homegrown criminal, I have no problem, no," he said, adding: "I'm talking about violent people. I'm talking about really bad people." | https://www.nytimes.com/live/2025/04/14/us/trump-news-tariffs?smid=url-share#de191896-36f8-582d-a1cd-b8af0e46fb0b<br><br>[https://perma.cc/D2Z2-D7HY] |
| **17.** | April 14, 2025 | Pam Bondi | Attorney General Pam Bondi told reporters Monday that it is "up to El Salvador" whether they will choose to return Kilmar Armando Abrego Garcia, the Maryland resident deported in what Trump officials have acknowledged was an "administrative error," saying that if the country chooses to do so, **then the U.S. would "provide a plane."** | https://www.foxnews.com/politics/up-el-salvador-trump-admin-punts-return-wrongfully-deported-maryland-resident<br><br>[https://perma.cc/428Q-W995] |
| **18.** | April 14, 2025 | Pam Bondi | "This is not a "Maryland man" this is an illegal alien from El Salvador whom two judges have ruled is part of MS-13, a foreign terrorist organization. El Salvador | https://x.com/AGPamBondi/status/1911943625694470352 |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | doesn't want to give him back—nor do we want him back." | [https://perma.cc/B45T-PM7D] |
| **19.** | April 14, 2025 | Marco Rubio | "I don't understand what the confusion is! This individual is a citizen of El Salvador, illegally in the U.S., and was returned to his country [...] Foreign policy of the US is conducted by the PRESIDENT, not by a court. No court has the right to conduct foreign policy. END OF STORY." | https://x.com/EricLDaugh/status/19118136528 87335182<br><br>[https://perma.cc/LL4Z-JQZD] |
| **20.** | April 14, 2025 | Stephen Miller | "The Supreme Court said exactly what Marco said: no court has the authority to compel the foreign policy function of the U.S. We won a case 9-0, and people like CNN are portraying it as a loss, as usual, because they want foreign terrorists in the country who kidnap women and children!" | https://x.com/EricLDaugh/status/19118136528 87335182<br><br>[https://perma.cc/LL4Z-JQZD] |
| **21.** | April 14, 2025 | Donald J. Trump | "Moments ago, the Illegal Criminal, who was allowed into our Country by Crooked Joe Biden, was convicted of the heinous murder of Rachel Morin. Rachel was a beautiful mother of five from Maryland, and her life was taken at the hands of a monster who should have NEVER been here in the first place. The Fake News should be focusing on the beautiful life and tragic death of this Maryland Mother, rather than the so-called "Maryland Father," who is actually an MS-13 Gang Member and Foreign Terrorist from El Salvador. We will never forget Rachel Morin, and are committed to protecting women like her across our Country. We will deport Illegal Murderers, Rapists, and Criminals. MAKE AMERICA GREAT AGAIN!" | https://truthsocial.com/@realDonaldTrump/po sts/114338831106475110<br><br>[https://perma.cc/H76C-M48A] |
| **22.** | April 14, 2025 | Tricia McLaughlin | The media's favorite "Maryland father" and Osama Bin Laden have two things in common. | https://x.com/TriciaOhio/status/191197360027 5374555<br>[https://perma.cc/87HZ-5ZVF] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **23.** | April 14, 2025 | DHS | Whether Kilmar Abrego Garcia, a confirmed MS-13 terrorist, is in El Salvador or a detention facility in the U.S., he should be locked up and off American streets. @POTUS Trump and @Sec_Noem are fighting for the victims of alien crime and putting the safety of Americans FIRST. | https://x.com/DHSgov/status/19119274617194 54072 <br><br> [https://perma.cc/X9GV-D8RM] |
| **24.** | April 15, 2025 | JD Vance | "Consider that Joe Biden allowed approximately 20 million illegal aliens into our country. This placed extraordinary burdens on our country--our schools, hospitals, housing, and other essential services were overwhelmed. On top of that, many of these illegal aliens committed violent crimes, or facilitated fentanyl and sex trafficking. That is the situation we inherited. <br><br> The American people elected the Trump administration to solve this problem. The President has successfully stopped the inflow of illegal aliens, and now we must deport the people who came here illegally. <br><br> To say the administration must observe "due process" is to beg the question: what process is due is a function of our resources, the public interest, the status of the accused, the proposed punishment, and so many other factors. To put it in concrete terms, imposing the death penalty on an American citizen requires more legal process than deporting an illegal alien to their country of origin. <br><br> When the media and the far left obsess over an MS-13 gang member and demand that he be returned to the United States for a *third* deportation hearing, what | https://x.com/JDVance/status/1912320489261 027374 <br><br> [https://perma.cc/6WHX-QYDP] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | they're really saying is they want the vast majority of illegal aliens to stay here permanently.<br><br>Here's a useful test: ask the people weeping over the lack of due process what precisely they propose for dealing with Biden's millions and millions of illegals. And with reasonable resource and administrative judge constraints, does their solution allow us to deport at least a few million people per year?<br><br>If the answer is no, they've given their game away. They don't want border security. They don't want us to deport the people who've come into our country illegally. They want to accomplish through fake legal process what they failed to accomplish politically:<br><br>The ratification of Biden's illegal migrant invasion.<br><br>President Trump and I will not stand fori t. [sic]" | |
| 25. | April 15, 2025 | JD Vance | "The entire American media and left wing industrial complex has decided the most important issue today is that the Trump admin deported an MS-13 gang member (and illegal alien)." | https://x.com/JDVance/status/1912110654934167569<br><br>[https://perma.cc/QC45-XMWJ] |
| 26. | April 15, 2025 | Karoline Leavitt | "The media outrage over deportation of Abrego Garcia, an ms-13 El Salvadorian illegal alien criminal hiding in Maryland, has been nothing short of despicable. Based on sensationalism of many of the people in this room, you would think we deported a candidate for a father of the year." | https://x.com/Acyn/status/1912198433181692209<br><br>[https://perma.cc/KN2H-5UTZ] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **27.** | April 15, 2025 | Tricia McLaughlin | "He is a member of MS-13. I don't think you'd want to be his neighbor... he has been involved in human trafficking... and he should not be in this country. So, whether he is in an El Salvadorian jail or a U.S. detention facility, I am SO very glad — as are millions of Americans — that he is off U.S. streets." | https://x.com/RapidResponse47/status/1912213184536072392 <br><br>[https://perma.cc/7CR7-A55S] |
| **28.** | April 15, 2025 | Karoline Leavitt | "Democrats care more about a deported Maryland father illegal alien terrorist than a Maryland mother and American citizen named Rachel Morin who was brutally murdered at the hands of an illegal alien.<br><br>It's despicable.<br><br>President Trump will not rest until every single violent illegal alien invader is removed from our country." | https://x.com/PressSec/status/1912258379994497170 <br><br>[https://perma.cc/GR9H-J57F] |
| **29.** | April 16, 2025 | Pam Bondi | "We are releasing additional information on Kilmar Abrego Garcia."<br><br>https://www.justice.gov/ag/media/1396906/dl?inline | https://x.com/AGPamBondi/status/1912603713157419129 <br><br>[https://perma.cc/EGT8-H7VJ] |
| **30.** | April 16, 2025 | Pam Bondi | "The evidence shows Kilmar Abrego Garcia has repeatedly been identified as a member of MS-13 by:<br> - A Maryland county police gang unit<br> - A reliable confidential informant<br> - ICE officers<br> - An immigration judge agreed<br> - An appellate board agreed" | https://x.com/AGPamBondi/status/1912682960156795369 <br><br>[https://perma.cc/GC8T-W42H] |
| **31.** | April 16, 2025 | Pam Bondi | "'He is not coming back to our country. President Bukele said he was not sending him back. That's the end of the story,' she told reporters at a press conference Wednesday, referring to the Salvadorian leader. 'If he | https://thehill.com/homenews/administration/5251491-pam-bondi-kilmar-abrego-garcia-return/ |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | wanted to send him back, we would give him a plane ride back. There was no situation ever where he was going to stay in this country. None, none.'"<br><br>"'He is an illegal alien who has been living illegally in our country from El Salvador. ICE testified, an immigration judge ruled he was a member of MS-13. An appellate judge ruled he was a member of MS-13. Hard stop,' Bondi said Wednesday. 'He should not be in our country.'"<br><br>'He was deported. They needed one additional step in paperwork, but now, MS-13 is characterized as they should be as an FTO, as a foreign terrorist organization,' she continued. 'He would have come back, had one extra step of paperwork and gone back again.'<br><br>But, the attorney general added, 'he's from El Salvador. He's in El Salvador, and that's where the president plans on keeping him.'" | [https://perma.cc/KS88-27G2] |
| 32. | April 16, 2025 | Brendan Carr | "Comcast outlets spent days misleading the American public—implying that Abrego Garcia was merely a law abiding U.S. citizen, just a regular "Maryland man."<br><br>When the truth comes out, they ignore it.<br><br>Comcast knows that federal law requires its licensed operations to serve the public interest. News distortion doesn't cut it. | https://x.com/BrendanCarrFCC/status/1912641900558893377<br><br>[https://perma.cc/8N6K-G9AF] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|     |      |         | Abrego Garcia came to America illegally from El Salvador, was validated as a member of the violent MS13 gang—a transnational criminal organization—and was denied bond by an immigration court for failure to show he would not pose a danger to others.<br><br>Why does Comcast ignore these facts of obvious public interest?" |     |
| 33. | April 16, 2025 | DHS | "Kilmar Abrego Garcia had a history of violence and was not the upstanding "Maryland Man" the media has portrayed him as.<br><br>According to court filings, Garcia's wife sought a domestic violence restraining order against him, claiming he punched, scratched, and ripped off her shirt, among other harm.<br><br>This MS-13 gang member is not a sympathetic figure." | https://x.com/DHSgov/status/19125671127337 53563<br><br>[https://perma.cc/D36H-PGTW] |
| 34. | April 16, 2025 | Tricia McLaughlin | "1. When Garcia was arrested he was found with rolls of cash and drugs.<br>2. He was arrested with two other members of MS-13.<br>3. Two judges found that he was a member of MS-13. That finding has not been disturbed.<br>4. When arrested he was wearing what is effectively MS-13's uniform." | https://x.com/TriciaOhio/status/191254980246 3666422<br><br>[https://perma.cc/FB2D-CJRS] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **35.** | April 18, 2025 | White House |  | https://x.com/WhiteHouse/status/19132416585 79440126/photo/1 <br><br> [https://perma.cc/E2X6-4NNG] |
| **36.** | April 18, 2025 | JD Vance | "Call me crazy but if you got two hearings and a valid deportation order then you shouldn't be in the United States." | https://x.com/JDVance/status/1913155654090 391720 <br><br> [https://perma.cc/Q9T3-X52C] |
| **37.** | April 18, 2025 | DHS | "Today, the Department of Homeland Security released a Homeland Security Investigations' Combined Intelligence Unit (CIU) Investigative Referral report on Kilmar Abrego Garcia. | https://www.dhs.gov/news/2025/04/18/dhs-releases-bombshell-investigative-report-kilmar-abrego-garcia-suspected-human <br><br> [https://perma.cc/JRT2-BNHE] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|  |  |  | The report details the traffic stop encounter that led law enforcement officers to suspect Abrego Garcia of involvement in human trafficking. The documents also reveal that law enforcement confirmed Abrego Garcia to be a Mara Salvatrucha (MS-13) gang member." |  |
| **38.** | April 18, 2025 | Donald J. Trump | "This is the hand of the man that the Democrats feel should be brought back to the United States, because he is such "a fine and innocent person." They said he is not a member of MS-13, even though he's got MS-13 tattooed onto his knuckles, and two Highly Respected Courts found that he was a member of MS-13, beat up his wife, etc. I was elected to take bad people out of the United States, among other things. I must be allowed to do my job. MAKE AMERICA GREAT AGAIN!" | https://truthsocial.com/@realDonaldTrump/posts/114361211919694573<br><br>[https://perma.cc/JTF5-YVAX] |
| **39.** | April 18, 2025 | Donald J. Trump | "Senator Chris Van Hollen of Maryland looked like a fool yesterday standing in El Salvador begging for attention from the Fake News Media, or anyone. GRANDSTANDER!!!" | https://truthsocial.com/@realDonaldTrump/posts/114359025219551578<br><br>[https://perma.cc/WLY3-6TQK] |
| **40.** | April 18, 2025 | Donald J. Trump | "President Donald Trump said that Kilmar Abrego Garcia holds an 'unbelievably bad' record, following Sen. Chris Van Hollen's, D-Md., visit to El Salvador to meet with the Maryland resident the Trump administration deported there."<br><br>"'They're all fake, and they have no interest in that prisoner,' Trump told reporters Friday at the White House following a swearing-in ceremony for Dr. Mehmet Oz to oversee Medicare and Medicaid services. 'That prisoner's record is unbelievably bad.'" | https://www.foxnews.com/politics/trump-dishes-abrego-garcias-unbelievably-bad-record-democrats-fake-trip-el-salvador<br><br>[https://perma.cc/Z4LQ-AZ4B] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **41.** | April 20, 2025 | Donald J. Trump | "Radical Lunatic Democrats and their Comrades in the Fake News Media are falsely making Kilmar Armando Abrego Garcia out to be a very sweet and innocent person, which is a total, blatant, and dangerous LIE. Garcia has been found by two separate Courts to be a member of the violent, killer gang MS-13, was in our Country illegally, and is under a Deportation Order. It is despicable and unAmerican for Liberals and the Mainstream Media to hate our Country so much, and be obsessed with protecting criminals, instead of working to keep our Border, streets, and families safe. Those lying to the American People on behalf of violent criminals have to be held responsible by the Agencies and the Courts. MAKE AMERICA GREAT AGAIN!" | https://truthsocial.com/@realDonaldTrump/posts/114372349322321344<br><br>[https://perma.cc/P6UC-SP5E] |
| **42.** | April 21, 2025 | Karoline Leavitt | "'We did not make a mistake,' Leavitt said as the issue was brought up by *Fox & Friends* co-host **Brian Kilmeade** Monday morning. 'We have always maintained this was an individual who needed to be deported from our country.'<br><br>She added: 'The president swore to the American public he was going to deport illegal criminals, and especially those who have been involved in violent gangs like MS-13 that have terrorized American communities.'" | https://www.mediaite.com/news/karoline-leavitt-insists-white-house-did-not-make-a-mistake-by-deporting-abrego-garcia-despite-court-filing/<br><br>[https://perma.cc/C3JG-HGQS] |
| **43.** | April 21, 2025 | Donald J. Trump | "This is the man, Kilmar Abrego Garcia, that the Courts are trying to save from being deported? He was supposed to be, according to the Judge and the Democrats, a wonderful father from Maryland, but then they noticed he had "MS-13" tattooed onto his knuckles (and lots of really bad stories about his past!). This is the | https://truthsocial.com/@realDonaldTrump/posts/114378371957337028<br><br>[https://perma.cc/6SZ2-JE88] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | gang that is, perhaps, the worst of them all. What is wrong with our Country?" | |
| **44.** | April 21, 2025 | Donald J. Trump | "How can Biden let Millions of Criminals into our Country, totally unchecked and unvetted, with no Legal authority to do so, yet I, in order to make up for this assault to our Nation, am expected to go through a lengthy Legal process, separately, for each and every Criminal Alien. As usual, TWO DIFFERENT STANDARDS, only leading to the Complete and Total Destruction of the U.S.A. MAKE AMERICA GREAT AGAIN!" | https://truthsocial.com/@realDonaldTrump/posts/114378317437182332<br><br>[https://perma.cc/5KGA-LB9T] |
| **45.** | April 21, 2025 | Donald J. Trump | "I'm doing what I was elected to do, remove criminals from our Country, but the Courts don't seem to want me to do that. My team is fantastic, doing an incredible job, however, they are being stymied at every turn by even the U.S. Supreme Court, which I have such great respect for, but which seemingly doesn't want me to send violent criminals and terrorists back to Venezuela, or any other Country, for that matter — People that came here illegally! The Courts are intimidated by the Radical Left who are, "playing the Ref." Great Supreme Court Justice Samuel Alito correctly wants to dissolve the pause on deportations. He is right on this! If we don't get these criminals out of our Country, we are not going to have a Country any longer. We cannot give everyone a trial, because to do so would take, without exaggeration, 200 years. We would need hundreds of thousands of trials for the hundreds of thousands of Illegals we are sending out of the Country. Such a thing is not possible to do. What a ridiculous situation we are in. MAKE AMERICA GREAT AGAIN!" | https://truthsocial.com/@realDonaldTrump/posts/114377993807616549<br><br>[https://perma.cc/5ZG8-HEUU] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **46.** | April 24, 2025 | Tricia McLaughlin | [Re: Abrego Garcia's wife being forced into a safe house]: "I think it's important to point to her credibility ... now she's pushing this sob story ... I think most couples fight, so I unfortunately think this woman is burning down her own credibility as well." | https://bsky.app/profile/atrupar.com/post/3lnkr5oxsys2c<br><br>[https://perma.cc/WC7J-V2ZP] |
| **47.** | April 25, 2025 | Donald J. Trump | **Q: The Supreme Court ruled 9-0 that you have to bring back Kilmar Abrego Garcia. You haven't done so. Aren't you disobeying the Supreme Court?**<br><br>A: Well, that's not what my people told me—they didn't say it was, they said it was—the nine to nothing was something entirely different.<br><br>**Q: Let me quote from the ruling. "The order properly requires the government to facilitate Abrego Garcia's release from custody in El Salvador." Are you facilitating a release?**<br><br>A: I leave that to my lawyers. I give them no instructions. They feel that the order said something very much different from what you're saying. But I leave that to my lawyers. If they want—and that would be the Attorney General of the United States and the people that represent the country. I don't make that decision. | https://time.com/7280114/donald-trump-2025-interview-transcript/<br><br>[https://perma.cc/2S9E-KWPT] |
| **48.** | April 25, 2025 | Donald J. Trump | **Q: Have you asked President Bukele to return him?**<br><br>A: I haven't, uh, he said he wouldn't.<br><br>**Q: Did you ask him?** | https://time.com/7280114/donald-trump-2025-interview-transcript/<br><br>[https://perma.cc/2S9E-KWPT] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | A: But I haven't asked him positively, but he said he wouldn't.<br><br>**Q: But if you haven't asked him, then how are you facilitating his release?**<br><br>A: Well, because I haven't been asked to ask him by my attorneys. Nobody asked me to ask him that question, except you.<br><br>**Q: Do you believe he deserves his day in court?**<br><br>A: I believe that they made him look like a saint, and then we found out about him. He wasn't a saint. He was MS-13. He was a wife beater and he had a lot of things that were very bad, you know, very, very bad. When I first heard of the situation, I was not happy, and then I found out that he was a person who was an MS-13 member. And in fact, he had a tattooed right on his—I'm sure you saw that—he had it tattooed right on his knuckles: MS-13. No, I believe he's a man who has got quite a past. This is no longer just a nice, wonderful man from Maryland, which people, which the fake news had me and other people for a period of time believing. Now, nobody believes that. And I think  this isa very bad—I think this is another menwomen's sports thing for the Democrats. | |
| **49.** | April 25, 2025 | Donald J. Trump | **Q: Maybe, but Mr. President, whatever he might have done, whoever he might be affiliated with, doesn't he deserve his day in court? Nazi saboteurs who came on our shores at Montauk during World** | https://time.com/7280114/donald-trump-2025-interview-transcript/<br><br>[https://perma.cc/2S9E-KWPT] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | **War II had their day in court. Al Qaeda terrorists had their day in court.**<br><br>A: I really give that to my lawyers to determine, that's why I have them. That's not my determination. It's something that, frankly, bringing him back and retrying him wouldn't bother me, but I leave that up to my lawyer. You could bring him back and retry him—<br><br>**Q: That's exactly right. You could fix this simply by bringing him back and going through the legal process—**<br><br>A: But I leave that decision to the lawyers. At this moment, they just don't want to do that. They say we're in total compliance with the Supreme Court.<br><br>**Q: What about the lower courts? Are you committed to complying with lower courts?**<br><br>A: Sure. All courts.<br><br>**Q: One more question on this, sir. You took an oath to preserve, protect and defend the Constitution. The Constitution says the Supreme Court is the ultimate authority once they issue a ruling. If you defy them, aren't you violating your oath?**<br><br>A: I'm not defying the Supreme Court. I never defy the Supreme Court. I wouldn't do that. I'm a big believer in | |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | the Supreme Court, and have a lot of respect for the Justices. | |
| **50.** | April 25, 2025 | Donald J. Trump | **Q: Sir, on that note, how much are we paying President Bukele for holding those prisoners?**<br><br>A: I don't know. I could get you the information, but we're paying less than we would normally.<br><br>**Q: Did you personally approve those payments?**<br><br>A: No, I didn't. | https://time.com/7280114/donald-trump-2025-interview-transcript/<br><br>[https://perma.cc/2S9E-KWPT] |
| **51.** | April 26, 2025 | Donald J. Trump | We need Courageous JUSTICE in our Country. If the Courts don't allow what we have been allowed to do for 250 years, America can no longer be the same. Crooked Joe Biden will have destroyed our Country with his Open Border MADNESS, and allowing criminals of every type to enter with no Retribution. Murderers, Drug Dealers, Gang Members, and even the Mentally Insane will make their home in our Country, wreaking havoc like we have never seen before. It is not possible to have trials for millions and millions of people. We know who the Criminals are, and we must get them out of the U.S.A. ¬— and FAST! | https://truthsocial.com/@realDonaldTrump/posts/114406186212473866<br><br>[https://perma.cc/SV7B-MSJA] |
| **52.** | April 28, 2025 | Tom Homan | "I don't accept the term 'error' in Abrego Garcia," Homan said. "There was an oversight, there was a withholding order. But the facts surrounding the withholding order had changed. He is now a terrorist, and the gang he was fearing, from being removed from El Salvador, no longer exists." | https://www.cbsnews.com/baltimore/news/border-czar-tom-homan-abrego-garcia-maryland-el-salvador-trump/<br><br>[https://perma.cc/HXB4-8VK9] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| **53.** | April 29, 2025 | Karoline Leavitt | "I will tell you what the president of El Salvador told you in the Oval Office: El Salvador does not intend to smuggle a designated foreign terrorist back into the United States," Leavitt said. "He is an El Salvadoran national. That is his home country. That is where he belongs." | https://www.cbsnews.com/baltimore/news/border-czar-tom-homan-abrego-garcia-maryland-el-salvador-trump/<br><br>[https://perma.cc/HXB4-8VK9] |
| **54.** | April 28, 2025 | Donald J. Trump | **Scherer:** But what if there's a mistake? You might get the wrong person, right?<br><br>**Trump:** Let me tell you that nothing will ever be perfect in this world. But if youthink about it: Clinton, Bush, and every president before me—nobody's ever beenchallenged when they had so-called illegal immigrants in the country; they took themout of the country, and they took them out very easily and very successfully. With me,we're going through a lot with this MS-13 person from, right now, from—where is hefrom? Where does he come from?<br><br>**Steven Cheung:** El Salvador.<br><br>**Trump:** Well, he actually comes initially from El Salvador, I guess. Yeah, I guess he comes from El Salvador. I knew he was outside of this country, way outside of this country, and then it turns out that his record is bad. They made him, like, the nicest guy in the world, a wonderful family man. And then they saw the MS-13, by mistake, on his knuckles, and they saw lots of other things. | https://www.theatlantic.com/politics/archive/2025/04/donald-trump-oval-office-interview-excerpts/682623/<br><br>[https://perma.cc/E6PN-GYM3] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **55.** | April 28, 2025 | Donald J. Trump | **Scherer:** In terms of a definitive answer, you still believe the judiciary is an equal branch of government and you will abide by whatever the Supreme Court says in the end?<br><br>**Trump:** Oh, yeah. No, I always have. I always have, yeah. I always have. I've relied on that. I haven't always agreed with the decision, but I've never done anything but rely on it. No, you have to do that. And with that being said, we have some judges that are very, very tough. I believe you could have a 100 percent case—in other words, a case that's not losable—and you will lose violently. Some of these judges are really unfair.<br>But I do say, Jeff—I do say "if it's legal." I always preface it by saying that, because I think it sets a different standard. | https://www.theatlantic.com/politics/archive/2025/04/donald-trump-oval-office-interview-excerpts/682623/<br><br>[https://perma.cc/E6PN-GYM3] |
| **56.** | April 29, 2025 | Donald J. Trump | TERRY MORAN: Really bad guys. But in our country even bad guys get due process, right?<br><br>PRESIDENT DONALD TRUMP: If people come into our country illegally there's a different standard. These are illegal. They came in illegally.<br><br>TERRY MORAN: But they get due process.<br><br>PRESIDENT DONALD TRUMP: Well, they get a process where we have to get 'em out, yeah.<br><br>TERRY MORAN: Okay. Let's talk about the Venezuelans. | https://abcnews.go.com/US/full-transcript-trumps-exclusive-100-days-broadcast-interview/story?id=121291672<br><br>[https://perma.cc/S6FF-J9YA] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
|  |  |  | PRESIDENT DONALD TRUMP: They get whatever my lawyers say. |  |
| **57.** | April 29, 2025 | Donald J. Trump | TERRY MORAN: Alright. Well, let me ask about one man and one court order. Kilmar Abrego Garcia. He's the Salvadoran man who crossed into this country illegally but who is under a protective order that he not be sent back to El Salvador. Your government sent him back to El Salvador and acknowledged in court that was a mistake. And now the Supreme Court has upheld an order that you must return him to the -- facilitate his return to the United States. What are you doing to comply?<br><br>PRESIDENT DONALD TRUMP: Well, the lawyer that said it was a mistake was here a long time, was not appointed by us -- should not have said that, should not have said that. And just so you understand –<br><br>TERRY MORAN: Said it in court. Said it in court –<br><br>PRESIDENT DONALD TRUMP: -- the person that you're talkin' about, you know, you're makin' this person sound -- this is a MS-13 gang member, a tough cookie, been in lots of skirmishes, beat the hell out of his wife, and the wife was petrified to even talk about him, okay? This is not an innocent, wonderful gentleman from Maryland – | https://abcnews.go.com/US/full-transcript-trumps-exclusive-100-days-broadcast-interview/story?id=121291672<br><br>[https://perma.cc/S6FF-J9YA] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|     |      |         | TERRY MORAN: I'm not saying he's a good guy. It's about the rule of law. The order from the Supreme Court stands, sir –<br><br>PRESIDENT DONALD TRUMP: He came into our country illegally.<br><br>TERRY MORAN: You could get him back. There's a phone on this desk.<br><br>PRESIDENT DONALD TRUMP: I could.<br><br>TERRY MORAN: You could pick it up, and with all –<br><br>PRESIDENT DONALD TRUMP: I could<br><br>TERRY MORAN: -- the power of the presidency, you could call up the president of El Salvador and say, "Send him back," right now.<br><br>PRESIDENT DONALD TRUMP: And if he were the gentleman that you say he is, I would do that.<br><br>TERRY MORAN: But the court has ordered you –<br><br>PRESIDENT DONALD TRUMP: But he's not.<br><br>TERRY MORAN: -- to facilitate that -- his release—<br><br>PRESIDENT DONALD TRUMP: I'm not the one making this decision. We have lawyers that don't want – |        |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | TERRY MORAN: You're the president.<br><br>PRESIDENT DONALD TRUMP: -- to do this, Terry --<br>TERRY MORAN: Yeah, but the -- but the buck stops in this office –<br><br>PRESIDENT DONALD TRUMP: I -- no, no, no, no. I follow the law. You want me to follow the law. If I were the president that just wanted to do anything, I'd probably keep him right where he is –<br><br>TERRY MORAN: The Supreme Court says what the law is.<br><br>PRESIDENT DONALD TRUMP: Listen. I was elected to take care of a problem that was -- it was -- a, a unforced error that was made by a very incompetent man, a man that turned out to be incompetent that you always said was wonderful, a great genius, right? And now you find out -- all of the media, now they're saying what a mistake they made. A man who was grossly incompetent allowed us to have open borders where millions of people flowed in –<br><br>TERRY MORAN: Alright.<br><br>PRESIDENT DONALD TRUMP: I campaigned on that issue. I wouldn't say it was my number one issue, but it was pretty close. | |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | TERRY MORAN: Right up there. | |
| **58.** | April 29, 2025 | Donald J. Trump | PRESIDENT DONALD TRUMP: I campaigned on that issue. I've done an amazing job. I have closed borders. He said you couldn't do it, you wouldn't be able to do it, it would never happen. Well, it happened. And it happened –<br><br>TERRY MORAN: Alright.<br><br>PRESIDENT DONALD TRUMP: -- very quickly. Wait a minute. When we have criminals, murderers, criminals in this country, we have to get 'em out. And we're doing it.<br><br>TERRY MORAN: By law –<br><br>PRESIDENT DONALD TRUMP: And you'll pick out one man, but even the man that you picked out –<br><br>TERRY MORAN: He's got –<br><br>PRESIDENT DONALD TRUMP: -- he said he'd -- wasn't a member of a gang. And then they looked, and –<br><br>TERRY MORAN: Alright.<br><br>PRESIDENT DONALD TRUMP: On his knuckles -- he had MS-13 – | https://abcnews.go.com/US/full-transcript-trumps-exclusive-100-days-broadcast-interview/story?id=121291672<br><br>[https://perma.cc/S6FF-J9YA] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|  |  |  | TERRY MORAN: Alright. There's dis -- there's a dispute over that –<br><br>PRESIDENT DONALD TRUMP: Well, wait a minute. Wait a minute. He had MS-13 –<br><br>TERRY MORAN: Well –<br><br>PRESIDENT DONALD TRUMP: -- on his knuckles tattooed.<br><br>TERRY MORAN: -- he -- he -- he -- it didn't say-- oh, he had some tattoos that are inper -- interpreted that way. But let's move on<br><br>PRESIDENT DONALD TRUMP: Wait a minute.<br><br>TERRY MORAN: I want –<br><br>PRESIDENT DONALD TRUMP: Hey, Terry. Terry. Terry.<br><br>TERRY MORAN: He -- he did not have the letter –<br><br>PRESIDENT DONALD TRUMP: Don't do that -- M-S-1-3 -- It says M-S-one-three.<br><br>TERRY MORAN: I -- that was Photoshop. So let me just— |  |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | PRESIDENT DONALD TRUMP: That was Photoshop? Terry, you can't do that -- he had –<br>-- he-- hey, they're givin' you the big break of a lifetime. You know, you're doin' the interview. I picked you because -- frankly I never heard of you, but that's okay –<br><br>TERRY MORAN: This -- I knew this would come –<br><br>PRESIDENT DONALD TRUMP: But I picked you -- Terry -- but you're not being very nice. He had MS-13 tattooed –<br><br>TERRY MORAN: Alright. Alright. We'll agree to disagree. I want to move on –<br><br>PRESIDENT DONALD TRUMP: Terry.<br><br>TERRY MORAN: -- to something else.<br><br>PRESIDENT DONALD TRUMP: Terry. Do you want me to show the picture?<br><br>TERRY MORAN: I saw the picture. We'll -- we'll -- we'll agree to disagree –<br><br>PRESIDENT DONALD TRUMP: Oh, and you think it was Photoshop. Well –<br><br>TERRY MORAN: Here we go. Here we go. | |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|  |  |  | PRESIDENT DONALD TRUMP: -- don't Photoshop it. Go look –<br><br>TERRY MORAN: Alright.<br><br>PRESIDENT DONALD TRUMP: -- at his hand. He had MS-13 –<br><br>TERRY MORAN: Fair enough, he did have tattoos that can be interpreted that way. I'm not an expert on them. I want to turn to Ukraine, sir –<br><br>PRESIDENT DONALD TRUMP: No, no. Terry –<br><br>TERRY MORAN: I-- I want to get to Ukraine—<br><br>PRESIDENT DONALD TRUMP: Terry, no, no. No, no. He had MS as clear as you can be. Not "interpreted." This is why people –<br><br>TERRY MORAN: Alright.<br><br>PRESIDENT DONALD TRUMP: -- no longer believe --<br>TERRY MORAN: Well.<br><br>PRESIDENT DONALD TRUMP: -- the news, because it's fake news – |  |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|     |      |         | TERRY MORAN: When he was photographed in El Sal -- in-- in El Salvador, they aren't there. But let's just go on -- <br> PRESIDENT DONALD TRUMP: He is – <br><br> TERRY MORAN: They aren't there when he's in El Salvador. <br><br> PRESIDENT DONALD TRUMP: --there -- oh, oh, they weren't there – <br><br> TERRY MORAN: Take a look at the photograph – <br><br> PRESIDENT DONALD TRUMP: But they're there now, right? <br><br> TERRY MORAN: No. What – <br><br> PRESIDENT DONALD TRUMP: But they're there now? <br><br> TERRY MORAN: They're in your picture. <br><br> PRESIDENT DONALD TRUMP: Terry. <br><br> TERRY MORAN: Ukraine, sir. <br><br> PRESIDENT DONALD TRUMP: He's got MS-13 on his knuckles. <br><br> TERRY MORAN: Alright. I – |  |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | PRESIDENT DONALD TRUMP: Okay? | |
| | | | TERRY MORAN: -- we'll -- we'll take a look at it – | |
| | | | PRESIDENT DONALD TRUMP: It's -- it's -- you do such a disservice – | |
| | | | TERRY MORAN: We'll take a look. We'll take a look at that, sir – | |
| | | | PRESIDENT DONALD TRUMP: Why don't you just say, "Yes, he does," and, you know, go on to something else – | |
| | | | TERRY MORAN: It's contested. Ukraine. I want to turn -- I was just in Rome, and to that moving photograph of you and President Zelenskyy sitting in St. Peter's Basilica -- | |
| **59.** | April 30, 2025 | Kush Desai (WH press) | "Ask any law or immigration enforcement official who's been on the ground about Kilmar Abrego Garcia's tattoos: they're MS-13," White House spokesman Kush Desai told Fox News Digital Wednesday when asked about other photos appearing not to show "MS13" tattooed on Abrego Garcia's hand. "An ICE investigation, a local police investigation, and the government of El Salvador have all determined that he is a wife-beating MS-13 terrorist illegal alien who should never have been in the United States. There is no dispute about these facts." | https://www.foxnews.com/politics/white-house-says-no-dispute-deported-suspected-gang-member-had-ms-13-tattoos-despite-photos-contrary<br><br>[https://perma.cc/79MW-T48U] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **60.** | April 30, 2025 | Marco Rubio | [On whether U.S. made formal request for Abrego Garcia]: "I would never tell you that," Rubio said. "And you know who else I'll never tell? A judge. The conduct of our foreign policy belongs to the president of the United States and the executive branch, not some judge."<br><br>"We will conduct foreign policy, but I never discuss it and no one will ever make us discuss it," Rubio said. "That's how foreign policy works." | https://www.c-span.org/clip/white-house-event/secretary-rubio-refuses-to-say-if-hes-requested-return-of-kilmar-abrego-garcia-from-el-salvador/5161966 |
| **61.** | April 30, 2025 | Kristi Noem | "[Abrego Garcia] is not under our control. He is an El Salvador citizen. He is home there in his country. If he were to be brought back to the United States of America, we would immediately deport him again," Noem said.<br><br>"President Trump and his administration has adhered to the court and respects the court and its decisions," Noem said. "This individual is not under the United States of America's jurisdiction and he is not one of our citizens. He is home in his home country. And that's up to that country to decide what to do."<br><br>"Obviously, we're relying on the expertise of our investigators, our teams, double-checking, triple-checking, going through the paperwork, making sure that we have done everything absolutely correctly," Noem said when asked about the veracity of the administration's claims against those who have been deported without due process. | https://www.cbsnews.com/news/kristi-noem-kilmar-abrego-garcia-trump-deport/<br><br>[https://perma.cc/DZV4-RNRA] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **62.** | April 30, 2025 | White House | **President Trump** fact checked **the interviewer on deported criminal illegal immigrant Kilmar Abrego Garcia:** "This is an MS-13 gang member … Beat the hell out of his wife … This is not an 'innocent, wonderful gentleman from Maryland … He came into our country ILLEGALLY!" | https://www.whitehouse.gov/articles/2025/04/in-primetime-interview-president-trump-highlights-americas-comeback/ <br><br> [https://perma.cc/S8AD-F8TG] |
| **63.** | April 30, 2025 | DHS | Press Release: DHS Reveals Second Domestic Abuse Filing Filed by Kilmar Abrego Garcia's Wife | https://www.dhs.gov/news/2025/04/30/dhs-reveals-second-domestic-abuse-filing-filed-kilmar-abrego-garcias-wife <br><br> [https://perma.cc/BVS5-SKHH] |
| **64.** | April 30, 2025 | Tricia McLaughlin | "*The facts are clear: Kilmar Abrego Garcia is a violent illegal alien who abuses women and children. He had no business being in our country and we are proud to have deported this violent thug,*" Assistant Secretary Tricia McLaughlin said in a statement. "*We have now found two petitions for protection against him, in addition to the fact that he entered the country illegally and is a confirmed member of MS-13. Our country is safer with him gone.*" | https://www.dhs.gov/news/2025/04/30/dhs-reveals-second-domestic-abuse-filing-filed-kilmar-abrego-garcias-wife <br><br> [https://perma.cc/BVS5-SKHH] |
| **65.** | April 30, 2025 | Tricia McLaughlin | "The media continues to call him a victim while ignoring the real victims: the women he battered, the children he terrorized, and the communities he endangered," DHS spokesperson Tricia McLaughlin said. <br> "Let us be crystal clear: Kilmar Abrego Garcia will never be on American streets again." | https://www.axios.com/2025/05/01/kilmar-abrego-garcia-abuse-allegations-deport-immigration <br><br> [https://perma.cc/VQL4-ATMR] |
| **66.** | April 30, 2025 | DHS | • **Kilmar Abrego Garcia - The "Maryland Man"** | https://www.dhs.gov/news/2025/04/30/100-days-fighting-fake-news <br><br> [https://perma.cc/8EST-YXWE] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|  |  |  | ○ Garcia is NOT an American citizen. He is a citizen of El Salvador who had been living in the country illegally. <br> ○ In 2019, two courts – an immigration court and an appellate immigration court – ruled that he was not only a member of MS-13, but that he was in our country illegally. There was a deportation order for him dating back to 2019. <br> ○ Further details about Garcia's history prove that he is far from innocent. <br>    ▪ In 2020, his wife filed a petition for protection citing three separate instances of violence <br>    ▪ In 2021, his wife filed for a restraining order against him due to domestic violence. <br>    ▪ In 2022, Garcia was pulled over by Tennessee Highway Patrol with 8 people crammed into one car. Despite telling the officers that they were going on a trip from Houston, Texas to Temple Hills, Maryland, there was no sign of luggage in the car. <br>    ▪ It was later revealed that the vehicle Garcia was driving during this stop was registered to another illegal alien who had been convicted of human |  |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|     |      |         | trafficking, Jose Roman Hernandez Reyes. <br> o The media further claimed that the Supreme Court ordered the Trump Administration to return Garcia to the United States. This is another falsehood. <br> o The Supreme Court unanimously overturned that judge's ruling but instead said that the United States should "facilitate" Garcia's return. This would only be possible if the government of El Salvador decided to return him, in which case the United States would have to provide transportation. <br> o It's up to Salvadoran President Nayib Bukele and the government of El Salvador if they want to return him. But as President Bukele said during his Oval Office visit with President Trump, he has no intention of releasing a terrorist and sending him back to the United States. <br> o When President Trump declared MS-13 a foreign terrorist organization, Abrego Garcia became no longer eligible for any form of immigration relief in the United States. He had a valid deportation order. <br> o Furthermore, the Supreme Court also held that EVEN IF El Salvador returned this MS-13 member to the United States, we could deport him a second time. NO version of this legally ends with him ever |        |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | living in the U.S., because he is a citizen of El Salvador.<br>○ The foreign policy of the United States is conducted by the President – not by a court – and no court in the United States has the power to conduct the foreign policy of the United States. | |
| **67.** | May 1, 2025 | Stephen Miller | "[The Administration] is not going to allow a district court judge to try to become the Secretary of State." [0:28–0:33]<br><br>"Our gratitude to El Salvador for agreeing to take custody of these terrorists." [1:57–2:01]<br><br>"There has been even more evidence that has been made public about [Abrego Garcia's] violent, repeated threats and assaults against his spouse, someone who had repeated documented human trafficking and human smuggling offenses, somebody that has extensively documented membership in MS-13, a terrorist organization, and of course someone [who] had MS-13 tattooed on his knuckles.  This is a person who is a clear and present danger to the safety of the American people and it is a sad reflection on the state of our media and many of the outlets represented in this room that you incessantly try to shill for this MS-13 terrorist." [2:05–2:50] | https://www.foxnews.com/video/6372169249112<br><br>[https://perma.cc/S4ZX-2VE4] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **68.** | May 2, 2025 | DHS | Kilmar Abrego Garcia is not a "Maryland Man"—he is an MS-13 gang member involved in human trafficking who entered the United States illegally. His removal from the United States should have occurred under the Biden Administration. He will not return to our country under the Trump Administration. | https://x.com/DHSgov/status/19182655194146 61237 <br><br> [https://perma.cc/82P2-5FH8] |
| **69.** | May 2, 2025 | DHS | This woman beater, criminal terrorist, and illegal alien will never be allowed to return to the United States. | https://x.com/DHSgov/status/19182626866656 58450 <br><br> [https://perma.cc/4Z5W-RRF2] |
| **70.** | May 2, 2025 | White House <br><br> (quoting Tricia McLaughlin) | "This is textbook human trafficking... there were 8 other individuals in this car that Kilmar Abrego Garcia was driving. They were driving... from Texas to Maryland. That's a 3-day journey—not a single piece of luggage in that vehicle." | https://x.com/RapidResponse47/status/191827 1899559211378 <br><br> [https://perma.cc/AQ5Q-QRY5] |
| **71.** | May 2, 2025 | Tricia McLaughlin | The media and Democrats have burnt to the ground any last shred of credibility they had left as they glorified Kilmar Abrego Garcia, a known MS13 gang member, human trafficker, and serial domestic violence perpetrator. <br><br> We have confronted the media with overwhelming evidence. Still, the media continues to call him a victim while ignoring the real victims: the women he battered, the children he terrorized, and the communities he endangered. | https://x.com/TriciaOhio/status/191827302167 3943318 <br><br> [https://perma.cc/RX5C-282S] |
| **72.** | May 2 , 2025 | JD Vance | Just a simple Maryland father (trafficking humans) who received no due process (two immigration court hearings concluding in a valid deportation order). | https://x.com/JDVance/status/1918287699464 593573 <br><br> [https://perma.cc/NMW3-H9UB] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | Why do congressional Democrats care more about this man than the victims of illegal immigrant crime? | |
| **73.** | May 3, 2025 | Tricia McLaughlin | Facts you won't hear from mainstream media's coverage of "the Maryland man," a known MS13 gang member, human trafficker, and serial domestic violence perpetrator.<br><br>-In 2019, Kilmar Abrego Garcia was arrested with other, since deported, MS-13 gang members, decked out in MS-13 symbols with drugs and rolls of cash.<br><br>-In 2020 and 2021, his wife filed domestic violence protective orders against him accusing him of kicking her, slapping her, mentally abusing her kids, even locking the children in a room and detaining her against her will. Court records from her ex-husband also accused Garcia of being a gang member. Prince George County Maryland's gang unit also confirmed Garcia is a known member of MS-13.<br><br>-In 2022, Garcia was caught driving a convicted human trafficker's vehicle, hauling eight passengers on a three-day trek from Texas to Maryland with zero luggage--a textbook example of human trafficking.<br><br>The media and Democrats have exposed themselves as apologists for criminals who would rather see terrorists roam American streets than protect our citizens. President Trump and Secretary Noem stand with victims, fighting to keep monsters like Garcia out of our communities. | https://x.com/TriciaOhio/status/1918678209475887560<br><br>[https://perma.cc/9H7R-6WNF] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | Buried under the weight of truth, the media and Democrats will soon slink away from their pathetic defense of this criminal.<br><br>Let us be crystal clear: Kilmar Abrego Garcia will never be on American streets again. | |
| 74. | May 3, 2025 | White House |  | https://www.instagram.com/p/DJM38J2xVUx/?utm_source=ig_embed&ig_rid=96507e38-c187-4123-9cda-4d0e83019081<br><br>[https://perma.cc/UY9F-7MJD] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **75.** | May 3, 2025 | White House |  | https://x.com/WhiteHouse/status/1918848729303388344<br><br>[https://perma.cc/A844-3WT5] |
| **76.** | May 4, 2025 | Donald J. Trump | KRISTEN WELKER:<br><br>So let's talk about this, because obviously, you've had a back and forth with the Supreme Court. In a 9-0 decision, the Supreme Court directed your administration to facilitate the return, you've talked | https://www.nbcnews.com/politics/trump-administration/read-full-transcript-president-donald-trump-interviewed-meet-press-mod-rcna203514<br><br>[https://perma.cc/Q4NE-D9HN] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | about this in the past, of Kilmar Abrego Garcia, from a prison in El Salvador, whose deportation your administration called an "administrative error." You said in a recent interview you could bring him back but you won't. Are you defying the Supreme Court, sir?<br><br>PRES. DONALD TRUMP:<br><br>No. I'm relying on the attorney general of the United States, Pam Bondi, who's very capable, doing a great job. Because I'm not involved in the legality or the illegality. I have lawyers to do that and that's why I have a great DOJ. We have a great one. We had a very corrupt one before. Now we have a great one. And they're not viewing the decision the way you said it. They don't view it that way at all. They think it's a totally different decision.<br><br>KRISTEN WELKER:<br><br>Well, you say you have the power to bring him back, though. Your attorney general says, quote, "That's up to El Salvador." Just to put a fine point on this, do you have the power to bring Abrego Garcia back as the Supreme Court has ordered?<br><br>PRES. DONALD TRUMP:<br><br>Well, I have the power to ask for him to come back if I'm instructed by the attorney general that it's legal to do so. But the decision as to whether or not he should | |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
|     |      |         | come back will be the head of El Salvador. He's a very capable man.<br><br>KRISTEN WELKER:<br><br>Well, you know, and your attorney general has said the issue is with that word "facilitate." Will you seek clarification from the Supreme Court? Do you need to go back to the Supreme Court?<br><br>PRES. DONALD TRUMP:<br><br>We may do that. I was asking about that. We may do that. There are some people that say, "Bring him back, put him in trial, and you get him out right away." Because you take — you see what happened just this morning, tapes came out, horrible tapes from his wife. You don't get much worse than that. You don't get, I mean, he seems certainly like a very dangerous, very bad person. But even the wife who was so afraid, she was afraid to talk, and all of a sudden tapes got released this morning that were devastating to him.<br><br>KRISTEN WELKER:<br><br>And this is the point, sir, about due process. The Constitution says every person, citizens and non-citizens, deserve due process. Why not push to have him come back, present all of that evidence in court, let a judge decide? |        |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | PRES. DONALD TRUMP:<br><br>Well, I'll leave that to the lawyers, and I'll leave that to the attorney general of the United States, because —<br><br>KRISTEN WELKER:<br><br>But do you agree —<br><br>PRES. DONALD TRUMP:<br><br>– they're in it. You have to understand. I'm dealing with Russia and Ukraine. I'm dealing with China —<br><br>KRISTEN WELKER:<br><br>And we're going to talk about that.<br><br>PRES. DONALD TRUMP:<br><br>I'm dealing with Iran. I'm dealing with Rwanda and the Congo who are fighting and we're trying to get that one straightened out. And I think we have done that, did a great job. Nobody even talks about it, but I think we're close to doing that. They're looking like they're going to maybe make a peace deal, which was — would be good. But I'm dealing with a lot of different things. I don't know much about this gentleman other than I hear he's an absolute not good person. And I have very capable legal people, John Sauer, as you know, and all top people. And I have to rely on that to interpret whatever | |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | is said by the Supreme Court. Now with that being said, I have tremendous respect for the Supreme Court. Look, three of the people are people I appointed.<br><br>KRISTEN WELKER:<br><br>Right.<br><br>PRES. DONALD TRUMP:<br><br>And I have great respect for the Supreme Court. And I would expect that the attorney general will be doing the right thing. | |
| **77.** | May 4, 2025 | Donald J. Trump | KRISTEN WELKER:<br><br>Your secretary of state says everyone who's here, citizens and non-citizens, deserve due process. Do you agree, Mr. President?<br><br>PRES. DONALD TRUMP:<br><br>I don't know. I'm not, I'm not a lawyer. I don't know.<br><br>KRISTEN WELKER:<br><br>Well, the Fifth Amendment says as much.<br><br>PRES. DONALD TRUMP:<br><br>I don't know. It seems — it might say that, but if you're talking about that, then we'd have to have a million or 2 | https://www.nbcnews.com/politics/trump-administration/read-full-transcript-president-donald-trump-interviewed-meet-press-mod-rcna203514<br><br>[https://perma.cc/Q4NE-D9HN] |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | million or 3 million trials. We have thousands of people that are some murderers and some drug dealers and some of the worst people on Earth.<br><br>KRISTEN WELKER:<br><br>But is —<br><br>PRES. DONALD TRUMP:<br>Some of the worst, most dangerous people on Earth. And I was elected to get them the hell out of here and the courts are holding me from doing it.<br><br>KRISTEN WELKER:<br><br>But even given those numbers that you're talking about, don't you need to uphold the Constitution of the United States as president?<br><br>PRES. DONALD TRUMP:<br><br>I don't know. I have to respond by saying, again, I have brilliant lawyers that work for me, and they are going to obviously follow what the Supreme Court said. What you said is not what I heard the Supreme Court said. They have a different interpretation.<br><br>KRISTEN WELKER: | |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
|  |  |  | Is anyone in your administration right now in contact with El Salvador about returning Abrego Garcia to the United States?<br><br>PRES. DONALD TRUMP:<br><br>I don't know. You'd have to ask the attorney general that question. |  |
| 78. | May 8, 2025 | Kristi Noem | [Senator Murphy questions Secretary Noem on whether the administration is following the Supreme Court's order to facilitate Abrego Garcia's return.]<br><br>Sec. Noem: [Abrego Garcia] will not be coming back to this country.  There is no scenario where Abrego Garcia will be back in the United States again. | https://www.c-span.org/clip/senate-committee/user-clip-complying-with-scotus-decision-in-abrego-garcia-case/5162666<br><br>(at 0:38-0:45) |
| 79. | May 8, 2025 | Kristi Noem | [Senator Van Hollen questions Secretary Noem on whether the administration is following the Supreme Court's order to facilitate Abrego Garcia's return and whether she has seen the agreement between the U.S. and El Salvador.]<br><br>Sen. Van Hollen: Have you seen the grant document between the United States and the Government of El Salvador with respect to the CECOT.<br><br>Sec. Noem: It is important that everybody knows the consequences of what happens for their actions … Yes I have [seen the document] … Sir I am sure that you can see this document as well and have looked at it for evaluation. | https://www.c-span.org/clip/senate-committee/user-clip-sen-van-hollen-questioning-on-abrego-garcia-case/5162669<br><br>(at 4:24-4:58) |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **80.** | May 14, 2025 | Kristi Noem | "And we will not be bringing him back to our country." | https://www.youtube.com/watch?v=jo_47mGRqAg<br><br>(at 0:30-0:34) |
| **81.** | May 14, 2025 | Kristi Noem | [Refused to say whether she/DHS have, are, or will comply with the court's orders to facilitate Abrego Garcia's return.] | https://www.youtube.com/watch?v=_DH8nbm8aR8<br><br>(at 0:50-1:32) |
| **82.** | May 14, 2025 | DHS | Kilmar Abrego Garcia is a confirmed MS-13 terrorist, wife beater, and human trafficker.<br><br>We have confronted the media and public with overwhelming evidence. Still, members like @RepSwalwell continue to call him a victim while ignoring the REAL victims: the women he battered, the children he terrorized, and the communities he endangered.<br><br>It's astonishing Democrats spend more time fighting for criminal illegal aliens than law-abiding Americans. | https://x.com/DHSgov/status/1922672678340555173<br><br>[https://perma.cc/Q75G-JXT8] |
| **83.** | May 20, 2025 | Marco Rubio | "[T]he judicial branch cannot tell me or the president how to conduct foreign policy. No judge can tell me how I have to outreach to a foreign partner or what I need to say to them, and if I do reach that foreign partner and talk to them, I have no under [sic] obligation to share that with the judiciary branch."<br><br>"So, I have complied with every court order. What I won't comply with is an order to disclose what I am saying and what we're talking about with a foreign leader because then they won't talk to me." | https://www.youtube.com/watch?v=7iGd2QNPiYo<br><br>(at 0:39-0:55)<br><br>(at 1:28-1:39) |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| **84.** | May 20, 2025 | Marco Rubio | "In the case of El Salvador, absolutely, absolutely. We deported gang members, gang members, including the one you had a margarita with. And that guy is a human trafficker, and that guy is a gangbanger…" | https://www.youtube.com/watch?v=7iGd2QNPiYo<br><br>(at :0:03-0:15) |
| **85.** | May 21, 2025 | Marco Rubio | Sec. Rubio: No court can tell me how to conduct foreign policy, they can't tell me what I have to say to a president of another country nor do I need to tell them what I told the president of another country. Cause I can't conduct foreign policy …<br><br>Rep. Lieu: I'm just asking you, do you believe the administration has to follow the unanimous Supreme Court decision?<br><br>Sec. Rubio: I believe we are following it.<br><br>Rep. Lieu: Ok. So my nest question is, what steps have you or the State Department taken to facilitate the return of Mr. Garcia who was mistakenly deported to El Salvador?<br><br>Sec. Rubio: The conduct of our foreign policy is an executive function and how I conduct it, I don't need to share with you and I don't need to share with the court.<br><br>Rep. Lieu: Well let me ask you this. Have you or the state department taken any steps to facilitate?<br><br>Sec. Rubio: We've taken steps but I am not going to tell you what they are and I don't have to because I we [sic] conduct the foreign policy of the United States and I | https://www.youtube.com/watch?v=nZxhfHVQ_9U<br><br>(at 1:18-2:18) |

| No. | Date | Speaker | Statement(s) | Source |
|-----|------|---------|--------------|--------|
| | | | can't conduct diplomacy with a foreign leader if I come to committees and tell you what they said to me, what I said to them, and more certainly a court can't tell me to say that<br><br>Rep. Lieu: You have taken steps to facilitate Mr. Garcia's return …<br><br>Sec. Rubio: We've made those, we've made that assertation … assertions in court … and we have complied.<br><br>Rep. Lieu: Thank you … | |
| 86. | May 21, 2025 | JD Vance | I think this guy was not just a gang member, but a reasonably high-level gang member in MS-13. I think he had engaged in some pretty ugly conduct. Legally, he had multiple hearings before an immigration judge. He had a valid deportation order. What he also had was a sort of exception, what's called a withholding order, that basically said: Yes, you can deport this guy. No one doubts that we could have deported this guy, but you can't deport this guy to El Salvador because of particular conditions that obtained, I believe, in 2019, when his case was adjudicated.<br><br>So you fast-forward to 2025, we deport this guy, the courts hold that we've made a mistake, and then eventually it gets to the Supreme Court. And I believe, and we're getting into the weeds, a little bit of the legal technicalities, but I believe the court term is you must "facilitate" his return. And I sat in lunch with Bukele, | https://www.nytimes.com/2025/05/21/opinion/jd-vance-pope-trump-immigration.html?unlocked_article_code=1.JU8.JS-y.FFSEw5k2nuU7&smid=url-share<br><br>[https://perma.cc/2S4T-PSTQ] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | the leader of El Salvador, with the president of the United States and with others, and talked about this case.<br><br>And Bukele basically said: I don't want to send this guy back. I think he's a bad guy. He's my citizen. He's in a prison in El Salvador, and I think that's where he belongs. And our attitude was: OK, what are we really going to do? Are we going to exert extraordinary diplomatic pressure to bring a guy back to the United States who's a citizen of a foreign country who we had a valid deportation order with? | |
| 87. | May 27, 2025 | DHS | Congressman [Ivey], Kilmar Abrego Garcia is a confirmed MS-13 gang member, wife beater, human trafficker, and illegal alien from El Salvador - not your constituent.<br><br>While the mainstream media and politicians are fighting to bring a foreign terrorist and gang member back to U.S. soil, @POTUS Trump and @Sec_Noem are fighting for the victims of alien crime and putting the safety of Americans FIRST. | https://x.com/DHSgov/status/1927416834661220488<br><br>[https://perma.cc/DBE8-CQN5] |
| 88. | May 27, 2025 | White House | This moron [Rep. Ivey] spent his Memorial Day trying (and failing) to visit a criminal illegal immigrant gangbanger in a foreign country.<br><br>For Democrats, criminal illegals > American citizens every time. | https://x.com/RapidResponse47/status/1927423875828056513<br><br>[https://perma.cc/XBR6-PRCQ] |
| 89. | May 28, 2025 | DHS | Let us be crystal clear: Kilmar Abrego Garcia will never be on American streets again. | https://x.com/DHSgov/status/1927824035271921817<br><br>[https://perma.cc/M6QY-KUCS] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | Advocating for an illegal alien, MS-13 gang member, human trafficker and wife beater over ACTUAL Maryland constituents victimized by illegal alien crime is appalling. | |
| **90.** | June 6, 2025 | Kristi Noem | For the past two months, the media and Democrats have burnt to the ground any last shred of credibility they had left by glorifying Kilmar Abrego Garcia— a known MS-13 gang member, human trafficker, and serial domestic abuser.<br><br>Today, the United States of America confronts Kilmar Abrego Garcia with overwhelming evidence— he is being indicted by a grand jury for human smuggling, including children, and conspiracy. Justice awaits this Salvadoran man. | https://x.com/Sec_Noem/status/193108868984 2782559<br><br>[https://perma.cc/FT84-2Q9X] |
| **91.** | June 6, 2025 | White House | He's an illegal from El Salvador and he's coming back here to face justice because a grand jury found evidence he trafficked women and children across America.<br><br>You don't hate the Fake News enough. | https://x.com/RapidResponse47/status/193109 2941402993150<br><br>[https://perma.cc/YJ45-D8FZ] |
| **92.** | June 6, 2025 | Karoline Leavitt | The Justice Department's Grand Jury Indictment against Abrego Garcia proves the unhinged Democrat Party was wrong, and their stenographers in the Fake News Media were once again played like fools. Abrego Garcia was never an innocent "Maryland Man"– Abrego Garcia is an illegal alien terrorist, gang member, and human trafficker who has spent his entire life abusing innocent people, especially women and the most vulnerable. Abrego Garcia will now return to the United States to answer for his crimes and meet the full force of American justice. The Democrat lawmakers, namely | https://x.com/PressSec/status/19310838701300 40952<br><br>[https://perma.cc/YG9Q-Z6VE] |

| No. | Date | Speaker | Statement(s) | Source |
|---|---|---|---|---|
| | | | Democrat Senator Chris Van Hollen, and every single so-called 'journalist' who defended this illegal criminal abuser must immediately apologize to Garcia's victims. The Trump Administration will continue to hold criminals accountable to the fullest extent of the law. | |
| **93.** | June 6, 2025 | Stephen Miller | What a fool. There is no more "process" for deporting a crim alien with a final removal order, no matter how much he is admired by Dems. He's here because new evidence has resulted in a massive criminal indictment. He will be tried, jailed and then deported again to El Salvador. | https://x.com/StephenM/status/1931098844529561723<br><br>[https://perma.cc/6M5P-BZM5] |