UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

KILMAR ARMANDO ABREGO
GARCIA., *et al.*,

     *Plaintiffs*,

v.

KRISTI NOEM, Secretary of Homeland
Security, *et al.*,

     *Defendants*.

Case No. 8:25-cv-00951(PX)

**MOTION FOR EXTENSION OF TIME**

Defendants, through undersigned counsel, move for a one-week extension of time to respond to Plaintiffs' Motion for Discovery Sanctions (ECF No. 195). In support thereof, Defendants state as follows:

Plaintiffs' motion seeks sanctions, under Federal Rule of Civil Procedure 37, for what they allege are the Government's violations of its discovery obligations. The Government takes its obligations under the Federal Rules of Civil Procedure seriously and believes that Plaintiffs' allegations are without merit. Responding to Plaintiffs' motion, however, will require additional time beyond the seven days that the Court has provided. *See* ECF No. 179. Among other things, preparing a response to Plaintiffs' motion will require close coordination with multiple agency defendants in this case, including the preparation of a declaration or declarations that explain how Defendants complied with their discovery obligations.

Good cause exists for granting Defendants' motion. This Court's local rules typically provide for 14 days to file an opposition brief. *See* L.R. 105.2.a. Granting Defendants' motion

would merely provide Defendants with the amount of time contemplated by this Court's local rules. Moreover, this Court entered its minute order setting an expedited schedule on June 4—before Mr. Garcia was returned to the United States as a result of the Government's efforts. Accordingly, the time-sensitivity presumably underpinning the expedition of Plaintiffs' motion no longer exists, as Mr. Garcia is now in the United States.

No party will be prejudiced by this motion. Plaintiffs will not be prejudiced, as Mr. Garcia has already obtained the relief he has sought through this lawsuit—he is now in the United States. An extension also would not unduly delay the resolution of this matter. If anything, the Court would benefit by providing Defendants with the amount of time contemplated by its local rules to respond to Plaintiffs' motion, as it would allow Defendants to present a more fulsome record for the Court's consideration.

Prior to filing this motion, counsel for the Government conferred with Plaintiffs' counsel. Plaintiffs do not consent to the requested extension.

Accordingly, Defendants request a one-week extension, from June 18, 2025 until June 25, 2025, to oppose Plaintiffs' Motion for Discovery Sanctions.

Dated: June 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Ave., NW
Washington, DC  20530
Tel:  (202) 514-2000
Email:  drew.c.ensign@usdoj.gov

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Civil Division, Torts Branch

BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General

*Attorneys for Defendants*