**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00951(PX) |

**[PROPOSED] ORDER**

Plaintiffs have filed a motion for discovery sanctions, ECF No. 195, for which this Court previously set a one-week deadline for Defendants to file their opposition, ECF No. 179. Defendants have filed a motion for a one-week extension of time to file their opposition which, if granted, would extend Defendants' deadline from June 18, 2025 until June 25, 2025.  For good cause shown, it is hereby ORDERED that Defendants' motion shall be, and hereby is, GRANTED.  Defendants' opposition to Plaintiffs' motion for discovery sanctions shall be filed on or before June 25, 2025.  IT IS SO ORDERED.

_____
Paula Xinis
United States District Judge

_____
Date