# EXHIBIT D

6/10/25, 2:19 PM  Stephen Miller on X: "What a fool. There is no more "process" for deporting a crim alien with a final removal order, no matter how m…

Case 8:25-cv-00951-PX    Document 203-4    Filed 06/26/25    Page 2 of 2



← Post

**Stephen Miller** ✓
@StephenM

What a fool. There is no more "process" for deporting a crim alien with a final removal order, no matter how much he is admired by Dems. He's here because new evidence has resulted in a massive criminal indictment. He will be tried, jailed and then deported again to El Salvador.

> **Senator Chris Van Hollen** ✓ @ChrisVanHollen · Jun 6
>
> After months of ignoring our Constitution, it seems the Trump Admin has relented to our demands for compliance with court orders and due process for Kilmar Abrego Garcia.
>
> This has never been about the man—it's about his constitutional rights & the …
>
> 

5:20 PM · Jun 6, 2025 · **880.7K** Views

💬 1.8K     🔁 7K     ❤️ 27K     🔖 455     ↗️

Read 1.8K replies

**New to X?**
Sign up now to get your…

Sign u…
Sign …
Creat…

By signing up, you agre…
Privacy Policy, includin…

Something we…



Terms of Service  |  Priva…
More …     © 2025 X Cor…

**Don't miss what's happening**
People on X are the first to know.

Log in