UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

KILMAR ARMANDO ABREGO GARCIA, ET AL.,

    Plaintiffs,

v.

KRISTI NOEM, ET AL.,

    Defendants.

Case No.: 8:25-CV-00951-PX

**[PROPOSED] ORDER**

Upon Plaintiffs' Emergency Motion for an Order To Return Kilmar Armando Abrego Garcia to the District of Maryland After Release in the Tennessee Criminal Proceedings, and this Court's prior Orders [ECF Nos. 21, 51, 79], it is

ORDERED THAT, to the extent Defendants detain Abrego Garcia in immigration custody following his release from confinement in the Tennessee Criminal Proceedings,[1] Defendants must immediately return Abrego Garcia to the District of Maryland; and

FURTHER ORDERED THAT, Defendants are enjoined from removing Abrego Garcia from the continental United States or from transferring Abrego Garcia out of the District of Maryland (other than to travel to the Middle District of Tennessee to participate in the Tennessee Criminal Proceedings) absent further order of this Court.

IT IS SO ORDERED

Dated: June __, 2025

/s/ _____
The Honorable Paula Xinis

---

[1] *See United States v. Abrego Garcia*, No. 3:25-cr-00115 (M.D. Tenn.) [hereinafter Tennessee Criminal Proceedings].