

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770 |

June 26, 2025

Re:   25-cv-951-PX, *Abrego Garcia et al. v. Noem et al.*

### LETTER ORDER

Dear Parties:

As discussed during today's recorded status conference, the Court sets the following schedule concerning the pending motions: Defendants' Motions to Dismiss (ECF Nos. 165 & 200); and Plaintiffs' Emergency Motion for an Order to Return Kilmar Armando Abrego Garcia to the District of Maryland After Release in the Tennessee Criminal Proceedings (ECF No. 203).

| | |
|---|---|
| **June 30, 2025** | Plaintiffs' Response to ECF No. 200 due by 5:00 PM.<br>Defendants' Response to ECF No. 203 due by 5:00 PM. |
| **July 2, 2025** | Any reply from Plaintiffs in support of ECF No. 203 due by 5:00 PM.<br>Plaintiffs' Motion for Leave to File Amended Complaint due by 5:00 PM. |
| **July 7, 2025**<br>**11:00 AM**<br>**Courtroom 2C,**<br>**Greenbelt, MD** | Motions Hearing |

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

\_\_\_\_\_/s/_____
PAULA XINIS
United States District Judge