# EXHIBIT B

6/30/25, 3:23 PM    Stephen Miller on X: "What a moronic headline. MS-13 illegal alien Garcia was correctly deported to his home nation of El Salvador…

Case 8:25-cv-00951-PX    Document 207-2    Filed 06/30/25    Page 2 of 2



← Post

Stephen Miller ✓
@StephenM

What a moronic headline. MS-13 illegal alien Garcia was correctly deported to his home nation of El Salvador and was subsequently indicted after new evidence of especially heinous crimes. He is now being prosecuted. After a lengthy prison sentence, it is back home to El Salvador.

> Axios ✓ @axios · Jun 6
> BREAKING: Wrongly deported Maryland man Kilmar Abrego Garcia is on his way back to the U.S axios.com/2025/06/06/kii…

4:39 PM · Jun 6, 2025 · **950.2K** Views

💬 1.5K    ↻ 5.8K    ♡ 31K    🔖 440    ⬆

Read 1.5K replies

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Orioles
Starts

**Sports · Trending**
Al Horford
1,558 posts

**Sports · Trending**
#AskTheHeel

**Trending in United States**
Project 2029

**Politics · Trending**
#VoteNo
11.1K posts

Show more

Terms of Service | Privacy
More ···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in