UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*,<br><br>        *Plaintiffs*,<br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,<br><br>        *Defendants*. | Case No. 8:25-cv-00951 (PX) |

### DECLARATION OF ACTING FIELD OFFICE DIRECTOR

### NIKITA BAKER

Pursuant to the authority of 28 U.S.C. § 1746, I, Nikita Baker, Acting Field Office Director for the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, Baltimore, Maryland, declare as follows:

1. I work for the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"). As of March of 2025, I serve as the Acting Field Office Director for the ERO Baltimore Field Office.

2. As an Acting Field Office Director, I direct and maintain oversight of all immigration enforcement operations, programs, and activities in all 23 counties in Maryland. As part of my oversight duties, I am responsible for leading efforts in identifying, arresting, detaining, pursuing for prosecution, and removing aliens who are in violation of the federal immigration statutes and regulations. My responsibilities include collaborating with law enforcement partners to arrest and remove dangerous criminal aliens from the

community in support of ICE's public safety mission. The ERO Baltimore Field Office supports the local offices of our federal partners, including the Federal Bureau of Investigation (FBI), U.S. Marshals Service, and Drug Enforcement Administration (DEA).

3. Prior to being appointed to my current position, I served as the Deputy Field Office Director for the Baltimore Field Office, where I oversaw immigration enforcement operations and managed all personnel resources and budget for the field office for the entire state of Maryland. Additionally, I have over 18 years of service with ICE in various operational and leadership positions.

4. On December 7, 2021, the Maryland General Assembly enacted the Dignity Not Detention Act, which among other things: (1) prohibits the State of Maryland or any local jurisdictions from entering into agreements to house detainees for immigration purposes or facilitate immigration-related detention by private entities; and (2) requires governmental entities to terminate existing contracts for the detention of immigration-related detainees by October 1, 2022.  H.B. 16, 442nd Gen. Assemb., Reg. Sess. (Md. 2021).  The Maryland General Assembly enacted this law despite a prior veto from then Maryland Governor Larry Hogan.

5. Prior to the Dignity Not Detention Act, ICE had access to four detention centers in Maryland. Currently, ICE has access to no detention centers in Maryland. All aliens that are arrested by ICE in Maryland are transferred to other ICE facilities outside the state of Maryland. ICE has no long-term detention beds in Maryland and has only temporary hold rooms, designed for detention for periods of 12 hours or less.

Signed on the 30th day of June 2025.

                                                        _____

Nikita Baker  
Acting Field Office Director  
U.S. Immigration and Customs Enforcement  
Baltimore, Maryland