UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

Kilmar Armando Abrego Garcia, *et al.*,

        Plaintiffs,

v.

Kristi Noem, *et al.*,

        Defendants.

Case No.: 8:25-CV-00951-PX

**[PROPOSED] ORDER**

The Court has reviewed Plaintiffs' Motion for Leave to File Amended And Supplemental Complaint and Memorandum in Support Thereof and IT IS HEREBY ORDERED by the United States District Court for the District of Maryland that:

1. Plaintiff's Motion for Leave is hereby GRANTED; and

2. Pursuant to Local Rule 103(6)(a), an additional copy of the Amended Complaint need not be filed.

Dated: July _____, 2025

                                                            Paula Xinis
                                                            United States District Judge