# EXHIBIT E







Reply