# EXHIBIT H

 **World**                                                                                       Subscribe            Sign in

Video Ad Feedback

# Inside El Salvador's prison holding Venezuelans deported from US

︿ Hide Description

The Trump administration deported hundreds of Venezuelans accused of ties to the Tren de Aragua gang, sending them to El Salvador's notorious mega-prison, Cecot. The prison is notorious for the ruthless way it treats prisoners, which human rights organizations say is inhumane and violates human rights. CNN's David Culver reports on the conditions inside this high-security facility housing the alleged criminals.

04:30 - Source: CNN

World News	• 12 videos


04:30
Inside El Salvador's prison holding Venezuelans deported from US


'Never yield': Fareed Zakaria explains Chinese mentality over trade war

03:34

---

Search CNN...

Subscribe

Sign in

Live TV

Listen

Watch

World

US Politics

Business

Markets

Health

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Features

Watch

Listen

Games

About CNN

World

FOLLOW CNN

    

Terms of Use   Privacy Policy   Cookie Settings   Ad Choices   Accessibility & CC   About   Newsletters   Transcripts

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.