# EXHIBIT M



← **Post**



**New to X?**

Sign up now to get you

[G] Sign u

[] Sign (

Create

By signing up, you agre
Privacy Policy, including

Something wer

[●]

Terms of Service | Priva
Accessibility | Ads info

🏛 **Homeland Security** ✓  ⊘  ···
@DHSgov

This woman beater, criminal terrorist, and illegal alien will never be allowed to return to the United States.



🔵 **USA TODAY Video** @usatodayvideo · May 1

"He slapped me three times." Audio depicts Jennifer Vasquez Sura, wife of Kilmar Abrego Garcia, pleading with a judge for temporary protection from her husband in 2020.

**Wife of Abrego Garcia asked judge for protection from husband**

■ 🔵 USA TODAY

7:13 AM · May 2, 2025 · **130.4K** Views

💬 259        ⇄ 1.3K        ♡ 6.2K        🔖 121        ⬆

💬 Read 259 replies

**Don't miss what's happening**
People on X are the first to know.

Log in