# EXHIBIT O

Straight from the sources: Get WORD FOR WORD

CREATED BY CABLE IN 1979
C-SPAN

278,231 hours of video



Ukraine
Follow all of C-SPAN's coverage of the U.S. and international reactions to Russia's Invasion of Ukraine

WATCH HERE

MAY 8, 2025

# User Clip: Complying with SCOTUS Decision in Abrego Garcia Case

Sen Murphy asks whether Sec Noem will comply with Supreme Court order to facilitate return of Kilmar Abrego Garcia

*This clip, title, and description were not created by C−SPAN*

   



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

C-SPAN

Cookies Settings     Accept Cookies



🛒 **Purchase a Download**
*User Clip: Complying with SCOTUS Decision in Abrego Garcia Case*    

## RECOMMENDED



**JUN 6, 2025**
**Attorney Generali: "Abrego Garcia has landed in the U.S. to face justice."**
Attorney General Pam Bondi: "Abrego Garcia has landed in the United States to face justice...This is what American justice looks like. Upon completion of his sentence we anticipate he will be returned to his home country of El Salvador. The grand jury ...

**JUN 11, 2025**
**User Clip: Noem Sheinbaum**
Noem Sheinbaum

**JUN 13, 2025**
**User Clip: Noem Comments**
Noem comments

**JUN 19, 2025**
**User Clip: Senator Schumer reacts to SCOTUS decision gender affirming care ban in Tennessee**
Senator Schumer reacts to SCOTUS decision gender affirming care ban in Tennessee

## TRENDING



**JUL 2, 2025**
### U.S. House of Representatives
The House will consider the Senate-passed GOP tax and spending cuts bill with the goal of getting it to President Trump's desk for his signature by Friday, July 4.

**JUL 2, 2025**
### Washington Journal: Open Forum
Viewers commented on the pending House vote on the Senate-passed Republican tax and spending cuts bill.

**JUL 1, 2025**
### House Rules Committee Considers Tax and Spending Cuts Reconciliation Bill
The House Rules Committee advanced a rule for the Senate-passed version of tax and spending cuts bill with a vote of 7-6. Two Republicans, Representatives Ralph Norman (R-SC) and Chip Roy (R-TX), voted with Democrats against advancing the rule.

**JUL 2, 2025**
### House Democratic Leaders Hold News Conference
House Democratic Leader Hakeem Jeffries (NY) and other Democrats spoke to reporters as the House prepared to consider final passage of the GOP's tax and spending cuts legislation, which the Democratic leaders said they opposed due to significant cuts …

### ABOUT C-SPAN

- Our Mission
- Our History
- Cameras In The Court
- Milestones
- Leadership
- Jobs
- In The Community
- Video Library
- Viewer Guide

### RESOURCES

- C-SPAN Classroom
- Blog
- Series A-Z
- Press Center
- FAQs
- Contact Us
- Shop
- C-SPAN's Book Collection
- World Legislatures

MyC-SPAN Login

C-SPAN Select App
C-SPAN Now App
 Download
 Download

 C-SPAN Podcasts

### FOLLOW C-SPAN



©2025 National Cable Satellite Corporation

Copyrights and Licensing
Terms and Conditions
Privacy