# EXHIBIT P



An official website of the United States government    Here's how you know ⌄

## Office of Public Affairs
U.S. Department of Justice

☰ Menu

---

News +

---

**VIDEO**

# Attorney General Bondi Announces Charges Against Abrego Garcia

Friday, June 6, 2025

Share >



Today, Attorney General Pamela Bondi announced charges against Kilmar Abrego Garcia for Alien Smuggling and Conspiracy to Commit Alien Smuggling in violation of Title 8, U.S. Code 1324.

Review the [YouTube Terms of Service](#) ⧉  and the [Google Privacy Policy](#) ⧉ .

*Updated June 6, 2025*

---

## Topics

IMMIGRATION     HUMAN SMUGGLING     VIOLENT CRIME

## Components

[Office of the Attorney General](#)  |  [USAO - Tennessee, Middle](#)

# Related Content

---

**PRESS RELEASE**

### The Justice Department Files Complaint Against the District Court of Maryland for Ordering Automatic Injunctions on Federal Immigration Enforcement Actions

Today, the Department of Justice announced the filing of a complaint against the U.S. District Court of Maryland for implementing a "Standing Order" that automatic injunctions be issued for federal...

June 25, 2025

---

**PRESS RELEASE**

**The Justice Department Files Complaint Challenging Kentucky Regulation Providing Reduced In-State Tuition for Illegal Aliens**

Today the United States is challenging a Kentucky regulation that provides reduced in-state tuition for illegal aliens. This law unconstitutionally discriminates against U.S. citizens, who are not afforded the same...

June 17, 2025

PRESS RELEASE

**Justice Department Files Statement of Interest in Support of City of Huntington Beach Lawsuit Against Unconstitutional California Immigration Law**

Today, the Department of Justice filed a Statement of Interest in support of the City of Huntington Beach which wishes to cooperate with federal immigration authorities but is prevented from...

June 17, 2025

**Office of Public Affairs**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000

Signup for Email Updates
Social Media





**U.S. Department of JUSTICE**

About

Budget & Performance

Archives

FOIA

Accessibility

Legal Policies & Disclaimers

Privacy

For Employees

Office of the Inspector General

No FEAR Act Data

Vulnerability Disclosure

Multilingual

Vote.gov

**Have a question about Government Services?**

Contact USA.gov