# EXHIBIT Q

7/2/25, 1:39 PM          Stephen Miller on X: "What a moronic headline. MS-13 illegal alien Garcia was correctly deported to his home nation of El Salvador …

Case 8:25-cv-00951-PX    Document 211-22    Filed 07/02/25    Page 2 of 2

