## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO
ABREGO GARCIA, *et al.*,               *

    Plaintiffs,               *

  v.               *               Civil Action No. 8:25-cv-00951-PX

KRISTI NOEM, Secretary,               *
United States Department               *
of Homeland Security, *et al.*,               *

    Defendants.               *
                     *
                     ***

## <u>ORDER</u>

For the reasons stated on the record during today's motions hearing, and in connection with Plaintiffs' Emergency Motion (ECF No. 203), it is hereby ORDERED that:

1. Defendants shall designate one or more individuals who have personal knowledge, or will acquire such knowledge based on information reasonably available to Defendants, to testify on their behalf regarding the legal bases for their intended detention of Kilmar Abrego Garcia ("Abrego Garcia") and anticipated efforts to remove him to a third country or to seek termination of his withholding of removal to El Salvador, if he is released from U.S. Marshal custody in *United States v. Abrego Garcia*, No. 3:25-cr-00115 (M.D. Tenn.). The testimony shall address, among other topics, the asserted lawful bases for detention, the nature and timing of any notice to be provided to Abrego Garcia, the location of any proposed custody or transfer, and the procedural steps Defendants intend to pursue.

2. The Court will hold a hearing on **Thursday, July 10, 2025, at 1:00 PM**, during which the designated representative(s) shall appear for sworn testimony and be subject to

examination by Plaintiffs, Defendants, and the Court.  By no later than 9:00 AM on the same day, Defendants shall advise the Court and Plaintiffs as to whom they expect to call as witnesses.

SO ORDERED.

_____July 7, 2025_____                      _____/S/_____
Date                                                                      Paula Xinis
                                                                              United States District Judge