IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kilmar Armando Abrego Garcia et al.            *

**Plaintiff,**
                                                *
v.                                              Case No. 8:25-cv-00951-PX
                                                *
**Kristi Noem et al.**
                                                *
**Defendant.**
                                                *

**REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of **Defendants**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New York | October 1, 2007 |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

     I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

| | |
|---|---|
| **July 9, 2025** | *[signature]* |
| Date | Signature |
| | **Sarmad M. Khojasteh /4538336** |
| | Printed name and bar number |
| | Department of Justice, 950 Pennsylvania Avenue, Washington D.C. 20530 |
| | Address |
| | **sarmad.khojasteh@usdoj.gov** |
| | Email address |
| | **202 353 0261** |
| | Telephone number |
| | |
| | Fax number |

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**