UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

KILMAR ARMANDO ABREGO GARCIA, *et al.*,

        *Plaintiffs*,

  v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

        *Defendants*.

Case No. 8:25-cv-00951 (PX)

## **STIPULATION**

At the July 7, 2025 hearing, Plaintiffs argued that this case was not moot because the voluntary-cessation exception applied and Defendants would engage in the same conduct originally complained of in their Complaint. *See* ECF No. 207 at 13–15; ECF No. 1. To remove any possible doubt that the exception does not apply here, Defendants stipulate and agree to the following:

1. Defendants will not remove Plaintiff Kilmar Armando Abrego Garcia to El Salvador again without first reopening his immigration proceedings and terminating his withholding of removal to El Salvador, *see* 8 C.F.R. § 1208.24(f); and

2. If removing Plaintiff Kilmar Armando Abrego Garcia to a third country, Defendants will follow the procedures for third-country removal set forth in the defendants-appellants' stay application, filed and granted in *United States Department of Homeland Security v. D.V.D.*, No. 24A1153 28–32 (May 27, 2025*)*; *see also id*. at 54a–55a.

Defendants' counsel reached out to Plaintiffs' counsel to inquire whether Plaintiffs would be open to jointly filing a stipulation, but the parties were unable to reach an agreement.

Dated: July 9, 2025                                         Respectfully submitted,

                                                            BRETT A. SHUMATE
                                                            Assistant Attorney General

                                                            /s/ *Drew C. Ensign*
                                                            DREW C. ENSIGN
                                                            Deputy Assistant Attorney General
                                                            Civil Division, Office of Immigration Litigation
                                                            950 Pennsylvania Avenue, NW
                                                            Washington, DC 20530
                                                           Telephone: (202) 514-2000
                                                           Email: drew.c.ensign@usdoj.gov

                                                           JONATHAN D. GUYNN
                                                           Deputy Assistant Attorney General
                                                           Civil Division, Torts Branch

                                                           BRIDGET K. O'HICKEY
                                                           Counsel to the Assistant Attorney General

                                                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 9, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

                                                           /s/ Drew Ensign
                                                           Drew C. Ensign
                                                           Deputy Assistant Attorney General
                                                           Civil Division, Office of Immigration Litigation