UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00951 (PX) |

**DEFENDANTS' NOTICE IDENTIFYING THE WITNESS PROVIDING TESTIMONY AT THE JULY 10, 2025 HEARING**

On July 7, 2025, the Court issued an order scheduling a hearing for Thursday, July 10 at 1:00 pm for the purpose of addressing several topics discussed in the same order. The Court further directed the Defendants to provide a notice identifying any witness or witnesses they intended to call by Thursday, July 10, 2025, at 9:00 am.

Defendants hereby provide notice that the Defendants intend to call Thomas Giles, Assistant Director for the Immigration and Customs Enforcement's (ICE) Enforcement and Removal Operations (ERO) located in Los Angeles, California.

Dated: July 10, 2025                               Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General

                                              /s/ Drew C. Ensign
                                              DREW C. ENSIGN
                                              Deputy Assistant Attorney General
                                              Civil Division, Office of Immigration Litigation
                                              950 Pennsylvania Avenue, NW
                                              Washington, DC 20530
                                              Telephone: (202) 514-2000
                                              Email: drew.c.ensign@usdoj.gov

                                              JONATHAN D. GUYNN
                                              Deputy Assistant Attorney General
                                              Civil Division, Torts Branch

                                              BRIDGET K. O'HICKEY
                                              Counsel to the Assistant Attorney General

                                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on July 10, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

                                              /s/ Drew Ensign
                                              Drew C. Ensign
                                              Deputy Assistant Attorney General
                                              Civil Division, Office of Immigration Litigation