```
_____ FILED _____ _____ ENTERED _____
_____ LOGGED _____ _____ RECEIVED _____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUL 1 0 2025

Kilmar Armando Abrego Garcia, *
**Plaintiff,**

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

\*

v.   Case No. 8:25-cv-00951-PX

\*

Kristi Noem, et al.
**Defendant.**   \*

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the __Defendants__

I certify that I am admitted to practice in this Court.

__July 10, 2025__
Date

__[signature]__
Signature

__Ernesto Molina (CA 181304)__
Printed name and bar number

__P.O. Box 878, Washington DC 20044__
Address

__ernesto.h.molina@usdoj.gov__
Email address

__202-616-9344__
Telephone number

__202-616-4975__
Fax number

EntryofAppearanceCivil (08/2015)