**KILMAR ARMANDO ABREGO GARCIA, ET AL.**

**vs.**

**KRISTI NOEM, ET AL.**

✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED
6:09 pm, Jul 10 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TD_____Deputy

Civil No.  PX 25-951                    **DEFENDANTS' EVIDENTIARY HEARING Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | July 10 2025 | July 10 2025 | Giles | DHS Memorandum dated March 30, 2025 regarding Guidance for Third Country Removals |
| 2 | July 10 2025 | July 10 2025 | Giles | Court's Order at ECF No. 216 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit List (Rev. 3/1999)