IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KILMAR ARMANDO ABREGO GARCIA, ET AL

    **Plaintiffs**       *

vs.      *      Civil Case No.: PX 25-951

KRISTI NOEM, ET AL      *

    **Defendants**

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFFS' EXHIBITS**

_____
_____
_____
_____

All Plaintiffs' exhibits returned:_____

**DEFENDANTS' EXHIBITS**

_____
_____
_____
_____

All Defendants' exhibits returned:_____

Received the above listed exhibits this date:

Counsel for Plaintiffs: _____
Andrew Rossman or Jonathan Cooper

Counsel for Defendants: _____
Jonathan Guynn or Ernesto Molina

Date: **July 10, 2025**