**KILMAR ARMANDO ABREGO GARCIA, ET AL.**

**vs.**

**KRISTI NOEM, ET AL.**

✓ FILED    ___ ENTERED
____ LOGGED   _____ RECEIVED

12:21 pm, Jul 11 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TD_____ Deputy

**Civil No.  PX 25-951        AMENDED PLAINTIFFS' EVIDENTIARY HEARING Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | July 10 2025 | July 10 2025 | Giles | ICE – ERO regarding Abrego Garcia dated 4/23/2025 |
| 2 | July 10 2025 | July 10 2025 | Giles | Email dated 7/9/2025 to All ICE Employees regarding Third Country Removals Following the Supreme Court's Order in *DHS v. D.V.D.*, No. 24A1153 |
| 3 | July 11 2025 | July 11 2025 | | Form I-797C – Notice of Action |
| 4 | July 11 2025 | July 11 2025 | | South Sudan Travel Advisory |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit List (Rev. 3/1999)