IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, ET AL. | | |
| **Plaintiffs** | * | |
| vs. | * | Civil Case No.: PX 25-951 |
| KRISTI NOEM, ET AL. | * | |
| **Defendants** | | |

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFFS' EXHIBITS**                          **DEFENDANTS' EXHIBITS**

_____                       _____
_____                       _____
_____                       _____

All Plaintiffs' exhibits                          All Defendants' exhibits
returned:_____                        returned:_____

Received the above listed exhibits this date:

Counsel for Plaintiffs:                           Counsel for Defendants:

_[signature]_____                       _[signature]_____
Andrew Rossman or Jonathan Cooper                 Jonathan Guynn or Ernesto Molina

_____                         _____

Date: **July 11, 2025**

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits