# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * | |
| Plaintiffs, | * | Civil Action No. 8:25-cv-00951-PX |
| v. | * | |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | * * * | |
| Defendants. | * | |

***

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 23rd day of July, 2025, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiffs' Emergency Motion for Relief (ECF No. 203) is GRANTED;

2. Upon his release from criminal custody in the Middle District of Tennessee, the Defendants SHALL NOT take Abrego Garcia into custody, including but not limited to custody by U.S. Immigration and Customs Enforcement ("ICE");

3. Defendants SHALL restore Abrego Garcia to his ICE Order of Supervision out of the Baltimore Field Office;

4. Should Defendants commence third-country removal proceedings, Defendants SHALL provide written notice to Abrego Garcia and all counsel of record at least seventy-two (72) hours (excluding Saturdays, Sundays, and federal holidays) prior to the intended removal, identifying the country to which removal is sought;

5. Defendants SHALL immediately transmit this Order and the accompanying Memorandum Opinion to all relevant officers, agents, and employees under their control, including but

not limited to: the United States Marshals Service in the Middle District of Tennessee, the ICE New Orleans Regional Office, the ICE Baltimore Field Office, and all personnel involved in this matter or the pending criminal case, *United States v. Abrego Garcia*, No. 3:25-CR-00115-1 (M.D. Tenn.); and

6. The Clerk is DIRECTED to transmit a copy of this Order to all counsel of record.

<u>July 23, 2025</u>  
Date

<u>            /S/            </u>  
Paula Xinis  
United States District Judge