UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: 8:25-CV-00951-PX |

## MOTION TO WITHDRAW M. VICTORIA MARTIN OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS COUNSEL OF RECORD

Pursuant to Rule 101(2)(a) of the Local Rules of the United States District Court for the District of Maryland, counsel for Plaintiffs hereby move the Court for an order granting M. Victoria Martin leave to withdraw as Plaintiffs' counsel in the above-captioned matter. Ms. Martin is leaving the law firm Quinn Emanuel Urquhart & Sullivan, LLP for other employment. Plaintiffs will continue to be represented by the remaining counsel of record. A proposed Order approving the withdrawal is attached.

Dated: August 7, 2025

| | |
|---|---|
| **MURRAY OSORIO PLLC**<br>Simon Y. Sandoval-Moshenberg<br>Rina Gandhi<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, Virginia 22030<br>(703) 352-2399<br>ssandoval@murrayosorio.com<br><br>**QUINN EMANUEL URQUHART &<br>　SULLIVAN, LLP**<br>Stephen E. Frank<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>(617) 712-7100 | */s/ Jonathan G. Cooper*<br>**QUINN EMANUEL URQUHART &<br>　SULLIVAN, LLP**<br>Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Olivia Horton\*<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>oliviahorton@quinnemanuel.com<br>\**admitted in Texas; not admitted in D.C.<br>Supervised by attorney admitted in D.C.* |

stephenfrank@quinnemanuel.com

          Andrew J. Rossman
          Sascha N. Rand
          K. McKenzie Anderson
          Samuel P. Nitze
          Courtney C. Whang
          Roey Goldstein
          Sam Heavenrich
          M. Victoria Martin
          Morgan L. Anastasio
          295 Fifth Avenue, 9th Floor
          New York, NY 10016
          (212) 849-7000
          andrewrossman@quinnemanuel.com
          sascharand@quinnemanuel.com
          mckenzieanderson@quinnemanuel.com
          samuelnitze@quinnemanuel.com
          courtneywhang@quinnemanuel.com
          roeygoldstein@quinnemanuel.com
          samheavenrich@quinnemanuel.com
          victoriamartin@quinnemanuel.com
          morgananastasio@quinnemanuel.com

*Counsel for Plaintiffs*