UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Kilmar Armando Abrego Garcia, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>Defendants. | Case No.: 8:25-CV-00951-PX |

**ORDER WITHDRAWING APPEARANCE OF COUNSEL**

Upon consideration of the Motion to Withdraw filed by Plaintiffs, it is this ___ day of August, 2025, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Clerk shall strike the appearance of M. Victoria Martin as counsel for Plaintiffs in this matter.

_____
THE HONORABLE PAULA XINIS
United States District Judge