IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Kilmar Armando ABREGO GARCIA, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>Kristi NOEM, Secretary of Homeland Security, et al.<br><br>*Defendants.* | Case. No. 8:25-cv-00951-PX |

**MOTION TO WITHDRAW LUCIA GOIN OF PUBLIC JUSTICE AS COUNSEL FOR PROPOSED INTERVENOR FIX THE COURT**

Pursuant to Rule 101(2)(a) of the Local Rules of the United States District Court for the District of Maryland, counsel for Proposed Intervenor Fix the Court hereby moves the Court for an order granting Attorney Lucia Goin's Motion to Withdraw as counsel for Proposed Intervenor in the above-captioned matter. Effective September 26, 2025, Ms. Goin will depart Public Justice for a new place of employment. Proposed Intervenor Fix the Court continues to be represented by other undersigned counsel. A proposed order approving the withdrawal is attached here.

Dated: September 25, 2025             Submitted,

                                                                  */s/ Andrew M. Adelman*
                                                                  Linda M. Correia (Bar No. 14560)
                                                                  Jonathan C. Puth (Bar No. 15131)
                                                                  Andrew M. Adelman (Bar No. 19449)
                                                                  CORREIA & PUTH, PLLC
                                                                  1775 K Street NW, Suite 600
                                                                  Washington, DC 20006
                                                                  (202) 602-6500
                                                                  lcorreia@correiaputh.com
                                                                  jputh@correiaputh.com
                                                                  aadelman@correiaputh.com

*/s/ Lucia Goin*
Lucia Goin*
Jaqueline Aranda Osorno*
Mariam Elbakr*
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net
melbakr@publicjustice.net
lgoin@publicjustice.net

\* Admitted pro hac vice

*Counsel for Fix the Court*
