IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Kilmar Armando ABREGO GARCIA, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>Kristi NOEM, Secretary of Homeland Security, et al.<br><br>*Defendants.* | Case. No. 8:25-cv-00951-PX |

**[PROPOSED] ORDER WITHDRAWING APPEARANCE OF COUNSEL**

Upon consideration of the Motion to Withdraw filed by counsel for Proposed Intervenor Fix the Court, on this ___ day of September, 2025, by the United States District Court for the District of Maryland, it is hereby

**ORDERED** that the Clerk shall strike the appearance of counsel Lucia Goin for Proposed Intervenor Fix the Court in this matter.

_____
THE HONORABLE PAULA XINIS
United States District Judge