IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kilmar Armando Abrego Garcia             *

    **Plaintiff,**

                              *

**v.**                                                   Case No. 8:25-cv-00951-PX

Kristi Noem                                      *

    **Defendant.**                              *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Amici Curiae**

I certify that I am admitted to practice in this Court.

9 October 2025
Date

Kel McClanahan
*Digitally signed by Kel McClanahan*
*Date: 2025.10.09 22:16:02 -04'00'*
Signature

Kelly McClanahan, #31832
Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852
Address

Kel@NationalSecurityLaw.org
Email address

501-301-4672
Telephone number

240-681-2189
Fax number

EntryofAppearanceCivil (08/2015)