UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 8:25-cv-00951 (PX) |
| KRISTI NOEM, *et al.*, | * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Now comes Bradley Moss to respectfully request leave to withdraw as counsel for *Amici Curiae* Heidi Kitrosser, Mark Rozell, and Mitchel Sollenberger in the above-captioned case pursuant to Local Rule 101. *Amici Curiae* will now be represented solely by Mr. Moss's colleague Kelly McClanahan, who was recently admitted to practice in this Court.

Date:   October 10, 2025

Respectfully submitted,

 /s/ Bradley P. Moss
Bradley P. Moss, Esq.
MD Bar #17379
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Brad@MarkZaid.com

*Counsel for* Amici Curiae