UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 8:25-cv-00951 (PX) |
| KRISTI NOEM, *et al.*, | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF *Amici Curiae*'s Motion for Leave to Withdraw as Counsel, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that *Amici Curiae*'s Motion is **GRANTED**; and

**FURTHER ORDERED** that the Clerk shall remove Bradley Moss as counsel of record for *Amici Curiae*.

_____
Paula Xinis
United States District Judge