IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, et al. | * * * | |
| Plaintiffs, | * * * * | |
| | * | CIVIL NO. 8:25-cv-951-PX |
| v. | * * * | |
| KRISTI NOEM, Secretary of the Department of Homeland Security, et al., | * * * * | |
| Defendants. | * | |
| | ******* | |

## MOTION TO WITHDRAW/STRIKE APPEARANCE

Defendants, by and through undersigned counsel, respectfully move this Court for an order permitting Bridget K. O'Hickey to withdraw as counsel of record for Defendants in the above-referenced matter. Defendants will be represented by remaining counsel in the matter. Counsel for Plaintiffs has been made aware of the request and indicates Plaintiffs do not object.

Wherefore, based on the foregoing, Defendants respectfully request that the Court grant this motion and strike the appearance of Bridget K. O'Hickey as counsel for Defendants.

Dated: October 27, 2025         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General Civil Division,
Office of Immigration Litigation

>*/s/ Bridget K. O'Hickey*
>BRIDGET K. O'HICKEY
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>(202) 353-8679
>bridget.k.ohickey@usdoj.gov
>
>Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2025, I caused to be filed the foregoing document via CM/ECF, which caused a copy to be served on all parties.

>*/s/ Bridget K. O'Hickey*
>BRIDGET K. O'HICKEY