IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| **KILMAR ARMANDO ABREGO GARCIA, et al.** | * * * | |
| **Plaintiffs,** | * * | |
| | * | **CIVIL NO. 8:25-cv-951-PX** |
| | * | |
| v. | * * * | |
| **KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,** | * * * * | |
| **Defendants.** | * ******* | |

## ORDER

Having read and considered the unopposed motion to withdraw Bridget K. O'Hickey as counsel for Defendants, the Court orders as follows:

The appearance of Bridget K. O'Hickey as counsel of record for Defendants is hereby STRICKEN. Defendants shall be represented by the remaining counsel in the case.

IT IS SO ORDERED THIS _____ day of _____, 2025.

_____
The Honorable Paula Xinis
United States District Judge