UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| Kilmar Armando Abrego Garcia, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>Kristi Noem, *et al.*,<br><br>   Defendants. | Case No. 8:25-cv-00951(PX) |

### NOTICE OF CHANGE OF ATTORNEYS' MAILING ADDRESS

NOTICE IS HEREBY GIVEN that the mailing and business address of Olivia G. Horton, counsel for Plaintiffs Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A.A.V., has changed effective January 9, 2026 as follows:

Olivia G. Horton
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, D.C. 20004

Dated: January 9, 2026

Respectfully submitted,

/s/ Olivia Horton
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Olivia Horton* (*pro hac vice*)
555 13th Street NW, Suite 600
Washington, D.C. 20004
(202) 538-8000
oliviahorton@quinnemanuel.com
**admitted in Texas; not admitted in D.C. Supervised by attorney admitted in D.C.*

*Counsel for Plaintiffs*