UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

Kilmar Armando Abrego Garcia, *et al.*,

    Plaintiffs,

v.

Kristi Noem, *et al.*,

    Defendants.

Case No. 8:25-cv-00951(PX)

### NOTICE OF CHANGE OF ATTORNEYS' MAILING ADDRESS

NOTICE IS HEREBY GIVEN that the mailing and business address of Jonathan G. Cooper, counsel for Plaintiffs Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A.A.V., has changed effective January 9, 2026 as follows:

Jonathan G. Cooper
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, D.C. 20004

Dated: January 9, 2026								Respectfully submitted,

/s/ Jonathan Cooper
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper
(D. Md. Bar No. 21345)
555 13th Street NW, Suite 600
Washington, D.C. 20004
(202) 538-8000
jonathancooper@quinnemanuel.com

*Counsel for Plaintiffs*