# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

PAULA XINIS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770

February 3, 2026

Re: 8: 25-cv-00951-PX, *Abrego Garcia et al. v. Noem et al.*

***VIA ECF***

**LETTER ORDER**

Dear Parties:

In advance of this Court ruling on the pending dispositive motions, the Court orders as follows:

1. Defendants' Motion to Seal at **ECF No. 138** is **GRANTED** only for **ECF No. 137-1. ECF No. 137** is **ORDERED UNSEALED**.

2. As to the parties' outstanding **motions to seal at ECF Nos. 118, 127, 130, 142, 144, 154, 156, 171, 178, 185, and 197**. With the passage of time some contents of many sealed exhibits are now in the public domain, thus obviating the need for continued sealing. Accordingly, the parties shall meet and confer and submit a joint report by not later than **Tuesday, February 17, 2026,** that identifies which filings still require full or partial sealing, and the stated bases for continued sealing for each filing. Should the parties propose partial sealing for any given document, the parties SHALL file a proposed redacted version of the document for the Court's review. Failure to respond to any given sealing motion, as directed, will result in the DENIAL of that sealing motion without further notice.

3. The Joint Motions for Discovery Conference, **at ECF Nos. 112 and 143**, are **GRANTED** nunc pro tunc and were addressed on May 16, 2025 (ECF No. 145).

4. Defendants' motion to stay the deadline to answer, **at ECF No. 237**, is **DENIED** as **MOOT** in that Defendants have filed an ANSWER at **ECF No. 240.**

5. The Motions to withdraw as counsel at **ECF Nos. 248 and 249** are **GRANTED.**



UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PAULA XINIS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770

Despite the informal nature of this correspondence, it is an ORDER of the Court and shall be docketed as such.

Sincerely

/s/

PAULA XINIS
United States District Judge