UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

Kilmar Armando Abrego Garcia, *et al.*,

    Plaintiffs,

v.

Kristi Noem, *et al.*,

    Defendants.

Case No. 8: 25-cv-00951-PX

**Joint Status Report**

Pursuant to this Court's Order of February 3, 2026 (ECF No. 253), the Parties respectfully submit this Joint Status Report, outlining the Parties' positions on the "outstanding motions to seal at ECF Nos. 118, 127, 130, 142, 144, 154, 156, 171, 178, 185, and 197," and identifying "which filings still require full or partial sealing, and the stated bases for continued sealing for each filing."

The Parties agree that the only outstanding motion to seal that still requires sealing is Plaintiffs' Interim Motion to Seal Plaintiffs' Motion for Discovery Sanctions at ECF No. 197, and specifically Exhibits A and B to the Motion for Discovery Sanctions, at ECF Nos. 196-1 and 196-2, respectively. Exhibit A to the Motion for Discovery Sanctions contains Plaintiff's 2025 I-213 Form, which was produced during discovery and contains personal identifying information. Exhibit B to the Motion for Discovery Sanctions contains Plaintiff's I-213 Form, which was produced during discovery and contains personal identifying information. The Parties agree that the personally-identifying information in ECF Nos. 196-1 and 196-2 should remain sealed.

Consistent with Local Rule 105.11 and the Stipulated Confidentiality Order, the Parties are simultaneously filing a public version of ECF Nos. 196-1 and 196-2 with the agreed-upon redactions applied.

Respectfully submitted,

DATED: February 17, 2026

<div style="display: flex;">

*/s/ Jonathan G. Cooper*

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
Rina Gandhi
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
(703) 352-2399
ssandoval@murrayosorio.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper (D. Md. Bar No. 21345)
Olivia Horton*
1300 I St. NW, Suite 900
Washington, DC 20005
(202) 538-8000
jonathancooper@quinnemanuel.com
oliviahorton@quinnemanuel.com
**admitted in Texas; not admitted in D.C.
Supervised by attorney admitted in D.C.*

Andrew J. Rossman
Sascha N. Rand
K. McKenzie Anderson
Samuel P. Nitze
Courtney C. Whang
Roey Goldstein
Sam Heavenrich
Morgan L. Anastasio
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
andrewrossman@quinnemanuel.com
sascharand@quinnemanuel.com
mckenzieanderson@quinnemanuel.com
samuelnitze@quinnemanuel.com
courtneywhang@quinnemanuel.com
roeygoldstein@quinnemanuel.com
samheavenrich@quinnemanuel.com
morgananastasio@quinnemanuel.com

</div>

*/s/ Ernesto H. Molina*
(Signed by Jonathan G. Cooper with permission of Ernesto H. Molina)

BRETT SHUMATE
Assistant Attorney General

JONATHAN GUYNN
Deputy Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov

ERNESTO H. MOLINA, Jr
Deputy Director
Office of Immigration Litigation,
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9344
Email: ernesto.h.molina@usdoj.gov

*Counsel for Defendants*

Stephen E. Frank
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
stephenfrank@quinnemanuel.com

*Counsel for Plaintiffs*