# EXHIBIT A

**U.S. Department of Homeland Security**   Subject ID: ███████   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| ABREGO GARCIA, KILMAR | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| EL SALVADOR | | | 68 | 200 | Construction |

U.S. Address — Scars and Marks: **See Narrative**

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| Unknown Date Unknown Time, UNK, | | | |

Number, Street, City, Province (State) and Country of Permanent Residence — Method of Location/Apprehension: **NCA**

| Date of Birth | Age: 23 | Date of Action 03/12/2025 | Location Code XBA/XBA | At/Near See I-831 | Date/Hour 03/12/2025 18:25 |
|---|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| San Salvador, EL SALVADOR | | | |

NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found

Date Visa Issued | Social Security Number | Length of Time Illegally in U.S.

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| VASQUEZ SURA, JENNIFER ███████ NATIONALITY: UNITED STATES | None |

Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|
| None Claimed | | | |

Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ███████          Left Index fingerprint          Right Index fingerprint

```
SCARS MARKS AND TATTOOS
-----------------------
TATTOO ARM, LEFT, NONSPECIFIC - Lion, star, skull

IMMIGRATION RECORD
------------------
History was expected but not provided

Subject Health Status ...(CONTINUED ON I-831)
```

                                                                        Special Agent
Alien has been advised of communication privileges _____ (Date/Initials)   (Signature and Title of Immigration Officer)

Distribution:          Received: (Subject and Documents) (Report of Interview)
A-file                 Officer: ███████
                       on: March 12, 2025                           (time)
Stats                  Disposition: Bag and Baggage
Intel                  Examining Officer: ███████

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>**ABREGO GARCIA, KILMAR** | File Number<br>▮▮▮▮▮▮▮▮<br>Event No: ▮▮▮▮▮▮▮▮ | Date<br>03/12/2025 |

```
----------------------
The subject claims good health.

Current Criminal Charges
------------------------
03/12/2025 - 8 USC 1251 - DEPORTATION ONLY


Current Administrative Charges
------------------------------
03/12/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)


Previous Criminal History
-------------------------
No Crimes selected for inclusion on the I-213.

CRIMINAL AFFILIATIONS
---------------------
Subject has been identified as a Member/Active of M.S.13

RECORDS CHECKED
---------------
   ▮▮   Pos
   ▮▮   Pos
   ▮▮  Pos
   ▮▮    Pos
   ▮▮   Pos


AT/NEAR
-------
Baltimore, MD

Record of Deportable/Excludable Alien:
--------------------------------------
ENCOUNTER

On March 12, 2025, HSI Special Agents conducted surveillance and a subsequent arrest at the
last known residence of Kilmar Armando ABREGO GARCIA, a target of investigation.  During a
surveillance operation, HSI Baltimore observed, identified and arrested ABREGO GARCIA.

ALIENAGE AND REMOVABILITY

ABREGO GARCIA claims to be a citizen of El Salvador.  ABREGO GARCIA claims he was born in
San Salvador, El Salvador on ▮▮▮▮▮▮▮▮▮▮▮▮.  ABREGO GARCIA claims he entered the United
States at an unknown location, on an unknown date, without being admitted or paroled by an
immigration officer.  ABREGO GARCIA was charged as inadmissible pursuant to violations under
section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended.  On October 10,
2019, an immigration judge (IJ) in Baltimore, MD issued ABREGO GARCIA an order of removal,
but granting withholding of removal to El Salvador.

FAMILY HISTORY

Officers asked ABREGO GARCIA about his father. ABREGO GARCIA claims his father, ▮▮▮▮▮
```

| Signature | Title |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | Special Agent |

_____2_____ of _____4_____ Pages

U.S. Department of Homeland Security          Continuation Page for Form I-213

| Alien's Name<br>ABREGO GARCIA, KILMAR | File Number ▮▮▮▮▮<br>Event No: ▮▮▮▮▮ | Date<br>03/12/2025 |
|---|---|---|

▮▮▮▮▮, was born in El Salvador, and is a citizen and national of El Salvador. ABREGO GARCIA claims that his father now lives in ▮▮▮▮▮.

Officers asked ABREGO GARCIA about his mother. ABREGO GARCIA claims his mother, ▮▮▮▮▮, was born in El Salvador, and is a citizen and national of El Salvador. ABREGO GARCIA claims that his mother now lives in ▮▮▮▮▮.

ABREGO GARCIA claims to be married to Jennifer VASQUEZ SURA.

ABREGO GARCIA claims to have one USC son. ABREGO GARCIA claims that the son lives with both him and the mother, ▮▮▮▮▮.

IMMIGRATION HISTORY

ABREGO GARCIA claims to have entered the United States at an unknown location, sometime around 2012, without being admitted or paroled by an immigration officer.

On March 29, 2019, ERO Baltimore issued and served ABREGO GARCIA with a Notice to Appear.

On October 10, 2019, an IJ in Baltimore, MD issued ABREGO GARCIA an order of removal, but granted withholding of removal to El Salvador.

CRIMINAL HISTORY

ABGREGO GARCIA has no known criminal history.

ABREGO GARCIA has no outstanding wants or warrants.

HEALTH AND HUMANITARIAN

ABREGO GARCIA claims good health.

PHONE CALL

ABREGO GARCIA was given a telephone call.

INTEL

ABREGO GARCIA has tattoos on his left arm depicting a lion, star, and a skull.

ABREGO GARCIA had no El Salvadoran identity documents at the time of his arrest and detention.

ABREGO GARCIA claims no fear of persecution or torture from the El Salvadoran government.

ABREGO GARCIA denies membership in any gang or criminal organization. However, ICE/HSI knows ABREGO GARCIA is a member of MS-13 from intelligence gathered by HSI HQ.

ABREGO GARCIA denies service in any branch of the U.S. military. ABREGO GARCIA denies service in any branch of the El Salvadoran military or any foreign military.

DISPOSITION

HSI Baltimore processed ABREGO GARCIA as a final order case. ABREGO GARCIA will remain in ICE custody pending his removal from the United States.

Other Identifying Numbers
-------------------------

| Signature<br>▮▮▮▮▮ | Title<br>Special Agent |
|---|---|

___3___ of ___4___ Pages

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>**ABREGO GARCIA, KILMAR** | File Number<br>▉▉▉▉▉▉▉▉<br>**Event No:** ▉▉▉▉▉▉▉▉ | Date<br>**03/12/2025** |

| Signature<br>▉▉▉▉▉▉▉▉▉▉ | Title<br>**Special Agent** |

__4__ of __4__ Pages