# EXHIBIT B

**U.S. Department of Homeland Security** — Subject ID: [redacted] — **Record of Deportable/Inadmissible Alien**

| Field | Value |
|---|---|
| Family Name (CAPS) | ABREGO-GARCIA,, |
| First | KILMER ARMADO |
| Middle | |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | LBR |
| Country of Citizenship | EL SALVADOR |
| Passport Number and Country of Issue | [redacted] |
| Height | 67 |
| Weight | 150 |
| Occupation | Laborer |
| U.S. Address | MARYLAND, [redacted] |
| Scars and Marks | [redacted] |
| Marital Status | Single |
| Date, Place, Time, and Manner of Last Entry | |
| Passenger Boarded at | |
| Number, Street, City, Province (State) and Country of Permanent Residence | San Marco San Salvador, EL SALVADOR |
| Method of Location/Apprehension | NCA NA |
| Date of Birth | [redacted] |
| Age | 23 |
| Date of Action | 03/29/2019 |
| Location Code | BAL/BAL |
| At/Near | See I-831 |
| Date/Hour | 03/28/2019 19:13 |
| City, Province (State) and Country of Birth | San Salvador, EL SALVADOR |
| AR | X |
| By | [redacted] |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | |
| Status When Found | |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | |
| Immigration Record | NEGATIVE |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | |
| Number and Nationality of Minor Children | None |
| Father's Name, Nationality, and Address, if Known | [redacted] |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | [redacted] |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | Yes |
| Systems Checks | See Narrative |
| Charge Code Words(s) | See Narrative |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: [redacted]

Left Index fingerprint       Right Index fingerprint

Subject Health Status
-------------------
The subject claims good health.

Current Administrative Charges
------------------------------
03/28/2019 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)


...(CONTINUED ON I-831)

Alien has been advised of communication privileges    03/29/19 (Date/Initials)

Deportation Officer
(Signature and Title of Immigration Officer)

Distribution:
A-File
CIS
DET

Received: (Subject and Documents) (Report of Interview)
Officer: [redacted]
on: March 29, 2019 (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: [redacted]

Form I-213 (Rev. 08/01/07)

1

KAAG-Noem-0000001291

U.S. Department of Homeland Security                Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ABREGO-GARCIA,, KILMER ARMADO | Event No: | 03/28/2019 |

Previous Criminal History
----------------------------------------
Subject has no criminal history

CRIMINAL AFFILIATIONS
----------------------------------------
Subject has been identified as a Member/Active of M.S.13

Records Checked
------------------
   Neg
   Neg
   Neg
   Neg
   Neg
   Neg
   Neg
   Neg

FUNDS IN POSSESSION
----------------------------------------
United States Dollar

At/Near
----------------------------------------
Hyattsville, Maryland

Record of Deportable/Excludable Alien:
ENCOUNTER / ARREST:
On March 28, 2019, the Prince Georges County Police Gang Unit made contact with two suspected illegal aliens whom they had validated as an active MS13 gang members. ICE ERO officers [redacted] responded to [redacted] Hyattsville, MD [redacted]

Upon arrival, [redacted], met with Task Force Officer Detective Mendez and he stated, that a subject later identified as Abrego-Garcia, Kilmer Armando ( [redacted] (DOB: [redacted] ) and [redacted] was detained in connection to a murder investigation. [redacted] then approached the subjects identified themselves as Immigration and Custom Enforcement Officer and questioned the subject as to their citizenships.

The subjects freely admitted being citizens and national of El Salvador by birth and that they were present in the United States illegally. The subjects were not in possession of any immigration documents that would allow them to be in or remain in the United States legally.

At approximately 1930, the subjects were arrested and transported to the Howard County Detention center for overnight placement. On March 29, 2019, the subject was transported to the Baltimore Field Office for processing without incident.

ALIENAGE AND REMOVABILITY:

| Signature | Title |
|---|---|
|  | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)                2

U.S. Department of Homeland Security    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ABREGO-GARCIA,, KILMER ARMADO | ■■■■ | 03/28/2019 |
| | Event No: ■■■■ | |

Abrego-Garcia is a citizen and national of EL Salvador. Abrego-Garcia claimed to have walked across the desert for many days entering illegally into the United States near McAllen, Texas on or about March 25, 2012.

PROCESSING INFORMATION:
Abrego-Garcia' fingerprints and photograph were entered into the IDENT/IAFIS database and returned with the immigration and criminal history listed below.

IMMIGRATION HISTORY:
Record checks showed that Abrego-Garcia has no immigration history and received ■■■■ as a result of today's apprehension.

IMMIGRATION CHARGE:
Abrego-Garcia has made no claims to USC or LPR and is amenable to removal under 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that Abrego-Garcia is an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

HUMANITARIAN ISSUES:
Abrego-Garcia claims to be in good health. Abrego-Garcia was given the opportunity to make one free phone call. Abrego-Garcia made a call to ■■■■ and remained for 5 minutes. Abrego-Garcia is not claiming fear of returning to his country.

GANG VALIDATION:
Per Prince Georges County Police Gang Unit
Abrego-Garcia was validated as a member of the Mara Salvatrucha (MS13) Gang. Subject was identified as a member of the Mara Salvatrucha MS-13, "Chequeo" from the Western Clique a transnational criminal street gang. This information was provided by tested source who has provided truthful accurate information in the past. See Prince Georges County Police Department (Gang Sheet).

INTELLIGENCE INFORMATION:
Abrego-Garcia has gang affiliation and subject states that he has no information about gangs or human/drug smuggling.

Abrego-Garcia was advised of his right to speak with a consular officer of his native country of EL Salvador which he declined. Abrego-Garcia is claiming fear of returning to his home country of EL Salvador.

DISPOSITION:
A Notice to Appear is being executed on Abrego-Garcia as per Section 212(a)(6) A)(i) of the Immigration and Nationality Act.

Other Identifying Numbers
----------------------------------------
ALIEN-■■■■

| Signature | Title |
|---|---|
| ■■■■ | Deportation Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

3

# Prince George's County Police Department
## Gang Field Interview Sheet
### 5091

COPY

| | |
|---|---|
| Date Entered: 3/28/2019 6:47:57 PM | Location of Incident |
| Interview Date: 3/28/2019 Time: 0:00 | 301 East West Highway |
| Officer: ▮ | Hyattsville     MD |
| ID#: ▮ | 20782 |
| CaseNumber HCPD 19-0963 | ☐ GangNet?  ☐ File Created? |

| | | | |
|---|---|---|---|
| Last: ABREGO-GARCIA | ADDRESS: ▮ | | City: ▮ |
| First: Kilmar | State: MD | Zip: ▮ | |
| Middle: Armando | PHONE: N/A | | |

| DOB: ▮ | HtFt: 5.07 | Wt: 200 | Race: H | Sex: M | Eyes: Brn | Hair: Blk |
|---|---|---|---|---|---|---|

Place Of Birth: El Salvador/ San Salvador
Father Name: ▮
Mother Name: ▮

EMPLOYER/SCHOOL: Unemployed

| SOC #: | ALN #: | LIC #: | FBI #: |
|---|---|---|---|
| SID #: | ICE AR#: | ICE Status: | |

**Hair Length**
☐ Collar
☐ Long
☑ Short
☐ Shoulder
☐ Other Length

**Hair Style**
☐ Afro
☐ Braided
☐ Curly
☐ Greasy
☑ Straight
☐ Bald
☐ OtherStyle

**Facial Hair**
☑ Beard
☐ Clean
☐ Fuzz
☑ Goatee
☑ Moustache
☐ Unshaven
☐ Sideburns

**Complexion**
☐ Acne/Pock
☐ Dark
☐ freckled
☐ Light/Fair
☑ Medium
☐ Pale

**Teeth**
☑ Normal
☐ Gold
☐ Broken
☐ FalseTeeth
☐ Braces
☐ Silver
☐ Buck
☐ Missing
☐ Crooked
☐ Spaces
☐ Decayed

Thursday, March 28, 2019                                       Page 1 of 3

| Gang: | Mara Salvatrucha 13 | Member/Associate: | Member |
|---|---|---|---|
| Clique: | Westerns | MemberStatus: | Active |
| Moniker: | Chele | | |

Scars/Marks/Tattoos:

| Vehicle Year: | Make: | | Model: |
|---|---|---|---|
| | Color: | TAG #: | |

Gang Criteria:
- ☐ ClassificationAdmit
- ☐ SelfAdmit
- ☑ ArrestedAloneOr
- ☑ ReliableSource
- ☐ UntestedInformant
- ☑ AffiliatesGang
- ☐ HandSigns
- ☑ FrequentsGangArea
- ☑ Dress
- ☐ Other
- ☐ Tattoos

Narrative:

On 03/28/2019 at approximately 1427 hours, Detective ▇▇▇▇ with the Hyattsville City Police observed four individuals loitering in the parking lot of the Home Depot located at 3301 East West Highway in Hyattsville, MD 20782. As Det. ▇▇▇▇ approached the individuals, two of the individuals reached into their waistbands and discarded several unknown items under a parked vehicle. All four individuals were stopped by Hyattsville officers. Det. ▇▇▇▇ immediately recognized ▇▇▇▇ is a member of the MS-13 Sailors Clique. Two small plastic bottles containing marijuana was located on scene. All four individuals were transported back to District I for interviews.

Member of the Prince George's County Gang Unit MS-13 Intelligence Squad have encounter ▇▇▇▇ on multiple occasions. He has an extensive criminal history for multiple assault, concealing dangerous weapon, burglary and many other criminal offences. He has also been found guilty of gang participation in the Circuit Court for Prince George's County in December of 2018. Officers know ▇▇▇▇ to be an active MS-13 gang member with the Sailor's Clique with the rank of "Observacion" and moniker of ▇▇▇▇.

Officers also interview ▇▇▇▇ During the interview officers observed tattoos of skulls covering their eyes, ears and mouth. Officers know these kind of tattoos are indicative of the Hispanic gang culture. The tattoos is meant to represent "ver, oir y callar" or "see no evil, hear no evil and say no evil". He also had a tattoo of a devil on his left leg which officers know only higher ranking MS-13 gang members are allow to get a tattoo with the horns. This represents power within MS-13. Officers made contact with a past proven and reliable source of information, who advised ▇▇▇▇ is an active MS-13 gang member with the Sailor's clique, the rank of "Chequeo" with the moniker ▇▇▇▇.

Officers then interviewed Kilmar Armando ABREGO-GARCIA. During the interview officers

Thursday, March 28, 2019    Page 2 of 3

observed he was wearing a Chicago Bulls hat and a hoodie with rolls of money covering the eyes, ears and mouth of the presidents on the separate denominations. Officers know such clothing to be indicative of the Hispanic gang culture. The meaning of the clothing is to represent "ver, oir y callar" or "see no evil, hear no evil and say no evil". Wearing the Chicago Bulls hat represents thay they are a member in good standing with the MS-13. Officers contacted a past proven and reliable source of information, who advised Kilmar Armando ABREGO-GARCIA is an active member of MS-13 with the Westerns clique. The confidential source further advised that he is the rank of "Chequeo" with the moniker of "Chele".

Officers interview ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌. During the interview officers were unable to determine his gang affiliation. Officers know MS-13 gang members are only allowed to hang around other members or prospects for the gang. Officers will continue to monitor ▌▌▌▌▌▌▌▌ ▌▌▌▌▌▌ for further gang activity. He was sent on his way without further incident.

**Associates:**

| Last: ▌▌▌▌ | First: ▌▌ | Middle: ▌▌▌ |
|---|---|---|
| Last: ▌▌▌▌▌ | First: ▌▌ | Middle: ▌▌▌ |
| Last: ▌▌▌ | First: ▌▌ | Middle: ▌▌▌ |