IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KILMAR ARMANDO ABREGO GARCIA, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:25-cv-00951-PX |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | * * * | |
| Defendants. | * | |

\*\*\*

### **ORDER**

Upon consideration of the parties' Joint Status Report at ECF No. 255 and by agreement of the parties, on this 18th day of February 2026, the Court hereby ORDERS:

1. The parties' outstanding Motions to Seal at ECF Nos. **118, 127, 130, 142, 144, 154, 156, 171, 178**, and **185** are **DENIED** as **MOOT**;

2. The Clerk shall **UNSEAL** the filings associated with the above-named motions;

3. Plaintiffs' Interim Motion to Seal Plaintiffs' Motion for Discovery Sanctions at ECF No. **197** is **GRANTED IN PART**; and

4. The redacted versions of ECF Nos. 196-1 and 196-2 are found at ECF Nos. 255-1 and 255-2 respectively.

February 18, 2026  
Date

/s/  
PAULA XINIS  
United States District Judge

1