# EXHIBIT A

**From:** Olivia Horton <oliviahorton@quinnemanuel.com>
**Sent:** Saturday, March 21, 2026 5:38:54 PM
**To:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Cc:** Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Subject:** Re: [External] RE: Joint Report Due Monday - Abrego Garcia et al. v. Noem et al., 8:25-cv-00951

Dear Ernie,

In light of the Government's filings in the habeas matter last night, we intend to move for the court to stay the deadlines in *Abrego Garcia I* until either the Petitioner is able to respond to the Government's motion to dissolve the injunctions in the habeas matter and the Court is able to decide the motion, or the Court instructs the parties on how it wishes to proceed.

Please inform us of your position on this motion to stay by **12:00 PM ET tomorrow.**

Respectfully,

Olivia

Get Outlook for iOS

**From:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Sent:** Friday, March 20, 2026 5:00:12 PM
**To:** Olivia Horton <oliviahorton@quinnemanuel.com>; Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Cc:** Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Subject:** RE: [External] RE: Joint Report Due Monday - Abrego Garcia et al. v. Noem et al., 8:25-cv-00951

**[EXTERNAL EMAIL from ernesto.h.molina@usdoj.gov]**

That works. Thanks. From: Olivia Horton <oliviahorton@quinnemanuel.com> Sent: Friday, March 20, 2026 5:57 PM To: Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Guynn, Jonathan (CIV) <Jonathan.

CGBANNERINDICATOR

That works.  Thanks.

**From:** Olivia Horton <oliviahorton@quinnemanuel.com>
**Sent:** Friday, March 20, 2026 5:57 PM
**To:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Cc:** Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Subject:** RE: [External] RE: Joint Report Due Monday - Abrego Garcia et al. v. Noem et al., 8:25-cv-00951

Ernie,

That timeline works for us, provided that you all agree to the same extension on Plaintiffs' reply. That would put the opposition due April 22 and the reply due May 22.

If this sounds agreeable to you, we will prepare a joint status report with both schedules and send it to you for your sign-off by Monday morning.

Respectfully,
Olivia

**Olivia Horton**
*Associate\**
Quinn Emanuel Urquhart & Sullivan, LLP
*Admitted in Texas; Not admitted in Washington, D.C.
Supervised by attorney admitted in D.C.

555 13th Street NW, Suite 600
Washington, D.C. 20004

████████████████
202.538.8000 Main Office Number
202.538.8100 FAX
oliviahorton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Sent:** Friday, March 20, 2026 4:05 PM
**To:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Olivia Horton <oliviahorton@quinnemanuel.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Cc:** Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Subject:** RE: [External] RE: Joint Report Due Monday - Abrego Garcia et al. v. Noem et al., 8:25-cv-00951

**[EXTERNAL EMAIL from ernesto.h.molina@usdoj.gov]**

---

Given the schedule regarding sanctions, we ask for 30 days to respond to the proposed amended complaint.

**From:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>
**Sent:** Friday, March 20, 2026 12:13 PM
**To:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Olivia Horton <oliviahorton@quinnemanuel.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Cc:** Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Subject:** RE: [External] RE: Joint Report Due Monday - Abrego Garcia et al. v. Noem et al., 8:25-cv-00951

Hi Ernie – Judge Xinis ordered that we re-file the Motion for Leave to Amend this Monday.  Would you like a little more time than the default 14 days under D. Md. local rules to file a response to that motion?  If so, I'm sure that'll be fine with us, just let us know what you want.

Best,

 **Simon Sandoval-Moshenberg, Esq. | Partner**
*Murray Osorio PLLC: Full-Service Immigration Law*
Fairfax, VA | Silver Spring, MD | Newark, NJ
T: (703) 352-2399 | F: (703) 763-2304
www.murrayosorio.com | Follow us on social media **here**

**From:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Sent:** Friday, March 20, 2026 11:59 AM
**To:** Olivia Horton <oliviahorton@quinnemanuel.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Cc:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Subject:** [External] RE: Joint Report Due Monday - Abrego Garcia et al. v. Noem et al., 8:25-cv-00951

Olivia—

We have reviewed the proposed schedule, and we are fine with the proposal.

That does bring up the question of the scheduling regarding any amendment to the complaint.  Is there a proposal for that?  If so, I guess we would suggest a schedule off-set from the proposal below.

Thanks,

Ernie

**From:** Olivia Horton <oliviahorton@quinnemanuel.com>
**Sent:** Thursday, March 19, 2026 4:37 PM
**To:** Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Cc:** Simon Sandoval-Moshenberg <ssandoval@murrayosorio.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Sascha Rand <sascharand@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Morgan Anastasio

<morgananastasio@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Subject:** [EXTERNAL] Joint Report Due Monday - Abrego Garcia et al. v. Noem et al., 8:25-cv-00951

Dear Counsel,

We write in response to the Court's order that the parties meet and confer regarding a hearing and briefing schedule in connection with a supplemental motion for sanctions. We propose the following schedule:

Plaintiffs' Motion for Sanctions and Brief: Monday, April 20
Respondents' Opposition: Monday, May 18
Plaintiffs' Reply: Monday, June 8
Hearing: between Monday, June 22 and Friday, June 26

Please let us know by tomorrow at 12:00 PM whether this schedule works for your team. We are also available to speak by phone if you think that would be beneficial.

Respectfully,
Olivia
 **Olivia Horton**
*Associate\**
Quinn Emanuel Urquhart & Sullivan, LLP
*Admitted in Texas; Not admitted in Washington, D.C.
Supervised by attorney admitted in D.C.

555 13th Street NW, Suite 600
Washington, D.C. 20004

202.538.8000 Main Office Number
202.538.8100 FAX
oliviahorton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.