**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| Kilmar Armando Abrego Garcia, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 8:25-CV-00951-PX |
| Kristi Noem, *et al.*, | |
| Defendants. | |

**[Proposed] Order**

Upon consideration of the Petitioner's March 22, 2026 Motion for a Temporary Stay of Deadlines in *Abrego Garcia v. Noem*, No. 8:25-cv-00951-PX ("*Abrego Garcia I*") until the resolution of the Government's Motion to Dissolve Injunctions in *Abrego Garcia v. Noem*, No. 8:25-cv-02780-PX ("*Abrego Garcia II*") (ECF 142), the Court GRANTS Petitioner's Motion.

It is hereby **ORDERED** that all deadlines *Abrego Garcia I* are stayed until the resolution of the Government's Motion to Dissolve Injunctions in *Abrego Garcia II*.

Dated: March \_\_\_, 2026

_____
The Honorable Paula Xinis
United States District Judge