**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

Kilmar Armando Abrego Garcia, *et al.*,

        Plaintiffs,

v.                                                                   Case No.: 8:25-CV-00951-PX

Kristi Noem, *et al.*,

        Defendants.

## Order

Upon consideration of and for the reasons stated within the Petitioner's March 22, 2026, Motion for a Temporary Stay in *Abrego Garcia et al. v. Noem et al.*, No. 8:25-cv-00951-PX ("*Abrego Garcia I*") (ECF No. 262) until the resolution of the Government's Motion to Dissolve Injunctions in *Abrego Garcia v. Noem et al.*, No. 8:25-cv-02780-PX ("*Abrego Garcia II*") (ECF No. 142), the Court **GRANTS** Petitioner's Motion.

It is hereby **ORDERED** that the above captioned case, *Abrego Garcia I,* No. 8:25-cv-00951-PX, is **STAYED** until the resolution of the Government's Motion to Dissolve Injunctions at ECF No. 142 in *Abrego Garcia II,* No. 8:25-cv-02780-PX.

Dated: March 23, 2026                    _____/s/_____
                                                                   PAULA XINIS
                                                                   United States District Judge