FILED: September 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1345
(8:25-cv-00951-PX)

---

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura

Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; DAVID J. VENTURELLA; KENNETH GENALO; NIKITA BAKER; TODD BLANCHE; MARCO RUBIO

Defendants - Appellants

------------------------------

ERWIN CHEMERINSKY; MARTHA MINOW; LAURENCE H. TRIBE, Professors

Amici Supporting Appellees

---

RULE 45 MANDATE

---

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*