FILED: September 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1404
(8:25-cv-00951-PX)

---

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura

Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; DAVID J. VENTURELLA; KENNETH GENALO; NIKITA BAKER; TODD BLANCHE; MARCO RUBIO

Defendants - Appellants

---

O R D E R

---

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk